Stephen L. Anderson (CBN 150860)
ANDERSON & ASSOCIATES
41923 Second Street, Suite 201
Temecula, CA 92590
tel: (951) 296-1700 tel.
e: attorneys@brandxperts.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher E. Talavera, an individual, formerly doing business as Turnkey Web Tools; and Turnkey Web Tools, Inc., a California Corporation.<br><br>    Plaintiffs,<br>   vs.<br><br>GLOBAL PAYMENTS, INC., a Georgia corporation; ACTIVE NETWORK, LLC, a Delaware limited liability company, HEARTLAND PAYMENT SYSTEMS, LLC, a Delaware limited liability company, and DOES 1 through 229, inclusive.<br><br>    Defendants | Case No.:  **'21 CV1585 TWR AGS**<br><br>VERIFIED COMPLAINT FOR TEMPORARY AND PERMANENT INJUNCTIVE RELIEF AND DAMAGES FOR:<br><br>1) COPYRIGHT INFRINGEMENT<br>2) INDUCED COPYRIGHT INFRINGEMENT<br>3) VIOLATION OF THE DIGITAL MILLENIUM COPYRIGHT ACT §1201(a)(2)<br>4) FALSE DESIGNATION OF ORIGIN<br>5) TRADE DRESS INFRINGEMENT<br>6) UNFAIR COMPETITION AND<br>7) UNJUST ENRICHMENT<br><br>JURY TRIAL DEMANDED |

Plaintiffs, CHRISTOPHER E. TALAVERA, an individual, and TURNKEY WEB TOOLS, INC, a California corporation (hereinafter collectively referred to as "Plaintiffs"), hereby allege in this Verified Complaint:

**The Plaintiffs**

1.      Plaintiff, Christopher E. Talavera ("Talavera") is an individual, citizen of the United States, resident of the State of California, County of Riverside. On or about

January 1, 2001, Talavera created and wrote an original work, namely a computer source code and software program entitled: "SunShop," (alternatively entitled: SunShop Shopping Cart") (hereinafter "SunShop"). The SunShop source code, software program and resulting screen displays contain significant expression and distinctive features which are wholly original with Talavera. As fixed in its various tangible media, Talavera's SunShop source code, computer program and resulting screen displays and features constitute copyrightable subject matter under the laws of the United States. The Copyright Act (17 U.S.C. § 201(a)) gives initial ownership to the author who creates any such work.

2.     Between January 1, 2001 and February 20, 2004 and continuing through the present, Talavera complied in all respects with the Copyright Act and all other laws governing copyright, and secured the exclusive rights and privileged in and to the copyright of his original SunShop computer program and source code. As prima facie evidence of Mr. Talavera's ownership of the work, Plaintiffs incorporate herein **Exhibit "A"** hereto, a true copy of copyright registration certificate no. TX 5-896-387 from the United States Copyright Office in the name of Mr. Talavera, registered February 20, 2004.

3.     On or about April 25, 2002, and continuing through and until on or about June 11, 2003, Talavera engaged in business under the fictitious name "Turnkey Web Tools" and had duly complied with the fictitious business name laws with respect thereto.

4.     Since the date of Talavera's creation of his SunShop computer software program and source code, such work has been owned by Mr. Talavera, who remains the sole proprietor of all rights, title and interest in and to the copyright in said work, with the sole exception being that from June 11, 2003, and continuing to the present, Plaintiff, Turnkey Web Tools, Inc., is, and has been the exclusive distributor, and copyright and license administrator for SunShop.

5.     From on or about January 1, 2001, and continuing through on or about June 11, 2003, while doing business under the trade name and trade mark "Turnkey Web

Tools," Talavera published and distributed his SunShop software program and source code to the public, subject further to the applicable terms of the then-in-effect license agreement related thereto, and all copies made by Plaintiff or under his authority or license have been published in strict conformance of all laws governing copyright.

6. Talavera has retained for himself or otherwise granted to Plaintiff, TWT, Inc. the exclusive right to copy, sell, reproduce, and prepare derivative works of the copyrighted SunShop software.

7. Plaintiff, Turnkey Web Tools, Inc. (hereinafter "TWT, Inc.") is a corporation duly organized and existing under the laws of the State of California, with its principal place of business at 27890 Clinton Keith Road, Suite D-466, Murietta, California, 92562.

8. Since June 11, 2003, and continuing to the present, TWT, Inc. has been authorized by Talavera as the exclusive copyright and license administrator for the SunShop program and as the exclusive distributor of the SunShop work. Further, since June 2003, TWT, Inc. has distributed the SunShop program and source code to the public under the authority of Talavera, and subject to the respective terms of the applicable license agreement(s) with respect thereto and has published the SunShop work in strict conformity with the Copyright Act and all laws governing copyright.

9. At all times relevant hereto, Plaintiffs have respectively been engaged in the business of creating and distributing Talavera's and TWT, Inc.'s original computer software programs, software applications and related software services under the trade name and service mark "Turnkey Web Tools" to Plaintiff's customers located within and outside this judicial district, throughout and beyond this State and throughout the world via the Internet. Plaintiffs have maintained one or more Internet websites, including <www.turnkeywebtools.com> for the purpose of distributing their software programs and services, particularly including SunShop, subject further to the terms and conditions of Plaintiff's applicable limited license agreements with respect thereto.

10. This lawsuit arises out of the Defendants' unauthorized copying and for-

profit distribution of the Plaintiff's SunShop computer source code and software, Defendants' alteration of the copyrighted SunShop software to remove and/or obliterate the Plaintiff's authorship thereof, including the removal of Plaintiff's trade name, trade mark and copyright notices, as well as the false and misleading material misstatements made by the Defendants, and each of them, as related to the Defendant's sale and distribution of one or more infringing software programs, particularly those marketed by Defendants as "online school software and webstore" and/or school registration and management software".

11.     Defendants' statements made both within the infringing software itself, and in their various advertising for the infringing online school software and webstore, including their manuals, marketing and "case study" materials contain false and misleading claims of ownership of Plaintiff's SunShop software, false claims that Defendants developed the software and false claims of copyright ownership of the software. Such statements were false per se and were misleading, had the capacity to deceive consumers and did deceive consumers, the deception had a material effect on consumers' purchasing decisions; and Defendants' misrepresentations concerning the Plaintiffs' software and the infringing software, have affected interstate commerce while the Plaintiffs have been and are being injured by such infringement and false advertising.

12.     Plaintiffs have further been particularly harmed and are being harmed by Defendant's reverse engineering and other modification, use and widespread third-party distribution of the infringing software, which has bypassed the built in license key, administration access and protection features of the copyrighted SunShop software, having disabled certain functions, including license keys and product updates, thusly decreasing the reliability and performance of the SunShop software to the detriment of Plaintiffs.

## The Defendants

13.     Upon information and belief, Defendant GLOBAL PAYMENTS INC. ("Global Payments") is a corporation organized and doing business under the laws of the

State of Georgia, doing business in this State and within this judicial district, under its own name, and also under several fictitious business names and through its subsidiaries and wholly owned companies. Global Payments operates and does business interstate and worldwide, with its principal executive offices located at 3550 Lenox Road, Atlanta, Georgia, 30326.

14.   Global Payments is a Fortune 500 company, engaged in business as a financial technology services, payment processing and enterprise software business provider. Global Payments acts as an Internet web host and Internet Service Provider for the public, educational institutions, and companies worldwide and throughout the United States, including thousands of customers and websites directed to consumers within this judicial district. According to its' corporate website, www.globalpayments.com (accessed 09/03/2021), it has "over 3.5 million customers in 100+ countries" and a "[u]nique global infrastructure, processing 56 billion+ transactions each year." According to www.globalpayments.com/about-us, "Global Payments is a technology and software company, providing the world's leading complete commerce ecosystem to businesses of every size" Global Payments and its subsidiary companies, namely including Active Network, LLC, claim that they "are here to empower simple, fast, secure payments for everyone. And to do that, we've built a complete, worldwide commerce ecosystem."

15.   On or about September 1, 2017, Global Payments added ACTIVE NETWORK, LLC to its stable of companies for total purchase consideration of $1.2 billion.

16.   Upon information and belief, Defendant ACTIVE NETWORK, LLC, ("Active Network") is a limited liability company organized and doing business under the laws of the State of Delaware, doing business in this State and within this judicial district, under its own name, and in a representative or subsidiary capacity of, and for Defendant Global Payments. Active Network has its principal place of business at 717 N Harwood Street, Suite 2500, Dallas, Texas, 75201.

17.     Founded in 1999 in San Diego, California, where it maintained its corporate headquarters until some time in 2019, Active Network remains engaged in business as an enterprise software business provider, Internet web host and Internet Service Provider, offering and providing what they describe as Activity and Participant Management and data solutions, including school registration and management software and related services to the public, educational institutions and companies throughout the United States, including those within this judicial district and in other states and countries.

18.     Active Network, claims that it "offers intelligent and intuitive registration, secure payment processing, insightful data and services to help organizers drive increased participation and revenue while streamlining administration."[1] Active Network has further claimed it "engages over 15M participants on behalf of over 27,000 organizers through [its] global marketplace for activities and events."

19.     Blue Bear Corporation was a California corporation formed in San Diego County in 1990 that maintained its principal office in San Diego and did business as Blue Bear Computer Services until some time prior to June 17, 2008, when the company was dissolved and it's known debts and liabilities were assumed by Defendant Active Network. Presently the assets, including the software used by Blue Bear and the customer accounts of BlueBear are believed to be owned, administered and operated by Defendant Active Network, and/or Heartland Payment Systems, LLC, a separate subsidiary of Defendant Global Payments.

20.     Currently, and at all relevant times, Active Network, Heartland Payment Systems, LLC and Global Payments each have offered marketing and support for the infringing school software products that are mentioned in this Verified Complaint.

21.     According to Active Network's Blue Bear website, www.bluebearsoft.com Blue Bear is the "[t]echnology partner to thousands of schools & districts". Defendants'

---

[1]http://www.activenetwork.com/Assets/ActiveNetwork/Docs/ACTIVENetwork_CorporateFactSheet-2019.pdf (accessed 09/03/2021)

"Blue Bear Software is now part of Active Network, which offers best-in-class school software for public K-12 schools and school districts. Our school administration software provides you with a full library of products, including school accounting software, school management software and online store software. All of our products are designed to make what you do every day easier. School districts can simplify the administration of school funds while schools themselves operate more efficiently with a whole lot less paperwork, leaving more time to focus on the students. Plus, the technology is incredibly user-friendly and each piece is integrated with the next. With Active, you get one easy administration system to manage every detail of your school or district."

22.   Upon information and belief, Heartland Payment Systems, LLC ("Heartland") is a Delaware limited liability company with its principal office address at 10 Glenlake Parkway, North Tower, Atlanta Georgia 30328. Heartland is believed to be a subsidiary or related company of Global Payments, and it too offers software and accounting solutions to customers within this district and elsewhere. Heartland is believed to have assumed at least a portion of the school software sales, support and marketing duties of Active Network and/or Global Payments, for the infringing school software sold and distributed by Defendants which uses, relies upon and includes the Plaintiff's SunShop software without Plaintiffs' authorization or consent.

23.   Plaintiffs are presently unaware of the true names, identities and capacities of DOES 1 through 5, and therefore Plaintiffs sue such Defendants by such fictitious names. DOES 1 through 5 are principals, supervisory employees, subsidiaries, or suppliers of Defendants Global Payments Inc., and/or Active Network, or are other entities or individuals who, in this judicial district, are manufacturing, distributing, selling and/or offering to distribute or sell goods and services in concert with the others, that directly infringe on Plaintiffs' exclusive rights. Plaintiffs will amend this complaint to reflect the true name, residence and capacity of said DOES as such facts are ascertained.

24.   DOES 6 through 229 have been identified as third parties, primarily schools and school districts who have used and displayed Plaintiff's copyrighted software without

authorization. While many of their names are known, inasmuch as the entity status and responsible party of these institutional parties is presently being investigated by Plaintiffs, once these parties can be notified of the action, if they can be joined, Plaintiffs will amend this complaint to reflect the true name, address, legal status and capacity of said DOES as such facts are ascertained.

25. Plaintiff is informed and believes that each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings herein alleged, and contributed to or caused injury to Plaintiffs as herein referred to. Upon information and belief, the DOES are either entities or individuals who are present in this judicial district, and are subject to the jurisdiction of this Court.

26. Plaintiffs are informed and believes and based thereon alleges that at all times relevant thereto each of the Defendants was the agent, representative, employ or servant of each of the remaining Defendants and was acting within the course and scope of that agency, representation, employ, agency or service in doing or failing to do acts herein alleged.

**JURISDICTION AND VENUE**

27. This Court has personal jurisdiction over each of the Defendants particularly including Global Payments Inc., Active Network, LLC and Heartland Payment Systems, LLC. Each of these related companies have had for years, more than sufficient minimum contacts with the state of California and this district, including having done business with and for clients and consumers utilizing the infringing Blue Bear school software platform and payment card environment within this district. Global Payments, Active Network and Heartland each intentionally avail themselves of millions of dollars in transactions, and regularly and routinely doing business with clients, consumers and markets within the state of California and promote, market, support and sell their products and services within this district.

28. Venue properly lies in this district pursuant to 28 U.S.C. § 1391(a)(2) because,

as noted above, Defendants' conduct substantial business in this judicial district, have committed acts of copyright infringement in this district, have induced ongoing infringement by scores of third parties and schools within this district, (See Exhibit "B"), and have caused the infringing software to be displayed to thousands of teachers, parents and students located within this district. Defendants' acts and conduct which first started here have had and continue to have a substantial impact in this district. Furthermore, Defendants have engaged and are engaging in unfair competition and other continued illegal acts within this district. Each of the acts and conduct described herein has caused and is causing harm within this district and elsewhere.

## FURTHER BACKGROUND AND FACTS

29.     Defendants Global Payments, Active Network and Heartland each have had access to Plaintiff's SunShop software. From August 12, 2008 through August 12 2012, Blue Bear Corporation, as part of the Active Network was a customer of Plaintiff located within this district that had purchased an annual ASP license from TWT, Inc. enabling it access to the software code and the right to use the SunShop software under license, annually until said license expired and was terminated on August 12, 2012. During the time while Blue Bear was a customer of TWT, Blue Bear's representative maintained one or more websites claiming a connection with Active Network and also used email addresses @activenetwork.com.

30.     Upon information and belief, after the expiration of their license, and continuing to the present, Defendants and each of them used their initial access to Plaintiff's software illegally and in violation of the express license terms, to modify Plaintiff's code, to remove the access keys, and to copy and continue using Plaintiff's software for the purpose of selling and distributing one or more webstore software products that are substantially similar to, and indeed slavish copies of Plaintiff SunShop software. It is further believed that Defendants have knowingly and intentionally infringed on Plaintiff's copyrights and further caused hundreds, if not thousands of third

parties to illegally access their infringing webstore software that has been sold, marketed and supported within this district and elsewhere (See Exhibit "B" hereto).

31.   Pursuant to Defendants' conspiratorial goals, working together and with third party companies, including Lifetouch, Inc. (a Snapchat company) that specializes in selling school photographs and yearbooks, and others, Defendants have unlawfully profited in terms of millions of dollars by copying and distributing Plaintiff's SunShop software.

32.   Plaintiffs are informed and believe that in marketing the infringing products each of the Defendants have falsely claimed to have developed the software, have falsely claimed to have the right to use and even copyright in and to the software. Moreover, for example, Defendants have used the SunShop software to support their public offering of an "intelligent online school store solution, the WebStore, [that] gives administrators, athletic departments, activity directors and student clubs the ability to sell products and raise money online." Notwithstanding such claims, Plaintiffs are informed and believe that Defendants' school webstore product is nothing more than an infringing copy of the Plaintiff's SunShop software, which allows third parties to display and use Plaintiff's SunShop software, without any license or authorization.

33.   Plaintiffs are informed and believes that the Defendants, and each of them are knowingly, systematically and willfully selling and distributing infringing copies of the Plaintiff's SunShop work, within this judicial district, under a false designation of origin and by making materially false and misleading advertising claims, within and outside of this judicial district and therefore asks that this Court enjoin such activities and order Defendants to pay damages, *inter alia,* pursuant to the Copyright Act, 17 U.S.C. §101 *et. seq.,* the Digital Millenium Copyright Act ("DMCA"), *§1201(a)(2)* and Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a)(1)(B).

**Plaintiff's Knowledge of Defendants' Infringing Activities**

34.   On June 30, 2021, Talavera was directed by his child's school to make a donation to the school's webstore via a website hosted by the school. As directed, he

visited the URL located at https://webstores.activenetwork.com/school-software/... where he observed that the school's webstore was running a identical, or near identical copy of his SunShop software. Indeed, the overall structure, as well as the unique form, fonts, titles, layout, appearance and functionality of the program appeared identical to SunShop. A true copy of said webstore is among those collectively attached as Exhibit "B" hereto.

35.     Talavera reviewed the referenced school webstore as was hosted by Defendants at activenetwork.com, as well as the marketing and sales materials advertised by Defendants and detected several additional examples of third party school webstores hosted by Defendants for other school districts. Based on Plaintiff's detailed review of the respective "design examples", case studies and other advertising material publicly showing third-party websites using and displaying Defendants' school software, Talavera confirmed that such entities were using software that was extremely similar, if not identical to the SunShop computer program and source code. Talavera then further performed additional Internet research designed to locate additional websites which contained the same code as was being hosted, displayed and utilized on the Defendants' websites, and/or webserver and determined that such infringing e-commerce program was then being used and infringed by at least Two Hundred and Twenty Five (225) distinct commercial and school webstores (via webstores.activenetwork.com), (DOES- 6 through 229) as well as dozens more third party demonstration or inactive accounts. Each such third party webstore are using and displaying an infringing copy of Plaintiffs' SunShop software program, through without the authorization of the Plaintiffs, and as the direct result of the infringing and illegal acts of Defendants Global Payments, Active Networks and each of them.

36.     Pursuant to the Plaintiff's further investigation, Plaintiff learned that the Defendants' school software which directly copies and infringes Plaintiff's SunShop work, was being hosted and widely distributed on the Internet via activenetwork.com. Due to confidentiality and privacy concerns, Plaintiff will lodge with the court a list of

these third party Schools, School Districts and Other Institutions via a separate, sealed filing.

37.     In addition, Plaintiffs also located identical design examples showing and displaying SunShop within the marketing materials and case studies used by Defendants as is described above. Talavera has printed and made a detailed review and comparison of the software code used by these school webstore sites and has confirmed that the school software widely sold by the Defendants was substantially similar, if not identical to SunShop, thusly directly infringing the Plaintiff's exclusive rights therein. To preserve Plaintiff's proprietary rights in the software, Plaintiff will lodge with the court true copies of the respective software codes used, as well as a side-by-side comparison of the software codes, via a separate sealed filing.

<div align="center">

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT)**

</div>

38.     Plaintiffs hereby incorporate by reference each of the allegations set forth in paragraphs 1 through 37 above.

39.     This claim arises under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 et. seq.  Plaintiffs are the owners of all rights and title to Mr. Talavera's and TWT, Inc.'s proprietary software code and applications, particularly including Mr. Talavera's registered work entitled "SunShop."  Such software program and source code contain material wholly original with Plaintiffs and are copyrightable subject matter under the copyright laws of the United States.

40.     The Copyright Act  (17 U.S.C. 201(a)) gives initial ownership to the author who creates any such work  As prima facie evidence of such ownership, Plaintiff incorporates herein, **Exhibit A**, a true copy of copyright registration certificate No. TX 5-896-387 from the United States Copyright Office in the name of Plaintiff which bears the registration date of February 20, 2004.

41.     Upon information and belief, with full knowledge of Plaintiffs' rights

herein, each of the Defendants have had access to Sunshop which they infringed and continue to infringe upon Plaintiff Talavera's copyrights by directly using, copying, reproducing, distributing, selling, leasing, licensing, sub-licensing, and otherwise creating unauthorized derivative works that are substantially similar to SunShop and based on the Plaintiff's original SunShop software program and source code.

42.     Upon information and belief, Defendants Global Payments, Active Network, LLC and DOES 1 through 5 have reverse engineered and modified Plaintiff's software code to remove the license key, and have created, reproduced and sold derivative works based on Plaintiffs' SunShop software program and source code, without authorization, for their own commercial gain. During such time, each of the Defendants have used, displayed and reproduced Plaintiff's copyrighted work, created derivative works based on Plaintiffs' SunShop work, that are substantially similar, if not identical to Plaintiff's copyrighted work, and have also sold and distributed Plaintiff's software and source code or a substantially similar derivative version of Plaintiff's copyrighted work to hundreds of third parties.  Each such use, copy, reproduction, distribution, sale, lease, licensing, sub-licensing, and creation of derivative works based on the Plaintiffs' work was done without Plaintiffs' knowledge or consent, approval or license. Upon information and belief, each of the Defendants' products and services rendered to third parties utilize, rely upon and/or contain wholesale copies of Plaintiffs' works, all in violation of Plaintiffs' copyrights.

43.     On or about June 30, 2021, Plaintiffs discovered or otherwise became informed and thusly reasonably believed that one or more of the Defendants, and ultimately all of them were, are, and had been infringing upon Plaintiff's copyrighted SunShop software program and source code by using and displaying such copyrighted work, by reproducing same, and by selling, renting, and distributing a derivative and substantially similar version of Plaintiff's copyrighted software program and source code to their own third-party customers for their own financial gain. However, Plaintiffs had no prior knowledge of, and did not and could not reasonably discover Defendants' past

and continuing acts of infringement until such date, due, in part, to Defendant Global Payment, Defendant Active Network and DOE 1 through 5's respective acts of subterfuge and concealment, which include removing and obliterating the Plaintiff's name, copyright notices and license keys within the SunShop software.

44.    Defendants Global Payments and Active Network have created derivative works from, reproduced, distributed and/or displayed the Copyrighted SunShop work in violation of Plaintiffs' exclusive rights under the Copyright Act.

45.    Defendants Heartland and DOES 6 through 229 have used and are using and displaying infringing copies of Plaintiff's software without Plaintiff's authorization.

46.    Plaintiffs believes that Defendants' infringement of Plaintiff's copyrighted works has been and continues to be with the full knowledge that Plaintiff's works are proprietary and protected by copyright, thereby willfully and intentionally infringing Plaintiff's copyrights in and to its software code and applications, particularly including Plaintiff Talavera's Sunshop work.

47.    Defendants' acts as aforesaid violate Plaintiffs' exclusive rights under § 106 of the Copyright Act of 1976, 17 U.S.C. §106, and constitute infringement of Plaintiff Talavera's copyrights. Defendants' past and continuing copying, distribution, use and sale of products and services which contain or rely upon Plaintiffs' copyrighted works constitutes a willful and deliberate infringement of Plaintiff's copyrights and is causing irreparable harm and damage to Plaintiffs. As such, injunctive relief as against the Defendants is further warranted herein to prevent further illegal copies from being created, offered, licensed, sold and/or distributed by the Defendants. Defendants' infringement of Plaintiffs' copyrights will continue unless enjoined by this Court.

48.    Plaintiffs are informed and believe, and on that basis alleges, that Defendants' infringement of Plaintiffs' copyrights are, and continues to be, intentional, willful and in conscious disregard of Plaintiffs' rights.

49.    Plaintiffs are informed and believe, that Defendants have realized significant profits by virtue of their infringement of Plaintiffs 's copyrights.

50.     Plaintiffs have sustained economic damage as a result of Defendant's infringement of Plaintiffs' copyrights in an amount to be proven at trial.

51.     Plaintiffs are entitled to recover the actual damages suffered and/or any profits gained by each Defendant that are attributable to its acts of copyright infringement pursuant to 17 U.S.C. § 504(b).  Alternatively, Plaintiffs are entitled to the maximum statutory damages allowed under 17 U.S.C. § 504(c) based on Defendant's willful acts of copyright infringement. Plaintiffs will make an election at the appropriate time before final judgments are rendered.

52.     Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to an injunction against Defendant's continuing reproduction, distribution and display of Plaintiffs 's copyrighted materials. Plaintiffs are further entitled to recover its full costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

## <u>SECOND CLAIM FOR RELIEF</u>
### (CONTRIBUTORY AND INDUCED COPYRIGHT INFRINGEMENT)
### (17 U.S.C. § 501, *et seq.*)

53.     Plaintiffs incorporate herein by reference each and every allegation in the preceding paragraphs.

54.     Defendants Global Payments and Active Network are aware that their actions and the actions of their related companies and predecessors as described above infringed and continue to infringe Plaintiffs 's copyrights and exclusive rights to create derivative works from, reproduce, display and distribute Plaintiffs 's copyrighted SunShop materials.

55.     By offering for sale copies of Plaintiffs software to actual and potential purchasers for use via their own competitively labeled websites, by providing the software to schools and consumers, via their own private labeled platforms and websites including, without limitation:  bluebearsoft.com and webstores.activenetwork.com, and by providing services to install, update, and/or modify Plaintiffs' software to cause it to operate without Plaintiffs' authorization on hundreds if not thousands of third party

computers and websites, Defendants Global Payments, Active Network and Heartland have induced, caused or materially contributed to the infringing conduct of third party users, school webstores and their purchasers.

56.     Plaintiffs are informed and believes, and on that basis allege, that Defendant's inducement of infringement of Plaintiffs' copyrights in the Copyrighted Works are, and continues to be, intentional, willful and in conscious disregard of Plaintiffs' rights.

57.     Plaintiffs are informed and believe, and on that basis allege, that Defendants and each of them have realized immense profits by virtue of their respective inducement of infringement of Plaintiffs' copyrights.

58.     Plaintiffs have sustained economic damage as a result of Defendant's inducement of infringement of Plaintiffs' copyrights in an amount to be proven at trial.

59.     Plaintiffs are entitled to recover the actual damages it has suffered and/or any profits gained by each Defendant that are attributable to its own acts of copyright infringement pursuant to 17 U.S.C. § 504(b). Alternatively, Plaintiffs are entitled to the maximum statutory damages allowed under 17 U.S.C. § 504(c) based on Defendant's willful acts of copyright infringement. Plaintiffs will make an election at the appropriate time before final judgment is rendered.

60.     Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to an injunction against Defendants' continuing reproduction, distribution and display of Plaintiffs' copyrighted materials.

61.     Plaintiffs are further entitled to recover their full costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

### THIRD CLAIM FOR RELIEF
### (VIOLATION OF SECTION 1201(a)(2) of the COPYRIGHT ACT)

62.     Plaintiffs incorporate by reference here each of the allegations set forth in paragraphs 1 through 61 above.

63.     Plaintiffs are informed and believe that Defendants Global Payments and Active Networks LLC and others offered sold, trafficked in provided and distributed to the public software that is primarily designed or produced for the purpose of circumventing a technological measure that effectively controls access to a work protected under the Copyright Act. Such software as modified has limited the commercially significant purpose or use of SunShop to grant access and circumvent a technological measure that effectively controls access to the SunShop program and which has been and is knowingly marketed by Defendants in concert for use in circumventing a technological measure that effectively controls access to Plaintiff's Sunshop software program.

64.     Defendants have modified Plaintiffs' Sunshop software to allow it to operate without Plaintiff's license terms in place nor security updates , and Defendant's code overrides or gets around SunShops' embedded codes.

65.     Plaintiffs are informed and believe, and on that basis alleges, that Defendant's "code" is used to circumvent a technological protection measure since it avoids, bypasses, removes, descrambles, decrypts, deactivates, or impairs a technological protection measure without  Plaintiff's authority for the purpose of gaining unauthorized access to the Copyrighted SunShop Work.

66.      Plaintiffs are informed and believe, and on that basis alleges, that Defendants have manufactured, imported, offered to the public, provided or otherwise trafficked a product, device, component, technology, software, or "code" ("the Circumvention Devices") that are primarily designed or produced for the purpose of either circumventing Sunshop's technological protection measures that effectively control access to Copyrighted Works, or allowing third parties to access Plaintiffs' Copyrighted Works without authorization.

67.     Plaintiffs have suffered and continue to suffer irreparable harm and injury as a result of the aforesaid infringing acts. In particular, due to Defendants' distribution

and use of modified and unlicensed copies of the SunShop software, Plaintiff can no longer exclusively control or prevent distribution of uncircumvented copies of its Sunshop software, nor can it effectively monitor or track usage of the software by third parties in violation of the terms of TWT, Inc.'s license agreements. Plaintiffs thusly assert a claim for immediate injunctive relief, and monetary relief to be proven at trial or in the alternative statutory damages including prejudgment interest, costs of suit and reasonable attorney's fees resulting from Defendants' willful circumvention of the access controls and license keys in Plaintiff's SunShop software.

68.     Plaintiffs have sustained economic damage as a result of Defendant's willful circumvention of the access controls and license keys in Plaintiff's SunShop software in an amount to be proven at trial.

69.     Plaintiffs are entitled to recover the actual damages it has suffered and/or any profits gained by each Defendant that are attributable to its own acts of copyright infringement pursuant to 17 U.S.C. § 1203(b) and (c). Alternatively, Plaintiffs are entitled to the maximum statutory damages allowed under 17 U.S.C. § 1204(c) based on Defendant's willful acts of copyright infringement and circumvention. Plaintiffs will make an election at the appropriate time before final judgment is rendered.

70.     Pursuant to 17 U.S.C. § 1203, Plaintiffs are entitled to an injunction against Defendants' continuing circumvention of the access controls and license keys in Plaintiff's SunShop software.

71.     Plaintiffs are further entitled to recover their  full costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b).

## FOURTH CLAIM FOR RELIEF
### (FALSE DESIGNATION OF ORIGIN UNDER §43(a) OF THE LANHAM ACT)

72.     Plaintiffs incorporate by reference here each of the allegations set forth in paragraphs 1 through 71 above.

73.     Plaintiffs are informed and believe that Defendants Global Payments, Active Network, Heartland and DOES 1 through 5 and each of them, without any license or authorization, have engaged in acts which constitute "reverse passing off" in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), by misrepresenting to the public that: Plaintiff's copyrighted SunShop software program, source code and shopping cart services are owned by, or otherwise originated from such Defendant(s); and/or that the identical or nearly identical and infringing version of the Defendant(s) software program, source code and shopping cart services are unique properties created and offered by such Defendants. Such misrepresentations are likely to cause the public to experience confusion, mistake, or otherwise become deceived as to an alleged affiliation, connection, or association between Plaintiffs and Defendants, when no such affiliation, connection or association actually exists. Such misrepresentation on the part of Defendants is further likely to cause, confusion, mistake, or deception as to the origin, sponsorship, or approval of its alleged goods, services, or commercial activities by the Plaintiffs.

74.     Plaintiffs further allege herein that Defendants, in connection with offering and sale of their own privately labeled goods or services, have falsely designated the origin of Plaintiff's SunShop software program and source code, and have further in Defendants' own manuals, screens and commercial advertising or promotion of their own webstore software and services falsely claimed to have developed SunShop and falsely claimed copyright in the software. Defendants have used in commerce a combination of words and names which constitute a false or misleading description of fact, or false or misleading representation of fact, and which misrepresents the nature, characteristics, qualities, or geographic origin of such Defendant's (and Plaintiff's) goods, services, or commercial activities.

75.     More specifically, in connection with the offering, distribution and sale of its own infringing version of Plaintiff's copyrighted SunShop software and source code, without any license or authorization, Defendants Global Payments and Active Network

have made several misrepresentations of fact concerning the source and origin thereof, as well as other misrepresentations concerning Defendant's own services offered to the public, and have otherwise have knowingly and intentionally altered the Plaintiff's copyrighted software program and source code in several material respects, particularly to mislead the public and to conceal the Plaintiff's creation, authorship and ownership thereof, including, by, without limitation, the following:

a)   removing the source identifying text "Copyright © 2001, Turnkey Web Tools, Inc." throughout the entire source code of the work;

b)   removing Plaintiff's Page Titles: "SunShop Administration" throughout the work;

c)   removing Plaintiff's "Sunshop" name and logo throughout the the entire source code of the work;

d)   removing Plaintiff's software title "Sunshop Shopping Cart" Developed By: Turnkey Web Tools, Inc." from the Admin Login Screen:

e)   at the "footer" on the bottom of every screen display shown in the work: removing the words: "Powered by SunShop 'Shopping Cart Software'" and replacing same with "Powered by 'Submit Solution © 2008."

f)   at the footer on the bottom of the Admin Panel, removing the words "© Copyright 2001 Turnkey Web Tools, Inc – and a hyperlink to Plaintiff's website at <www.turnkeywebtools.com>;

g)   removing control access keys to limit access to the software, and to conceal the other infringing and illegal acts of Defendants, and each of them;

h)   by placing the words "Developed by Active Network" on the Admin Login Screen; and

i)   by placing claims to own "copyright" in the software and manuals.

76.   Plaintiffs are informed and believe and thusly further allege that the Defendants in connection with offering and sale of its goods or services have made several additional false and misleading representations of fact regarding the nature,

characteristics and qualities of said Defendant's own software and services offered to the public, including, within the examples shown in Exhibit "C" hereto. These false and misleading statements are shown within Defendant's product materials and are further described herein, *inter alia*, without limitation, include the following:

        a)    testimonials which falsely claim that each of Defendants through their various and respective websites have successfully created and developed their webstore products and have promoted their branded products for, and performed services for the very same satisfied customers;

        b)    providing false statements showing allegedly customized website designs created for third parties on each of their respective websites, (while the entire structure, design and appearance is merely that of SunShop) and which falsely claim that each of Defendants through their various and respective websites have successfully created and customized Internet websites for the very same third-party customers as are respectively shown thereon;

        c)    providing as examples of customized website for third parties, images of alleged websites and logo designs that were not created for third parties, but rather were created to mislead the prospective customers into believing that the respective Defendants had a robust portfolio of design examples created for third parties and/or a wide variety of satisfied third party customers in many fields of business related to school webstores.

77.    Such false designation of origin and false misrepresentations of fact on the part of Defendants are likely to confuse mislead and deceive consumers and potential consumers and upon information and belief such misrepresentations have actually misled, confused, and deceived customers and potential consumers, and have further confused, misled and diverted Plaintiffs' customers and prospective customers all to Plaintiffs' detriment.

78.    The products and services offered by Defendants Global Payments, Active Network, and DOES 1-5 are directly competitive to the products and services offered by

Plaintiffs and thusly Defendants' false designation of origin and false descriptions of fact identified herein misleads, deceives and discourages Plaintiffs' customers and potential customers from utilizing Plaintiffs' services thereby resulting in consumer confusion and lost sales to Plaintiffs.

79.    Plaintiffs have no control over the quality of the products and services offered and sold by Defendants. Plaintiffs are unable to fix any bugs created by changes to the software and are unable to provide fixes and updates thereto. Therefore, any misattribution of authorship, false claim of copyright in the Plaintiff's source code and/or any other failure, neglect or default by Defendants in providing the "software" and/or services will likely reflect adversely on the Plaintiffs. Moreover, by virtue of its illegal acts which constitute "reverse passing off" by misrepresenting the Plaintiffs' work as its own, Plaintiff's efforts to continue to protect its reputation as the creator of the copyrighted software and as a provider of high quality products and services has been and will be hindered, as will its significant efforts to date to promote its products and services all to the irreparable harm of Plaintiffs.

80.    For example, it has been widely reported that the Active Network BlueBear school software was hacked and the information of thousands of customers of the Defendants was obtained by third parties due to defects in the software code that were caused by Defendants' failure to maintain licensed and updated copies of the SunShop software causing damages to hundreds of third parties and potential damage to the Plaintiffs. Indeed, as a customer who used the infringing software to donate money to his child's school, Plaintiff Talavera has been personally harmed as well.

81.    Defendants' false designations of origin and false and misleading descriptions and representations of fact will continue unless enjoined by this Court.

### FIFTH CLAIM FOR RELIEF
### (TRADEMARK / TRADE DRESS INFRINGEMENT)
### (15 U.S.C. § 1125(a))

82.    Plaintiffs incorporate herein by reference each and every allegation of the preceding paragraphs.

83.     Through Plaintiff's longstanding use and distribution of the SunShop program in interstate commerce, Plaintiffs also owns common law Trademark rights to its distinctive style, design and trade dress throughout the United States which amount to unregistered trademarks and other source identifiers of the Plaintiff in and in connection with the SunShop software. Plaintiffs are the owner of substantial common law rights throughout the United States in Sunshop's Trade Dress through their use and promotion in interstate commerce.

84.     Plaintiffs' Trade Dress has been prominently displayed in the SunShop software, is well known among consumers and has come to be associated exclusively with Plaintiffs and the version of SunShop that has existed for nearly 20 years. Plaintiffs' Trade Dress has become distinctive of SunShop webstore shopping cart program and distinguishes SunShop from those offered by others.

85.     Plaintiff's Trade Dress in SunShop was distinctive long before Defendants began offering their illegal product for sale.

86.     Plaintiff's Trade Dress is non-functional.

87. Defendants' unauthorized use, sale and distribution of goods displaying Plaintiff's Trade Dress is likely to cause confusion, to cause mistake, or to deceive as to the source of goods and services provided by Defendants, or as to affiliation, connection, association, sponsorship, or approval between Plaintiffs and Defendants.

88.     Plaintiffs never consented to Defendants' use of Plaintiffs' various marks or its distinctive trade dress or to cause confusion or mistake, or to deceive the public as to the origin, sponsorship, association or approval of the goods and services of Defendants and/or to falsely imply an association with Plaintiffs and/or SunShop.

89.     Defendants' unauthorized use of Plaintiff's distinctive trade dress is likely, if not certain, to cause confusion or to deceive customers as to the affiliation, connection or association of Defendants with Plaintiffs and/or SunShop..

90.     Defendants' unauthorized use of the Plaintiffs' various trademarks and its distinctive trade dress is also likely, if not certain, to cause confusion or to deceive customers as to the origin, sponsorship, association or approval of the goods and services of the Defendants.

91.     Defendants' unauthorized use of Plaintiffs' various trademarks and its distinctive trade dress also facilitates the acceptance of Defendants' webstore software and related services not based on the quality of the goods and services provided by Defendants, but on the association that the public is likely to make with Plaintiffs and/or SunShop and the reputation for outstanding quality and goodwill associated therewith.

92.     Defendant's conduct deprives Plaintiffs of the ability to control the quality of the goods and services marketed under the Infringed Marks and Plaintiffs' unregistered common law trademarks and, instead, places Plaintiffs' valuable reputation and goodwill into the hands of Defendants, over which Plaintiffs have no control.

93.     Defendants' unauthorized use, sale and distribution of good displaying Plaintiffs' Trade Dress constitutes trade dress infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

94.     Defendants' infringement of Plaintiffs' trademarks has been and continues to be intentional, willful and without regard to Plaintiffs' distinctive trade dress and trademark rights.

95.     Defendants have gained profits by virtue of its infringement of Plaintiffs' trademarks and trade dress.

96.     Plaintiffs also have sustained damages as a direct and proximate result of Defendants' infringement of Plaintiffs' trademarks in an amount to be proven at trial.

97.     Plaintiffs will suffer and is suffering irreparable harm from Defendants's infringement of the Plaintiffs' trademarks and trade dress insofar as Plaintiffs' invaluable good will is being eroded by Defendants' continuing infringement. Thus, pursuant to 15

U.S.C. § 1116, Plaintiffs are entitled to an injunction against Defendants' continuing infringement of Plaintiffs' copyrights, trademarks and trade dress in SunShop.

98.    Unless enjoined, Defendant will continue their infringing conduct.

99.    Because Defendants' actions have been committed with intent to damage Plainitffs and SunShop and to confuse and deceive the public, Plaintiffs are entitled to treble its actual damages or Defendant's profits, whichever is greater, and to an award of costs and, this being an exceptional case, reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 1117(b). Alternatively, Plaintiffs are entitled to the maximum statutory damages allowed under 15 U.S.C. § 1117(c). Plaintiffs will make their election at the appropriate time before final judgment.

<div align="center">

**SIXTH CAUSE OF ACTION**
**(UNFAIR COMPETITION - VIOLATION OF CAL. BUS. & PROF. CODE SECTIONS 17200 et. seq. and 17500 et.seq.)**

</div>

100.    Plaintiff incorporates by reference here each of the allegations set forth in paragraphs 1 through 99 above.

101.    Beginning at an exact date unknown to Plaintiffs and continuing to the present, but now believed to have been as early as August 2012, Defendants Global Payments, Active Network, Heartland and DOES 1-5 have engaged in and continue to engage in unfair competition as defined in California Business & Professions Code §17200 *et.seq.* Unless enjoined and restrained by order of the Court, such Defendants will continue to engage in such violations.

102.    Such Defendants have misappropriated, converted, used, displayed, offered, distributed and sold to third parties Plaintiffs' proprietary software applications, source code and programs without authorization. Such acts were taken by Defendants in order to misappropriate and capitalize on the creative efforts, proprietary rights and goodwill associated with the Plaintiff's business by means which mislead and deceive the purchasing public.

103.     Defendants have further used, displayed, sold and distributed Plaintiff's proprietary software applications, source code and programs. Such unauthorized use of Plaintiffs' property provides the Defendants with an ill-gotten gain and unfair advantage over the Plaintiffs and further constitutes an unlawful, unfair and/or fraudulent business practice in violation of Cal. Business & Professions Code Section 17200 et. seq.

104.     Plaintiff is informed and believes Defendants' actions aforesaid were taken in furtherance of their efforts to dispose of real or personal property and/or to perform certain services (particularly related to the provision of school shopping cart and webstore services" which are infringing upon and directly competitive with Plaintiffs' own offering of their SunShop software applications programs and source code) and further were made with the intent to induce the public into entering into contracts, agreements and other obligations relating thereto.

105.     Plaintiffs are informed and believe that the respective Defendants' acts and practices of unfair competition include that the Defendants have engaged in untrue and misleading advertising in violation of California Business & Professions Code §17500 *et.seq,* as more fully described above.

106.     Plaintiffs are further informed and believe that within the State of California, such Defendants have made, disseminated and caused to be disseminated within this State in its various advertising devices, including over the Internet, certain false, incomplete and misleading statements concerning certain real or personal property and/or to perform certain services which are infringing upon and directly competitive with Plaintiffs' own offering of their SunShop software applications programs and source code and further were made with the intent to induce the public into entering into contracts, agreements and other obligations relating thereto. Such statements concerning the circumstances and matters of fact connected with the proposed performance of services by Defendant and disposition of property were untrue and/or misleading, and failed to further disclose other relevant information, (namely that the Plaintiffs are the sole owners and creators of the SunShop software program; and/or with reference to the

respective Defendants' false and misleading customer testimonials, and/or false recent work examples and/or third party design examples), which facts and statements were known and should have been known to the Defendants to be untrue, materially incomplete and misleading.

107.    Defendants' business practices as alleged above constitute unfair competition and unfair business practices and business acts in violation of Section 17200 et seq. of the California Business & Professions Code.

108. Pursuant to California Business and Professions Code §17203, Plaintiffs are entitled to enjoin these practices. Without injunctive relief, Apple has no means by which to control Defendant Active Network LLC and its related companies from unlawful copying and distribution of the Sunshop copyrighted work. Similarly, Plaintiffs cannot control the confusion created by Active Networks' and its partners' infringement of Plaintiffs' copyrights, trademarks and trade dress. Plaintiffs are therefore entitled to injunctive relief prohibiting from continuing such acts of unfair competition pursuant to California Business and Professions Code §17203.

109.    As the direct result of the acts of unfair competition on the part of these Defendants, Plaintiffs have suffered actual injury in fact and have lost money and property, including irreparable injury to the Plaintiff's goodwill and reputation.

110.    By reason of the foregoing, Plaintiffs are entitled to injunctive relief restraining further acts by Defendants as well as monetary damages in an amount to be determined at trial.

## SEVENTH CAUSE OF ACTION
### (UNJUST ENRICHMENT)

111.    Plaintiffs incorporate by reference the allegations set forth above.

112.    As a result of the conduct described above, and particularly by using, displaying, reselling, "sublicensing" and distributing Plaintiffs' software program, and code, and derivative works unlawfully created from same, Defendants and each of them have been unjustly enriched at the expense of Plaintiffs.

113.   All actions described above unjustly enrich Defendants in an amount to be proven at trial. Therefore, Plaintiffs request that this Court order Defendants and each of them to disgorge their ill-gotten gains and unjust enrichment.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully prays that this Court grant judgment against Defendants, as follows:

a.   That Defendants, their officers, directors, agents, servants, employees, subsidiaries, affiliates, assigns and licensees, anyone in active concert or participation with any of them be enjoined during the pendency of this action and permanently from further copying, duplicating, distributing, displaying, advertising, marketing, selling, adapting, publishing, reproducing, preparing or using derivative works based on, renting, leasing, offering, disclosing, or otherwise transferring or communicating in any manner, orally or written, printed, audio, electronic, photographic, machine readable, or other form, or communication to any agent, representative, employee, member, customer, person or affiliate, or in written or downloadable electronic materials, any of the Plaintiffs' works, particularly including its copyrighted "SunShop" work and any and all derivative works based thereon or substantially similar thereto;

b.   An Order impounding in unencrypted, plain text format, all copies of Plaintiffs' copyrighted work entitled "SunShop" and all software, source code, screen displays, and other materials that are used by Defendants and that infringe upon Plaintiffs' "SunShop" work;

c.   An Order for the destruction of all infringing copies of materials that include all or part of Plaintiffs' copyrighted "SunShop" work or any materials derived therefrom;

d.   That Defendants and each of them be required to pay to Plaintiffs such damages as Plaintiff has sustained in consequence of Defendants' infringement of Plaintiff's copyright, pursuant to 17 U.S.C. §504(b);

e.      That Defendants and each of them be required to account for and disgorge to Plaintiffs all gains, profits and advantages derived by their respective copyright infringement(s) pursuant to 17 U.S.C. §504(b);

f.      That Defendants and each of them be required to pay Plaintiffs statutory damages pursuant to 17 U.S.C. §504(c);

g.      That Defendants and each of them be required to pay Plaintiffs an increase in the award of statutory damages due to Defendants' willful infringement pursuant to U.S.C. §504(c)(2);

h.      That Plaintiff be awarded of at least One Million Five Hundred and Fifty Thousand Dollars ($1,550,000) in monetary damages from Defendants Global Payments and Active Network for their acts alleged herein;

i.      That Defendants be temporarily and permanently enjoined from making false, misleading and deceptive representations in their commercial advertisements;

j.      That Defendants be required to account to Plaintiffs for such Defendants' profits and to pay to Plaintiffs the actual damages suffered thereby as a result of Defendants Lanham Act violations.

k.      That Defendants be ordered to disgorge to Plaintiffs all gains, profits, and advantages derived by each Defendant.

k.      That the Defendants be ordered to pay punitive damages as the result of Defendants' willful, malicious and/or fraudulent conduct.

l.      That Defendants and each of them be required to pay to Plaintiffs such damages as Plaintiffs have sustained in consequence of Defendants' unlawful trade practices and unfair competition;

m.      That Defendants be required to pay to Plaintiffs the costs of this action;

n.      That Defendants be required to pay Plaintiffs' reasonable attorney's fees to be allowed to the Plaintiff by the court;

VERIFIED COMPLAINT                                                          - 29 -

1        o.     For an accounting of all Defendants' activities and financial

2 records; and

3        p.     That Plaintiff be awarded such further relief as the Court

4 deems equitable.

5 Respectfully submitted,        ANDERSON LAW- WE PROTECT IMAGINATION

6

7 Dated:  September 7, 2021     By:

8                          Stephen L. Anderson

                           Attorney for Plaintiffs

9

10

11

12

13

14                  REQUEST FOR A JURY TRIAL

15     Pursuant to Rule 38, Federal Rules of Civil Procedure, Plaintiffs hereby demands a

16 trial by jury.

17 Respectfully submitted,        ANDERSON & ASSOCIATES

18 Dated:  September 7, 2021     By:

19                          Stephen L. Anderson

20                          Attorney for Plaintiffs

21

22

23

24

25

26

27

28

1

2
## VERIFICATION

3  State of California          ) ss.
4  County of Riverside          )

5      Christopher Talavera, being duly sworn, deposes and says that he is an individual,

6  Plaintiff in this suit, and further that he is the President of Turnkey Web Tools, Inc., a

7
8  Plaintiff herein and that he is authorized to make this verification on its behalf. He

9  further affirms that he has read the foregoing Complaint and knows the contents thereof

10 and that the same is true of his own knowledge except as to matters therein stated on

11 information and belief, and as to those matters he believes it to be true.

12
13 Dated: September 7, 2021

14                                    Christopher Talavera
                                      President, Turnkey Web Tools, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-896-387**

EFFECTIVE DATE OF REGISTRATION

2·20·04
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

**SunShop**

PREVIOUS OR ALTERNATIVE TITLES ▼
SunShop Shopping Cart

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
**Christopher E Talavera**

DATES OF BIRTH AND DEATH
Year Born ▼ 1978   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
entire source code

**NOTE**
Under the law the author of a  work made for hire  is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases
**2001**

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ 01   Day ▶ 01   Year ▶ 2001
United States   ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Christopher E Talavera
2140 W  Chapman Ave  Suite 123
Orange  CA  92868

See instructions before completing this space

TRANSFER If the claimant(s) named here in spa  ce 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
FEB 20 2004
ONE DEPOSIT RECEIVED
FEB 20 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE  Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

n/a

**Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**a 6**
**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼   LegalZoom com

Account Number ▼   DA092487

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

LegalZoom com  Inc
7083 Hollywood Blvd  Suite 180
Los Angeles, CA 90028

**b**

Area code and daytime telephone number ▶ 323-962-8600          Fax number ▶ 323-962-8300

Email ▶ hanka@legalzoom com

**CERTIFICATION\*** I the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Christopher E  Talavera

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Henry N  Azarian          Date ▶ 02/17/04

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address | Name ▼  Christopher E  Talavera | |
|---|---|---|
| | Number/Street/Apt ▼  2140 W  Chapman Ave  Suite 123 | |
| | City/State/ZIP ▼  Orange, CA, 92868 | |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

As of July 1 1999 the filing fee for Form TX is $30

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500
June 1999—200 000   ♻ PRINTED ON RECYCLED PAPER          ☆U S  GOVERNMENT PRINTING OFFICE  1999-454 879/49
WEB REV  June 1999

34

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B



# Active Network Powers Over 480 K-12 Schools Nationwide Just in Time for Back-to-School Season

*Latest School Software, WebStore™, Makes it Easy to Pay Fees and Buy Back-to-School Items Online; Benefiting Schools, Parents and Students Alike*

September 20, 2011 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The Active Network, Inc. (NYSE: ACTV), the leading provider of organization-based cloud computing applications, has helped over 480 public schools get through back-to-school season with WebStore™, a software solution for the education market which allows schools to securely manage their school stores online, generate greater revenue and reduce outstanding student debt.

An easy to use front-end system, WebStore connects to the Active Network Tracks™ and Schoolbooks® software programs, which handle the back-end accounting systems for K-12 schools. Reducing cumbersome lines, lost checks and student debts, WebStore streamlines the way schools track inventory, fundraise and sell items such as spirit wear, dance tickets, yearbooks, student body cards, parking passes, AP exams, graduation fees and more.

"WebStore offers significant advantages for both schools and parents," said James Reyes, general manager of Active Network, Communities. "It offers schools more financial accountability by allowing them to accept funds electronically, while simultaneously making it easier for parents to purchase back-to-school essentials for their kids online."

"Last year we had $24,000 in outstanding student debts at our school," said Jennifer Vargo from Kennedy Junior High School. "With the use of WebStore from Active Network, we've been able to quickly reduce that outstanding debt to $9K."

Over 3 million dollars in sales were processed through WebStores—across all participating schools—in the month of August alone. Julena Averett from Olympus High School adds, "We had 1,260 out of 1,600 students pay their registration fees online this year."

Already an important resource in many schools, Active Network will continue to focus on launching its WebStore product to existing customers and expanding the number of online school stores. For more information on how WebStore can benefit your school visit: www.activeeducate.com/technology-solutions/webstore.htm.

**About The Active Network, Inc.**

The Active Network, Inc. is the leading provider of organization-based cloud computing applications—serving the business events, community activities, outdoors and sports markets— with over 47,000 global business customers and 70 million annual transactions reported last year. Our technology platform, ActiveWorks®, transforms the way organizers manage their activities and events by automating online registrations and streamlining other critical management functions, while

also driving consumer participation to these events courtesy of Active.com. Active is the leading online community for people who want to discover, participate in, and share activities about which they are passionate. Headquartered in San Diego, California since 1999, the company has over 25 offices worldwide. To learn more, visit www.ActiveNetwork.com or www.Active.com. Follow Active Network on Twitter @ActiveNetwork, @Active and on Facebook.

**About Forward-Looking Statements**

The Active Network, Inc. cautions you that the statements included in this press release that are not a description of historical facts are forward-looking statements within the meaning of the federal securities laws. Any such statements are subject to substantial risks and uncertainties, and actual results may differ materially from those expressed in these forward-looking statements. More detailed information about The Active Network, Inc. and the risks and uncertainties that may affect the realization of these forward-looking statements is set forth in its filings with the Securities and Exchange Commission (SEC).These filings may be read free of charge on the SEC's website at *www.sec.gov*. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. All forward-looking statements are qualified in their entirety by this cautionary statement and The Active Network, Inc. undertakes no obligation to revise or update this press release to reflect events or circumstances after the date hereof.

*© 2011 The Active Network, Inc. All rights reserved. Active.com, ActiveWorks and Schoolbooks are registered trademarks of The Active Network, Inc. Active Network, Tracks and WebStore are trademarks of The Active Network, Inc. All other trademarks are the property of their respective owners.*

## Contacts

Active Network

Mona Klausing, 858-964-3813

Mona.Klausing@ActiveNetwork.com





activegolf.com

# Gift Certificate WebStore

Search | Home | My Account | Contact

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me | Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

**Twosome Gift Certificate**

**Foursome Gift Certificate**

## New Products

ActiveGolf.com Foursome
**Price:** **$75.00**

## ActiveGolf.com gift certificates – just in time for the holidays

1. Select the gift certificate value you would like

2. Complete the necessary fields and add to your cart

3. Submit your payment and recieve an instant email confirmation

4. After you receive your email confirmation, you will recieve a separate email with the gift certificate attached. Just print the certificate and present to your favorite golfer.

5. Need assistance? Call us at 1.866.672.8214 or send an email to golf.info@ACTIVEnetwork.com

Thank you for shopping at the ActiveGolf.com Gift Certificate WebStore

## Featured Products

ActiveGolf.com Foursome
**Price:** **$75.00**

ActiveGolf.com Twosome
**Price:** **$40.00**

VISA | MasterCard | AMEX | DISCOVER

Search

**Home** | **About** | **My Account** | **Contact**
**Your Privacy Rights** | **Terms of Use** | **Copyright Policy** | **Cookie Policy** | **Security**

**© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.**

ACTIVE network.

ActiveGolf.com Gift Certificate WebStore 10182 Telesis Court San Diego, CA 92121

**ActiveGolf.com Gift Certificate WebStore in San Diego, CA | Online School Store**

Privacy - Terms

🔍 | [ Search box ] | Search      **Home** | **My Account** | **Contact**

## Login

**Welcome!**

Need login help?   ⋯ Click Here

🔒 Sign on:

**Username:**     Forgot Username?

[ ]

**Password:**     Forgot Password?

[ ]

[ ] Remember me    Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

Instrumental Music

Student Store

General

Athletics

Donations

Fines

ASB Packages

Yearbook

New Products

Featured

Bestsellers

## New Products



Envision Snuggie
**Price: $45.00**

# About Us

## Welcome to our ONLINE WEBSTORE!

Welcome to our **WEBSTORE** for students, parents and the community. This online store allows parents and their students to easily purchase student items, pay for student activities and student obligations, all securely via the internet.

**Students:**
You already have an account set up for you in the WebStore since you are a student at our school. Log into your account with the following:

Username = Student ID number
Password = first initial and last name (no spaces and all lower case letters). If there is a hyphen, space or roman numerals included in your name, those would be included in your password as well.

**Examples:**
John Smith = jsmith
Emily Chan-Norris = echan-norris
Vanessa Del Rosario = vdel rosario
Michael Hudson II = mhudson ii

**Parents:**
You can log in as your child to buy items on his or her account. However, if you have multiple children at our school, it is recommended that you create your own account on our WebStore and assign your children to your personal account. This will allow you to purchase all of their school items together in one transaction. For specific instructions on how to create your own account and assign your students, please click on the **Quick Start Guide** on the left side of the WebStore homepage.

**Community Members:**
You will need to create an account. For specific instructions on how to create your own account and assign your students, please click on the **Quick Start Guide** on the left side of the WebStore homepage. You will need to have a billing address and email address.

**Email Addresses:**
Our WebStore only allows unique email addresses to be stored in the system. So if you do have multiple children and log in and try to make purchases for each student, you will NOT be able to enter the SAME email address for each child in their separate accounts. Therefore, we do recommend you create your own account and assign your students to your account (see above) all attached to your email address.

**Item Pickup:**
After purchasing online, you will receive a confirmation email that outlines the items that you purchased. Please bring your confirmation email along with your Student ID to the designated areas in order to pick up your item.

**Refunds:**
Online purchases will not be credited back to your credit card. All refunds are handled directly through the ASB Finance Office so please bring your confirmation email and your student ID directly to the ASB Finance Office and detailed information as to why you are requesting a refund. Due to our refund policy, we ask that you please take proper caution when purchasing online to ensure that all items bought by you or your child are correct.

We hope you enjoy our online store and encourage you to create your account as soon as possible. If you have any questions on how to login to the store, click on the Quick Start Guide for more detailed instructions on how to setup your account or log in as a student, parent, faculty or staff or member of the general public. Any other questions, suggestions or comments can be emailed to Laura Main at laura.main@sduhsd.net or call (858) 350-0253, extension 4018.

Thank you for your support!

  

🔍 | [ Search box ] | Search

**Home** | **About** | **My Account** | **Contact**
**Your Privacy Rights** | **Terms of Use** | **Copyright Policy** | **Cookie Policy** | **Security**

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

Canyon Crest Academy 5951 Village Center Loop Rd San Diego, CA 92130-2499

Privacy · Terms

Canyon Crest Academy in San Diego, CA | Online School Store

Privacy · Terms





# HOOVER
## SENIOR HIGH WEBSTORE

Search | Home | My Account | Contact

**Login**

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me Sign on

**Cart Contents**

Your cart is currently empty

**Subtotal:** $0.00

View Cart

**Departments**

- General
- ASB Spirit Store
- New Products
- Featured
- Bestsellers

**New Products**

Scarf
**Price: $15.00**

## First Time Login Instructions

**Parents** – Log directly into your student's account by entering the following information in the username & password fields on the left:

**Username = Student ID#**
**Password = first initial & last name**
**Example: John Smith = jsmith**
**Adam Jones-Santos = ajones-santos**
***all lowercase letters & no spaces between first initial and last name**

Please do not change your default password during first login!

*If you have multiple students at your school with questions about the login process, please click login help on the left.*

## Featured Products

Aluminum H2O
**Price: $10.00**

ASB Cards
**Price: $20.00**

Babsocket Sales
**Price: $8.00**

Baseball Caps
**Price: $20.00**

Beanies
**Price: $15.00**

Blankets
**Price: $15.00**

Class Shirts
**Price: $10.00**

Coffee Mug
**Price: $5.00**

PHOTO NOT AVAILABLE

Jackets-Windbrakers
**Price: $35.00**

Lanyards
**Price: $5.00**

PHOTO NOT AVAILABLE

Mesh Pocket Sport Pack
**Price: $10.00**

PE Locks Sale
**Price: $5.00**

Privacy - Terms

PE Shirts
Price: **$6.00**

Polos
Price: **$25.00**

Search

Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

**© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.**

Hoover High School 18-19 4474 El Cajon Blvd. San Diego, CA 92115

Home  My Account  Contact

ACTIVE network.

**Hoover High School 18-19 in San Diego, CA | Online School Store**

Privacy · Terms







Search | Home | My Account | Contact

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

- Class Materials
- P.E. Clothes
- General
- New Products
- Featured
- Bestsellers

## New Products

SENIORS YEARBOOK

**Price: $20.00**

# About Us

Hello, thank you so much for checking our our new webstore. I sure hope that your experience will be a pleasant one. I am hoping that instead of standing in long lines you will save time by purchasing items for your student via the webstore. Thus leaving time for you to enjoy beautiful La Jolla.

Please let me know about your webstore experience. I welcome all comments/questions. I will use this information to help better serve you in the future. Thank you very much.

Search

Home | About | My Account | Contact
Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

ACTIVE network

La Jolla High School 750 Nautilus Street La Jolla, CA 92037

**La Jolla High School in La Jolla, CA | Online School Store**

Privacy - Terms

# Mira Mesa High School WebStore

Search | Home | My Account | Contact

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me | Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

**New Products**

**Featured**

**Bestsellers**

## New Products

**Price:** Free

# First Time Login Instructions

Parents - Log directly into your student's account by entering the following information in the username & password fields on the left:

Username = Student ID#
Password = first initial & last name
Example: John Smith = jsmith
Adam Jones-Santos = ajones-santos

*all lowercase letters & no spaces between first initial & last name

Once logged in, please change your password & enter that one going forward.

IF YOU HAVE MULTIPLE STUDENTS AT OUR SCHOOL: Please click on the Quick Start Guide on the left for instructions on how to create your own account & attach all of your children.

For IMPORTANT information about our WebStore, please click on the About Us link at the bottom of the page.

## Featured Products

Search

Home | About | My Account | Contact
Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

ACTIVE network

Mira Mesa High School 10510 Reagan Rd San Diego, CA 92126

**Mira Mesa High School in San Diego, CA | Online School Store**

Privacy - Terms

Search | Home | My Account | Contact

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me   Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

- General
- Spirit Wear
- PE Apparel
- CLUB DUES
- New Products
- Featured

## New Products

Staff Only Order
**Price: $30.00**

VISA MasterCard AMEX DISCOVER

# First Time Login Instructions

**Parents -** Log directly into your student's account by entering the following information in the username & password fields on the left:

**Username** = Student ID#
**Password** = first initial & last name
**Example:** John Smith = jsmith
Adam Jones-Santos = ajones-santos

*all lowercase letters & no spaces between first initial & last name

***Please do not change your default password during the first login!***

If you have multiple students at our school or questions about the login process please click for login help on the left.

## Featured Products

"MC" Magnet
**Price: $4.00**

"MC" Vinyl Sticker
**Price: $2.00**

MC Crew Socks
**Price: $15.00**

MC Foam Hand
**Price: $5.00**

MC Prior Years "Red Out" Tee
**Price: $5.00**

MCHS Rally Towel
**Price: $3.00**

MCHS Red Sea TShirt
**Price: $10.00**

Staff Only Order
**Price: $30.00**

Search

Home | About | My Account | Contact
Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

ACTIVE network

Mt. Carmel High School 9550 Carmel Mountain Road San Diego, CA 92129-2799

**Mt. Carmel High School in San Diego, CA | Online School Store**

Privacy - Terms

Norte Vista High School in Riverside, CA | Online School Store

 

🔍    [Search]    **Home    My Account    Contact**

### Login

**Welcome!**

Need login help?    ⓘ Click Here

🔒 **Sign on:**
**Username:**                          Forgot
                                       Username?
[                    ]

**Password:**                          Forgot
                                       Password?
[                    ]

☐ Remember me    [Sign on]

### Cart Contents

Your cart is currently empty

**Subtotal:** $0.00
View Cart

### Departments

**ASB ITEMS**
General
**New Products**
Featured
Bestsellers

### New Products



MIDWINTER
**Price: $30.00**

### WebStore Login Instructions
For more detailed instructions click on the **Quick Start Guide** on the left

**LOGIN INSTRUCTIONS FOR STUDENTS:**

1. Username = Student I.D #

2. Password = your first initial and last name
(no spaces). EX: John Smith = jsmith
   *(*Password is all lower case letters)

3. Enter in your Username & Password into the
Login fields on the left

4. Once logged in, update your account by
entering in your email address and customizing
your personal password

5. Start Shopping

**LOGIN INSTRUCTIONS FOR PARENTS W/
MULTIPLE CHILDREN AT OUR SCHOOL:**

1. Create a secure account by clicking on the "Set
up" button on the left

2. Complete the required fields and create your
own username and password

3. Assign your kids to your account by clicking on
the Add A Student link

4. Enter in your child's Student ID # and password
then click Update. FYI - You can add multiple
children to your account!

5. Start shopping - you can buy multiple items for
all of your kids in one transaction!

## Featured Products



ASB CARDS
**Price: $30.00**



MIDWINTER
**Price: $30.00**



PE UNIFORM S/S
**Price: $20.00**



Prom April 29, 2022
**Price: $70.00**



YEARBOOK
**Price: $80.00**

   

**Home | About | My Account | Contact**
**Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security**

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

Norte Vista High School 6585 Crest Avenue Riverside, CA 92503

🔍    [Search]

ACTIVE
network™

**Norte Vista High School in Riverside, CA | Online School Store**


Privacy · Terms

https://webstores.activenetwork.com/school-software/norte_vista_high_sch/                                1/1

Colonial Forge HIGH SCHOOL

ONLINE STORE

Search | Home | My Account | Contact

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me | Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

**Memberships**

**Spirit Wear**

**Donations**

## New Products

Hoodie

**Price: $25.00**

# Username Reminder

Please enter your email address used to register for your account. An email will be sent to you containing your username.

**Email Address:**

Send Reset Request

Search

Home | About | My Account | Contact

Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

PTA WebStore 10182 Telesis Court San Diego, CA 92121

**PTA WebStore in San Diego, CA | Online School Store**

Privacy - Terms









# POWAY HIGH SCHOOL

## Titans ASB Webstore

Search | Home | My Account | Contact

**Login**

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me | Sign on

**Cart Contents**

Your cart is currently empty

**Subtotal:** $0.00

View Cart

**Departments**

- ASB
- YEARBOOK
- General
- New Products
- Featured
- Bestsellers

**New Products**

ASB STICKER
**Price: $55.00**

VISA | MasterCard | AMEX | DISCOVER

# Default Login Instructions

**Parents** - Log directly into your student's account by entering the following information in the username & password fields on the left:

**Username = Student ID#**
**Password = first initial & last name**
**Example: John Smith = jsmith**
**Adam Jones-Santos = ajones-santos**

***all lowercase letters & no spaces between first initial & last name**

If you have multiple students at our school or questions about the login process please click for login help on the left.

## Featured Products

ASB STICKER
**Price: $55.00**

YEARBOOK
**Price: $65.00**

Search

Home | About | My Account | Contact
Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

ACTIVE network.

Poway High 15500 Espola Road Poway, CA 92064

**Poway High in Poway, CA | Online School Store**

Privacy - Terms

Search Home | My Account | Contact

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

- **AP TEST**
- **Description for INV**
- **New Products**
- **Featured**
- **Bestsellers**

## New Products

POLO SHIRT/MEN-BLACK
**Price:** $24.00

VISA MasterCard AMEX DISCOVER

# First Time Login Instructions

Parents - Log directly into your student's account by entering the following information in the username & password fields on the left:

Username = Student ID#
Password = first initial & last name
Example: John Smith = jsmith
Adam Jones-Santos = ajones-santos

*all lowercase letters & no spaces between first initial & last name

Once logged in, please change your password & enter that one going forward.

IF YOU HAVE MULTIPLE STUDENTS AT OUR SCHOOL:
Please click on the Quick Start Guide on the left for instructions on how to create your own account & attach all of your children.

For IMPORTANT information about our WebStore, please click on the About Us link at the bottom of the page.

## Featured Products

AP ART STUDIO DESIGN
**Price:** $98.00

AP ART STUDIO DESIGN reduced
**Price:** $10.00

AP ART STUDIO DRAWING
**Price:** $98.00

AP ART STUDIO DRAWING-reduced
**Price:** $10.00

AP ART THEORY
**Price:** $98.00

AP ART THEORY reduced
**Price:** $10.00

AP BIOLOGY TEST
**Price:** $98.00

AP BIOLOGY- reduced
**Price:** $10.00

AP BIOTECH TEST
**Price:** $98.00

AP BIOTECH-reduced
**Price:** $10.00

AP CALCULUS AB -FULL PRICE
**Price:** $98.00

AP CALCULUS AB-reduced
**Price:** $10.00

Privacy - Terms

Search

Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

San Ysidro High School 5353 Airway Road San Diego, CA 92154

Home | About | My Account | Contact

ACTIVE
network.

San Ysidro High School in San Diego, CA | Online School Store





Serra Letterman Jacket
Price: **$169.00**

Home | About | My Account | Contact
Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

Serra High School 5156 Santo Road San Diego, CA 92124

**ACTIVE** network

Serra High School in San Diego, CA | Online School Store

Privacy - Terms



Search | Home | My Account | Contact

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me | Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

**General**

**Description for CLU**

**Description for ASB**

## New Products

TEXTBOOK

VISA | MasterCard | AMEX | DISCOVER

# LOGIN INSTRUCTIONS

**You ALREADY have a default account set up for you. Just follow the instructions below.**

***Parents - You can log into your student's account by entering in their username and password on the left under LOGIN***

**USERNAME = Student ID Number (omit leading zeros)**

**PASSWORD = First initial and last name (no spaces and all lower case letters. Example = Beth Hart = bhart)**

## Featured Products

ASB STICKER
**Price: $55.00**

ASB STICKER AND YEARBOOK
**Price: $155.00**

PE UNIFORM
**Price: $25.00**

Striped Scarf/Black Scarf
**Price: $20.00**

The Picture of Dorian Gray
**Price: $4.00**

TP 40oz hydro flask
**Price: $25.00**

TP Sunset Adjustable Mask
**Price: $5.00**

TP Tumbler
**Price: $12.00**

TPHS BLING PENDANT
**Price: $12.00**

WEBSTORE PROBLEMS
**Price: Free**

Wuthering Heights
**Price: $8.00**

YEARBOOK PERSONALIZATION
**Price: $7.00**

Search

Home | My Account | Contact
Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

Privacy - Terms

Torrey Pines High School 3710 Del Mar Heights Road San Diego, CA 92130

**Torrey Pines High School in San Diego, CA | Online School Store**

Privacy · Terms





Search | Home | My Account | Contact

Home » Donations

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me  Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

- General
- Football
- Performing Arts
- Donations
- Activities
- Athletics
- Physical Education

## New Products

ASB CARD & YEARBOOK BUNDLE
**Price: $126.00**

Sort By: Page 1 of 1 | 1

ALUMNI ASSOC
**Price: $25.00**

CHEER DONATION

DRAMA DONATIONS

SCHOLARSHIP DONATION

Page 1 of 1 | 1

Search

Home | About | My Account | Contact
Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

ACTIVE network

Vista Murrieta High School 28251 Clinton Keith Road Murrieta, CA 92563

**Vista Murrieta High School in Murrieta, CA | Donations | Online School Store**

Privacy - Terms

# WEST VALLEY HIGH SCHOOL WEBSTORE

Search | Home | My Account | Contact

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me | Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

- General
- Student Store
- Donations
- New Products
- Featured
- Bestsellers

## New Products

SHELBY MUSTANG STICKER
**Price: $1.00**

# First Time Login Instructions

**Parents** - Log directly into your student's account by entering the following information in the username & password fields on the left:

**Username** = Student ID#
**Password** = first initial & last name
**Example: John Smith = jsmith**
**Adam Jones-Santos = ajones-santos**
***all lowercase letters & no spaces between first initial & last name**

***Please do not change your default password during the first login!***

If you have multiple students at our school or questions about the login process please click for login help on the left.

## Featured Products

ASB CARD
**Price: $45.00**

DANCE GEAR

Football Sweatsuit
**Price: $30.00**

ID REPLACEMENT
**Price: $5.00**

Performing Arts Donation

SHELBY MUSTANG STICKER
**Price: $1.00**

West Valley Mask
**Price: $10.00**

WV DRAWSTRING BAG
**Price: $5.00**

WV HAND SANITIZER
**Price: $2.00**

WV WATER BOTTLE
**Price: $3.00**

Search

Home | My Account | Contact
Your Privacy Rights | Terms of Use | Copyright Policy | Cookie Policy | Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

Privacy - Terms

West Valley High School 3401 Mustang Way Hemet, CA 92545

**West Valley High School in Hemet, CA | Online School Store**

57

Privacy · Terms

WESTVIEW W WOLVERINES

# WEBSTORE

Search | Home | My Account | Contact

## Login

**Welcome!**

Need login help? Click Here

**Sign on:**

**Username:** Forgot Username?

**Password:** Forgot Password?

Remember me | Sign on

## Cart Contents

Your cart is currently empty

**Subtotal:** $0.00

View Cart

## Departments

- Web Store
- Library
- Counseling
- Registration
- Associated Student Body
- Donations
- Deals and Closeouts
- Athletics
- Senior Class Only
- ENS Department
- Spirit Items
- General
- Science Department
- New Products
- Featured
- Bestsellers

## New Products

TAILGATE
**Price: $10.00**

First Time Login Instructions

Parents - Log directly into your student's account by entering the following information in the username & password fields on the left:

Username = Student ID#
Password = first initial & last name
Example: John Smith = jsmith
Adam Jones-Santos = ajones-santos
} all lowercase letters & no spaces between first initial & last name

If you have multiple students at our school or questions about the login process please click for login help on the left.

PLEASE NOTE Orders are filled on Wednesdays and will be available in the finance office for pick up the following Tuesday.

## Featured Products

Art AP Art Hist.
**Price: $10.00**

Art Ceramics Donation
**Price: $30.00**

Art Digital Media
**Price: $20.00**

Art Draw & Paint donation
**Price: $30.00**

Art Graphic Design Donation
**Price: $20.00**

Art Mixed Media Donation
**Price: $30.00**

Art Photo Donation
**Price: $20.00**

ASB Activity Sticker
**Price: $65.00**

Best Buddies Donations
**Price: $10.00**

CSF Member Donation
**Price: $10.00**

DECA Conference Fee
**Price: $50.00**

ENS SHIRT
**Price: $10.00**

Privacy - Terms





ENS SHIRT
Price: $10.00

$15.00

Home    About    My Account    Contact
Your Privacy Rights    Terms of Use    Copyright Policy    Cookie Policy    Security

© 2021 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

Westview High School 13500 Camino del Sur San Diego, CA 92129

Westview High School in San Diego, CA | Online School Store

**59**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

# Active WebStore Admin Dashboard

Developed By: Active Network, LLC



## Instruction:
Please login using your administrator information. Your username and password were provided in the email you received when your WebStore was created.

## To Contact Support:
Email:  Support.BlueBear@activenetwork.com
Web:    https://customerportal.activenetwork.com
Phone: 1-888-490-1555





# Active Network Powers Over 480 K-12 Schools Nationwide Just in Time for Back-to-School Season

*Latest School Software, WebStore™, Makes it Easy to Pay Fees and Buy Back-to-School Items Online; Benefiting Schools, Parents and Students Alike*

September 20, 2011 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The Active Network, Inc. (NYSE: ACTV), the leading provider of organization-based cloud computing applications, has helped over 480 public schools get through back-to-school season with WebStore™, a software solution for the education market which allows schools to securely manage their school stores online, generate greater revenue and reduce outstanding student debt.

An easy to use front-end system, WebStore connects to the Active Network Tracks™ and Schoolbooks® software programs, which handle the back-end accounting systems for K-12 schools. Reducing cumbersome lines, lost checks and student debts, WebStore streamlines the way schools track inventory, fundraise and sell items such as spirit wear, dance tickets, yearbooks, student body cards, parking passes, AP exams, graduation fees and more.

"WebStore offers significant advantages for both schools and parents," said James Reyes, general manager of Active Network, Communities. "It offers schools more financial accountability by allowing them to accept funds electronically, while simultaneously making it easier for parents to purchase back-to-school essentials for their kids online."

"Last year we had $24,000 in outstanding student debts at our school," said Jennifer Vargo from Kennedy Junior High School. "With the use of WebStore from Active Network, we've been able to quickly reduce that outstanding debt to $9K."

Over 3 million dollars in sales were processed through WebStores—across all participating schools—in the month of August alone. Julena Averett from Olympus High School adds, "We had 1,260 out of 1,600 students pay their registration fees online this year."

Already an important resource in many schools, Active Network will continue to focus on launching its WebStore product to existing customers and expanding the number of online school stores. For more information on how WebStore can benefit your school visit: www.activeeducate.com/technology-solutions/webstore.htm.

**About The Active Network, Inc.**

The Active Network, Inc. is the leading provider of organization-based cloud computing applications—serving the business events, community activities, outdoors and sports markets— with over 47,000 global business customers and 70 million annual transactions reported last year. Our technology platform, ActiveWorks®, transforms the way organizers manage their activities and events by automating online registrations and streamlining other critical management functions, while

also driving consumer participation to these events through its flagship media property, Active.com, is the leading online community for people who want to discover, participate in, and share activities about which they are passionate. Headquartered in San Diego, California since 1999, the company has over 25 offices worldwide. To learn more, visit www.ActiveNetwork.com or www.Active.com. Follow Active Network on Twitter @ActiveNetwork, @Active and on Facebook.

**About Forward-Looking Statements**

The Active Network, Inc. cautions you that the statements included in this press release that are not a description of historical facts are forward-looking statements within the meaning of the federal securities laws. Any such statements are subject to substantial risks and uncertainties, and actual results may differ materially from those expressed in these forward-looking statements. More detailed information about The Active Network, Inc. and the risks and uncertainties that may affect the realization of these forward-looking statements is set forth in its filings with the Securities and Exchange Commission (SEC).These filings may be read free of charge on the SEC's website at *www.sec.gov*. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. All forward-looking statements are qualified in their entirety by this cautionary statement and The Active Network, Inc. undertakes no obligation to revise or update this press release to reflect events or circumstances after the date hereof.

*© 2011 The Active Network, Inc. All rights reserved. Active.com, ActiveWorks and Schoolbooks are registered trademarks of The Active Network, Inc. Active Network, Tracks and WebStore are trademarks of The Active Network, Inc. All other trademarks are the property of their respective owners.*

## Contacts
Active Network
Mona Klausing, 858-964-3813
Mona.Klausing@ActiveNetwork.com

The Wayback Machine - https://web.archive.org/web/20110904003717/http://www.bluebearsoft.com:80/



Sitemap / Contacts

| HOME | PRODUCTS | SUPPORT | TRAINING | SchoolBooks® Student Activity Fund Accounting | Tracks™ Student Fee Collections |

# Blue Bear Software

**COMPANY INFORMATION**



part of active NETWORK

**ActiveEducate**
Corporate Headquarters
10182 Telesis Court, Suite 300
San Diego, CA 92121

Support: 1.888.490.1555
Toll Free: 1.888.543.7223

Email Sales
Email Support

http://www.bluebearsoft.com
http://www.activeeducate.com/

**SIF™**



Blue Bear Software is proud to be a Participant in the SIF Association. We are currently in the development process to receive product certification.

If you spend any part of your day in a school activity office or deal with someone who does, Blue Bear Software can make your life better. Everything in our product family works together:

Tracks™ student fee collection software uses the power of bar codes to automate point-of-sale functions with printed receipts, student purchase history and an ironclad audit trail. Blue Bear SchoolBooks®, for simplified fund accounting, is designed so that even a user with little or no bookkeeping experience can be successful writing checks and printing financial reports. TexTrack™ makes it easy to keep track of which student has which textbook and it creates automatic charges for lost and damaged books that go right to the students account. Tracks Plus™ for tech schools adds third-party billing and 1098-T reporting to Tracks. Web Viewer™ & Import Manager™ complete the family tree.

In addition to great software, we provide a full range of training, consulting and programming services for schools and districts across the United States. Absolutely all products, services and communications are provided with a sense of humor included at no additional charge.

Want to find out what our customers say about us? See our **customer testimonials** page for specifics.

Blue Bear is now part of Active Network which provides school software to all types of schools. The school management software suite includes class registration software and school administration software which are utilized by public K-12 schools, school districts, private schools, higher education institutions, preschools, and specialty schools. Learn more about Active's school software...

**Active Network Customer Portal**



We've launched our new **Active Customer Portal**! Here you can search our Knowledge Base, communicate with your Blue Bear peers in our online Forum, or submit a Service Request to Blue Bear Support. We'll be continuing to add content to the Portal so you can find answers to FAQ's and more.



**Activation 2011 User Conference**
San Diego, California
April 5 - 6, 2011

For more information, please click here.

**The eMarketing Center**



The **eMarketing Center** is the new home of the WebStore Wizard Blog! Find free tools for promoting your WebStore, including customizable templates, marketing tips, best practices, and much more!

Copyright© 2009 Blue Bear Software.   All Rights Reserved.   Website by JE Web Design.

 

Blue Bear Connect | Order Forms & Supplies | Training | Customer Support



## Technology partner to thousands of schools & districts

We provide the best school software to help you simplify the management of school funds, store sales, and student activities.

**REQUEST MORE INFO**

### About Active Network, Educate

Blue Bear Software is now part of Active Network, which offers best-in-class school software for public K-12 schools and school districts. Our school administration software provides you with a full library of products, including school accounting software, school management software and online store software. All of our products are designed to make what you do every day easier. School districts can simplify the administration of school funds while schools themselves operate more efficiently with a whole lot less paperwork, leaving more time to focus on the students. Plus, the technology is incredibly user-friendly and each piece is integrated with the next. With Active, you get one easy administration system to manage every detail of your school or district.

### Our School Administration Solutions Include:

 ↗ **School Accounting Software**

Make activity fund accounting easy and create a rock solid audit trail

 ↗ **Student Management System**

Get a super smart student fee collection system, integrated with an online store

 ↗ **Online School Store**

Manage any type of school purchase online to improve cash flow

---

*Simplify school accounting, student management and online school stores with easy-to-use* School Management Software

| Quick Links | Features | Related Solutions |
|---|---|---|
| Home | School Accounting Software | Class Registration Software |
| Contact | Student Management System | Facility Scheduling Software |
| Support | Online School Store | Membership Management Software |
| Order POS Equipment | School Management Software | School Registration Software |
| Privacy Rights | | |
| Terms of Use | | |
| Copyright Policy | | |

© 2014 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

Privacy Rights    Terms of Use    Copyright Policy    SiteMap



# SCHOOL DISTRICT
# CENTRALIZES STUDENT SERVICES ACCOUNTING

"Our goal was twofold...to reduce secretary time and to be able to offer an online credit card payment option. Blue Bear Software was the best fit for our needs. It's a complete accounting package with an integrated online payment solution."

Paul Hanson, Director of School Services, Granite School District

## Background

Granite School District in Salt Lake City, Utah consists of 88 schools. It manages around $10 million in payments for a variety of items, including course fees, sports participation fees, yearbooks, dance tickets and outstanding fines owed to the school.

**The District wanted to streamline processes among all its schools and meet the community's desire to pay online for school items.**

## Challenge

A search committee conducted an internal needs assessment, evaluating existing practices, software and hardware. They realized that all of their schools were using different procedures, software and hardware applications, and that none of their applications were networked to allow for District oversight:

+ **Receipts were issued manually or through their Combinations program (which was designed to track lockers)**

+ **Manual entry of daily sales into Quicken**

  • Up to 5 hours a day, depending on time of year

  • Increased stress and risk of manual error

  • Lack of accountability - data could easily be tampered with

+ **Unable to accept credit card payments**

What the District needed was a new software solution that would eliminate manual workload on the financial secretaries, and allow tracking of student payments, accurate report generation, better accountability and an integrated online credit card payment option.

WHAT'S YOUR *ACTIVE?*



## Solution

The group settled on Blue Bear software from ACTIVE Network as their preferred software solution in June of 2008. According to Sherry Wilson, Accounting Coordinator for the Granite School District, "the accounting solution of Tracks, SchoolBooks and the WebStore was the obvious choice for our District. The software is a completely integrated solution that manages the flow of school funds with hardly any manual data entry and much more accountability."

A Blue Bear Implementation Specialist installed the client on the District's servers and at each school site. The District opted for onsite training of a select few users, then Sherry provided training for the remaining 20 schools.

## Results

All of Granite SD's 25 schools have been using Tracks, SchoolBooks, and WebStore since 2008 with favorable results:

+ Manual input decreased by 2-3 hours per day.

+ Online WebStore allows parents and students to pay for school items and fees by credit card, reducing long lines and cash handling.

+ Course fee collection increased from 70% to 92% after the software change. One student paid off a 2-year fine because credit card payments were available.



Find out how ACTIVE Network's integrated online payment solution can benefit you!

ACTIVEeducate.com  |  ACTIVE.Educate@ACTIVEnetwork.com  |  888.820.5808

WHAT'S YOUR *ACTIVE?*





<<Date>> (Format: Month Day, Year)

<<first_name>> <<middle_name>> <<last_name>> <<suffix>>
<<address_1>>
<<address_2>>
<<city>>, <<state_province>> <<postal_code>>
<<country >>

### Notice of Data Breach

Dear <<first_name>> <<middle_name>> <<last_name>> <<suffix>>,

We are writing to inform you that we recently became aware of a security incident involving Blue Bear Software, a software platform that facilitates administration and management of school accounting, student fees, and online stores on behalf of educational institutions. You may have conducted business on the Blue Bear platform when you purchased items from the webstore of an educational institution. The Blue Bear platform is operated by ACTIVE Network, LLC, however, this incident did not impact other systems of ACTIVE or its affiliates.

#### What Happened?

We recently identified suspicious activity on the Blue Bear platform. Our investigation determined the activity related to Blue Bear webstore users between October 1, 2019 and November 13, 2019. During this time, some personal information that you provided may have been accessed or acquired by unauthorized third parties.

#### What Information Was involved?

While we are unable to determine with certainty whether your personal information was affected, the personal information involved may have included: name, credit card or debit card number ending in <<b2b_text_1(Impacted Data)>>, expiration date and security code (the three or four-digit value included on the front or back of payment cards and used for verification of certain transactions), and Blue Bear account usernames and passwords. This incident did not involve unauthorized access to Social Security numbers, driver license numbers, or similar government ID card numbers.

#### What We Are Doing?

We take this matter very seriously. As soon as we identified the suspicious activity, our counsel engaged a leading cybersecurity firm to investigate the incident and took steps to enhance its monitoring tools and security controls. We are also offering you free identity monitoring services. More information on how to access these services can be found below and in the enclosed reference guide.

#### What You Can Do

We encourage you to be diligent in watching for unauthorized activity associated with your payment card accounts and to quickly report suspicious activity to your bank or credit card company. The phone number to call is usually on the back of the credit or debit card. The Reference Guide contains additional information on steps you can take to monitor and protect your personal information. We have also arranged for Kroll to provide you one year of identity monitoring services at no cost to you. For instructions on how to access these complimentary services, please call the toll-free number, 1-844-967-1237. The Reference Guide contains additional information about these services.

Your Kroll Membership Number is: <<Member ID>>

#### Other Important Information

The enclosed Reference Guide also includes additional information on general steps you can take to monitor and protect your personal information.

**68**

**For more information**

We apologize for any inconvenience this incident may cause. You may contact us at 1-844-967-1237, Monday through Friday between 8:00 a.m. and 5:30 p.m. Central Time if you have questions or would like additional information about this incident.

Sincerely,

Philip Petescia, Vice President of Global Support and Customer Advocacy
ACTIVE Network, LLC

### REFERENCE GUIDE

### Review Your Account Statements

Carefully review statements sent to you from providers as well as from your insurance company to ensure that all of your account activity is valid. Report any questionable charges promptly to the provider's billing office, or for insurance statements, to your insurance company.

### Order Your Free Credit Report

To order your free annual credit report, visit www.annualcreditreport.com, call toll-free at (877) 322-8228, or complete the Annual Credit Report Request Form on the U.S. Federal Trade Commission's ("FTC") website at www.ftc.gov and mail it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. The three credit bureaus provide free annual credit reports only through the website, toll-free number or request form.

Upon receiving your credit report, review it carefully. Look for accounts you did not open. Look in the "inquiries" section for names of creditors from whom you have not requested credit. Some companies bill under names other than their store or commercial names; the credit bureau will be able to tell if this is the case. Look in the "personal information" section for any inaccuracies in information (such as home address and Social Security Number).

If you see anything you do not understand, call the credit bureau at the telephone number on the report. Errors may be a warning sign of possible identity theft. You should notify the credit bureaus of any inaccuracies in your report, whether due to error or fraud, as soon as possible so the information can be investigated and, if found to be in error, corrected. If there are accounts or charges you did not authorize, immediately notify the appropriate credit bureau by telephone and in writing. Information that cannot be explained should also be reported to your local police or sheriff's office because it may signal criminal activity.

**How to Activate Your Identity Monitoring Services** To help relieve concerns and restore confidence following this incident, we have secured the services of Kroll to provide identity monitoring at no cost to you for one year. Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data. Your identity monitoring services include Credit Monitoring, Web Watcher, Fraud Consultation, and Identity Theft Restoration.

> Visit **enroll.idheadquarters.com** to activate and take advantage of your identity monitoring services.
> *You have until **March 29, 2020** to activate your identity monitoring services.*
> Membership Number: **<<Member ID>>**

Additional information describing your services is included with this letter.

### Contact the U.S. Federal Trade Commission

If you detect any unauthorized transactions in any of your financial accounts, promptly notify the appropriate payment card company or financial institution. If you detect any incidents of identity theft or fraud, promptly report the matter to your local law enforcement authorities, state Attorney General and the FTC.

You can contact the FTC to learn more about how to protect yourself from becoming a victim of identity theft by using the contact information below:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-IDTHEFT (438-4338)
www.ftc.gov/idtheft/

### Place a Fraud Alert on Your Credit File

To protect yourself from possible identity theft, you have the right to place a fraud alert on your credit file for one year at no cost. A fraud alert helps protect against the possibility of an identity thief opening new credit accounts in your name. When a credit grantor checks the credit history of someone applying for credit, the credit grantor gets a notice that the applicant may be the victim of identity theft. The alert notifies the credit grantor to take steps to verify the applicant's identity. You can place a fraud alert on your credit report by calling any of the toll-free fraud numbers provided below. You

will reach an automated telephone system that allows flagging of your file with a fraud alert at all three credit bureaus.

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| P.O. Box 105069 | P.O. Box 2002 | P.O. Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | Chester, PA 19016 |
| 800-525-6285 | 888-397-3742 | 800-680-7289 |
| www.equifax.com | www.experian.com | www.transunion.com |

<div align="center">

**Security Freezes**

</div>

As of September 21, 2018, you have the right to request a credit freeze from a consumer reporting agency, free of charge, so that no new credit can be opened in your name without the use of a PIN number that is issued to you when you initiate a freeze. A security freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a security freeze, potential creditors and other third parties will not be able to get access to your credit report unless you temporarily lift the freeze. Therefore, using a security freeze may delay your ability to obtain credit.

Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit bureau. To place a security freeze on your credit report you must contact the credit reporting agency by phone, mail, or secure electronic means and provide proper identification of your identity. The following information must be included when requesting a security freeze (note that if you are requesting a credit report for your spouse, this information must be provided for him/her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and any previous addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, display your name and current mailing address, and the date of issue.

Below, please find relevant contact information for the three consumer reporting agencies:

| **Equifax Security Freeze** | **Experian Security Freeze** | **TransUnion** |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | Chester, PA 19016 |
| 800-685-1111 | 888-397-3742 | 888-909-8872 |
| www.equifax.com | www.experian.com | www.transunion.com |

Once you have submitted your request, the credit reporting agency must place the security freeze no later than 1 business day after receiving a request by phone or secure electronic means, and no later than 3 business days after receiving a request by mail. No later than five business days after placing the security freeze, the credit reporting agency will send you confirmation and information on how you can remove the freeze in the future.



## TAKE ADVANTAGE OF YOUR IDENTITY MONITORING SERVICES

You've been provided with access to the following services[1] from Kroll:

### Single Bureau Credit Monitoring

You will receive alerts when there are changes to your credit data—for instance, when a new line of credit is applied for in your name. If you do not recognize the activity, you'll have the option to call a Kroll fraud specialist, who can help you determine if it's an indicator of identity theft.

### Web Watcher

Web Watcher monitors internet sites where criminals may buy, sell, and trade personal identity information. An alert will be generated if evidence of your personal identity information is found.

### Fraud Consultation

You have unlimited access to consultation with a Kroll fraud specialist. Support includes showing you the most effective ways to protect your identity, explaining your rights and protections under the law, assistance with fraud alerts, and interpreting how personal information is accessed and used, including investigating suspicious activity that could be tied to an identity theft event.

### Identity Theft Restoration

If you become a victim of identity theft, an experienced Kroll licensed investigator will work on your behalf to resolve related issues. You will have access to a dedicated investigator who understands your issues and can do most of the work for you. Your investigator can dig deep to uncover the scope of the identity theft, and then work to resolve it.

**72**

---

[1] Kroll's activation website is only compatible with the current version or one version earlier of Chrome, Firefox, Safari and Edge.
To receive credit services, you must be over the age of 18 and have established credit in the U.S., have a Social Security number in your name, and have a U.S. residential address associated with your credit file.



# **WebStore User Guide**

## For Lifetouch Yearbook Users



**10812 Telesis Court, Suite 100 - San Diego, CA 92121**

**(858) 964-3800 ● Toll free (888) 543-7223 ● Fax (858) 551-7619 ● (888) 490-1555 Support**

**http://www.activeeducate.com**

Copyright © 2010  The Active Network. All Rights Reserved.

This manual and software are copyrighted by The Active Network with all rights reserved.  Under the copyright laws, this manual and software may not be copied, in whole or in part.  You may use the software only on one hard disk.

Unauthorized use of the software or related materials can result in civil damages and criminal penalties.

No part of this manual may be reproduced in any form without written permission from Blue Bear Software.


LIMITED LIABILITY

The software and materials in this package are licensed to a single user.  No warranty is made, express or implied of this software or related instruction material as to merchantability, fitness for any particular use or purpose, or reliability of use.  In no event will the developers or their representatives be liable for any direct, indirect, or consequential damages whatsoever or for any problems resulting from the use of this software and related materials.  No dealer, company, or person is authorized to expand or alter either these warranties or this agreement; any such representation will not bind The Active Network.

**74**

# Contents

## Lifetouch WebStore Setup Wizard     **4**

A.   Getting started  4
B.   Welcome screen     4
C.   Enter your special Lifetouch code  5
D.   About your school screen     6
E.   Contacting you screen     6
F.   Your WebStore screen     7
G.   Remittance Info screen     8
H.   Activate your store screen     10
I.   Congratulations!     11
J.   Congratulations 13

## Preparing to Customize your WebStore     **14**

## Contacting Active/Blue Bear Support     **16**

A.   Customer Support Portal – enter Service Requests online     16
B.   Phone Numbers – call our phone queue     16
C.   Email – email your question     16
D.   Fax – fax your question     16
E.   Support Hours     16

## How to Access our Customer Support Portal     **17**

A.   Portal Login     17
B.   How to submit a New Service Request     19
C.   Viewing Closed Service Requests     21
D.   Blue Bear Knowledge Base and Discussion Forum     23

## Resources     **24**

A.   Active eMarketing Center     24
B.   Lifetouch WebStore Page 25

## Fees - Definitions and examples     **26**

A.   Definition of Terms     26
B.   Processing Fee and Transaction fee Examples     26

## WebStore Manager     **28**

A.   How to access WebStore Manager     28
B.   WebStore Manager - Links Tab     29
C.   WebStore Manager – Emails Tab     30
D.   WebStore Manager – Reports Tab 31

## Frequently Asked Questions     **34**

# Lifetouch WebStore Setup Wizard

## A. Getting started

1. Who should set up the WebStore?  The person at your school who will be the WebStore Administrator should be the person who goes through the Wizard to create the WebStore.

2. Click on the link below or cut and paste this link into your browser to access the setup wizard.

3. http://webstores.activenetwork.com/school-software/00000001/admin/Lifetouch/setup.php

## B. Welcome screen

1. Click the blue button to view a short demo video showing how the WebStore works.

2. Click the green arrow to Start WebStore Setup.



## C. Enter your special Lifetouch code

1. Once you have clicked "Start WebStore Setup," the program will display the little window shown below, prompting you to enter a security code.

2. <u>Your Lifetouch Representative will give you this code</u>.

3. Enter the code here.

4. Click Proceed to continue.



## D. About your school screen

1. Enter information about your school.  Fields with a red asterisk (*) are required.

2. Click Next to continue.



## E. Contacting you screen

1. Enter the contact information for the person who will be the WebStore Administrator.

2. Our Consulting Coordinator will contact you at this phone number and this email address to schedule your WebStore Customization Session.

3. Click Next to continue.



## F. Your WebStore screen

1. Enter the URL or link for your school website.

2. Then enter a name for your WebStore.  You can use your school name or mascot or anything you wish.  Note:  No punctuation symbols are allowed.

3. Click Next to continue.



## G. Remittance Info screen

1. On the top of this screen, you'll choose whether you prefer to receive a check or a direct deposit on funds into your bank account.
   - Select the Check option, or
   - Select the ACH option.
2. If you select Check, enter the "Make check payable to" and the address where you want the check sent.



3. Or, if you select ACH, enter the name on your bank account, the bank name, routing number and bank account number.



4. Display for Consumer Credit Card Statement

   a. On the bottom part of this screen, enter the short (it's only 11 characters!) text to be displayed on the credit card statement of your customer.  In the example shown on the screen, you'll see that the text on the statement will consist of two pieces:

      i. ACT – stands for "The Active Network"

      ii. SAUGUSASBEW – is the 11-character identifier entered by Saugus ASB.



## H. Activate your store screen

1. On this screen, you can view and print the Terms of Service.

2. Simply click the checkbox and enter your initials to acknowledge acceptance of the Terms of Service.

3. Then click the big green arrow to activate your WebStore.



82

# I. Congratulations!

1. Your WebStore has been created.  The screen displays your WebStore name and URL.

2. You can click the button to view your WebStore, but watch out!  It will be completely blank right now.  See the examples on the next page – a blank WebStore and a sample store set up with all the bells and whistles!

3. We will be contacting you soon to schedule your WebStore Customization Session.  What can you do to prepare?  Check out Preparing to Customize your WebStore.

4. You may close this screen.



**WebStore Examples:**

Your newly created store will look like this store on the right....

It has no logo yet, no images and no products.





But after we help you customize it for your own school...

... then it may look something like this image on the left.

## J. Congratulations

1. After you create your store, you will receive an email from The Active Network with important information about your WebStore. Please save this email and/or save the links and user name/password somewhere safe.

2. **Link to your store**: This is the link you'll put on your school website so parents and students can find your store quickly and easily.

3. **Link to WebStore Manager**: This is the link you'll use to access the admin backend of your store. Here you can view transactions, print reports and send emails to customers. Your personal username and password are also included in this email.

| From: | The Active Network [noreply@activenetwork.com] |
|---|---|
| To: | **cm45784@dogs&cats.k12.ca.us** |
| Cc: | |
| Subject: | Your WebStore has been created |

Dear Carol Martinelli,

Congratulations on the creation of your WebStore! This email contains important information you will need to keep.

Someone from Active will contact you within the next two business days to schedule your WebStore Customization Session with an Active Consultant where you will set up your store graphics, colors, and the items you would like to sell.

If you have questions that can't wait, please call our Implementation Coordinator toll free at 888-543-7223, and dial extension 4824.

This is the link to your store:

http://activenetwork.com/school-software/dogs_and_cats_online/

You will want to put this link on your school website as soon as you have talked to a Consultant at Active and added items.

Later, you will need the following information for accessing reports on your store:

WebStore Manager Login Page Link:http://activenetwork.com/school-software/dogs_and_cats_online/admin/webstoreManager/login.php

Username: wsadmin
Password: Kyz4dsCy

Best wishes,
The Team at Active Network

Copyright © 2010 Blue Bear Software part of The Active Network. All rights reserved.

## Preparing to Customize your WebStore

These are two examples of a WebStore Home Page, showing the following:

A.  School Logo
B.  Small Gallery Image
C.  Billboard Gallery Image – the first shows an image, the second shows instructions for purchasing.



This is a list of items you can get ready:

A. A file of your school logo.  This must be a .jpg or .gif file.  The logo will display in the upper left on the WebStore Home Page.  See "A" above for placement.

  

B. Gallery images of your school for the WebStore Home Page.  You can choose to display 1 or 2 images on your Home Page.  See B and C above for placement.

  

C. Do you charge sales tax on anything you sell?  What is your sales tax rate?

D. Information about yearbook items
   a. Which items are you going to sell this year?
   b. What is the price for each item?
   c. Does the price on the yearbook change at a certain date?
   d. Do you have a limited quantity of yearbooks available for sale?  How many?
   e. Are students limited to one yearbook each?
   f. Do you have a special image for your school's yearbook?
   g. Do you want to track Grade/Teacher for yearbook sales?

E. Information about other items you would like to sell online
   a. Item name and description
   b. Item price
   c. Item images

F. Do you want to charge processing fees to parents to offset credit card charges?

## Contacting Active/Blue Bear Support

When you have a question about the WebStore, you can get support from ActiveEducate in several ways:

### A. Customer Support Portal – enter Service Requests online

    a.  http://customerportal.activenetwork.com

### B. Phone Numbers – call our phone queue

    a.  WebStore Support:  (888) 490-1555, press 1 for Support, then 2

    b.  After Hours Emergency line:  (888) 399-0691

### C. Email – email your question

    b.  support.bluebear@activenetwork.com

### D. Fax – fax your question

    c.  (858) 486-5600

### E. Support Hours

    a.  Our WebStore Support hours are Monday through Friday from 6am to 5pm PST.

    b.  For support outside standard hours, please call the After Hours Emergency line shown above.

# How to Access our Customer Support Portal

## A. Portal Login

1. Go to http://customerportal.activenetwork.com/.

2. Click on the **Log In** button.



3. Click on the "**I forgot my password**" link.



4.  Enter your email address and click on the **Request to Reset Password** button.



5.  A message will appear saying that an email has been sent to the specified email address with instructions on how to reset the password.

6.  Log into your email account to retrieve the reset password request email.

7.  Click on the link in the email.

8.  A **Reset Password** window will appear.

9.  Enter the new password and click on the **Reset Password and Log In** button.



---

## B. How to submit a New Service Request

1. Go to http://customerportal.activenetwork.com/

2. Click on the Log In button on the right of the screen to log in.



3. From any screen, go to the right Action Bar and click on the New tab.



4.  Click on Service Request.



5.  Enter the information about your request.  Required fields have a red asterisk (*) next to them.

    a.  In the Product field, choose "Blue Bear".
    b.  In the Area field, choose "WebStore".



6. Enter a description of the question, request, or problem in the Description field.  NOTE: The more details you can provide, the better the Support Analyst will be able to assist you.

   a. If applicable, enter a specific time frame for the callback.
   b. If applicable, enter additional phone numbers where you can be reached.

7. Click the Submit Service Request button when you are ready to submit it.

A Support Analyst will contact you as follows:
   1. Severity 1 (system down) or Severity 2 (critical functions impacted but can still use the system)
      a. First response target within 30 minutes (either with the answer or an email reply that we will look into the issue.
      b. Resolution target same day (if possible)
   2. Severity 3 and 4 (how-to questions, non-urgent questions/issues)
      a. First response target within 24 hours (either with the answer or with an email that we will look into the issue).

## C. Viewing Closed Service Requests

1. Go to http://customerportal.activenetwork.com/.

2. Click on the **Log In** button on the right to log in.



3.   From any screen, click on **My Service Requests**



4.   Go to the right Action Bar and click on **My closed service requests** in the **My Next Steps** box



5.   If desired, click on **Export** to export the list to Excel



## D. Blue Bear Knowledge Base and Discussion Forum

1.  Go to http://customerportal.activenetwork.com/

2.  Click on the **Log In** button on the right to log in



3.  From any screen, click on **Products**



4.  Click on the **Blue Bear** link



5.  Click on **Knowledge Base** to access articles, manuals, and video tutorials

6.  Click on **Blue Bear Discussion Forum** to access the forum

# Resources

## A. Active eMarketing Center

It's easy to access the eMarketing center.  Simply create your own account and take a look - http://emarketing.activenetwork.com/register.htm.   It just takes a few simple steps to get started.   Here you can find conversion tips and templates such as case studies, website & email tips.  You can download templates for parent letters and emails that will help promote your WebStore at your school.



## B. Lifetouch WebStore Page

Access this page using this link:  **http://www.activeeducate.com/lifetouch**.

Visit this site to access Training Webinars, Tips & Tricks Videos and more.  ActiveEducate and Lifetouch will keep this site updated with information to help you help your WebStore be successful.



All information can be accessed with a mouse click.  Most webinars are recorded so you can view them at your own convenience.

### Get Started: Quick Start Guide

The Quick Start Guide shows you the simple steps needed to get started selling school yearbooks online.

### Next Steps: Training Webinar

Now that you've decided to use the WebStore for your school yearbook sales, this recorded webinar will help you move yearbook sales online with instructions and guidance from marketing your new store to getting links placed on your school website.

### Tips & Tricks Videos

How to Track Reporting and Yearbook Sales in the WebStore

How to Send Emails Through the WebStore

### eMarketing Center

Active Network's eMarketing Center includes marketing resources, templates, and information on how to build awareness of your new WebStore, simplify navigation, and save administrative time.

# Fees - Definitions and examples

## A. Definition of Terms

Before you begin working with online transactions, let's define a few of the terms we use so we are all speaking the same language.

**Transaction Fee:**  This is the fee you (the school) pays to Active for each transaction.  This is usually a percentage of the total amount plus a flat fee per transaction.

**How are these fees collected?** Active will calculate these fees on every transaction and you will be able to view transactions with their associated fees on detailed reports. The fees will be deducted from the total amount Active remits to you. So the individual receipts you view in Transaction History will always be the total amount that the parent paid – the total amount of the receipt.

**Processing Fee:**  This is a fee you can charge the consumer (parent/student) for making an online purchase.  This fee is added onto the price of an existing item.  It is sometimes charged to offset the cost of the transaction fees.  Important Note:  While you may add a Processing Fee to online transactions in order to help offset the cost of credit card processing, you may NOT add fees for in-person payments regardless of the type of payment offered.

**Remittance Amount:**  This is the amount due to you (the school) from Active. This is usually the total amount collected less transaction fees charged.

## B. Processing Fee and Transaction fee Examples

To make the decision regarding processing fees easier, we have included four examples below of different options for charging customers.

**Example One:** No processing fee charged here. School is charged 6.75% of the receipt amount + $.50 for the transaction.

| | Amount | Processing Fee | Total Receipt | Transaction Fee | Net to School |
|---|---|---|---|---|---|
| | | | | (6.75% + $.50) | |
| Yearbook | 25.00 | - | 25.00 | | |
| PE Shirt | 10.00 | - | 10.00 | | |
| Total | 35.00 | - | 35.00 | 2.86 | 32.14 |

**Example Two:** The school is adding a 7.25% processing fee onto each item, increasing the amount of the total receipt. Note that if you only charged a 6.75% processing fee, that wouldn't be enough to cover the transaction fees incurred. The school will net an additional $2.37 on this transaction.

|  | Amount | Processing Fee | Total Receipt | Transaction Fee | Net to School |
|---|---|---|---|---|---|
|  |  | 7.25% |  | (6.75% + $.50) |  |
| Yearbook | 25.00 | 1.81 | 26.81 |  |  |
| PE Shirt | 10.00 | 0.73 | 10.73 |  |  |
| Total | 35.00 | 2.54 | 37.54 | 3.03 | 34.50 |

**Example Three:** The school is adding a 8.75% processing fee onto each item, increasing the amount of the total receipt. For this example, the net to the school is almost exactly the same as it would be for an in-person payment.

|  | Amount | Processing Fee | Total Receipt | Transaction Fee | Net to School |
|---|---|---|---|---|---|
|  |  | 8.75% |  | (6.75% + $.50) |  |
| Yearbook | 25.00 | 2.19 | 27.19 |  |  |
| PE Shirt | 10.00 | 0.88 | 10.88 |  |  |
| Total | 35.00 | 3.06 | 38.06 | 3.07 | 34.99 |

**Example Four:** The school doesn't charge a processing fee, but simply increases the price of each item slightly. The total amount of the receipt is almost the same as it would have been had the school added a processing fee, but the parent doesn't perceive a difference between paying online or paying in person - because there is no difference.

|  | Amount | Processing Fee | Total Receipt | Transaction Fee | Net to School |
|---|---|---|---|---|---|
|  |  |  |  | (6.75% + $.50) |  |
| Yearbook | 27.00 |  | 27.00 |  |  |
| PE Shirt | 11.50 |  | 11.50 |  |  |
| Total | 38.50 |  | 38.50 | 3.10 | 35.40 |

# WebStore Manager

WebStore Manager allows you to view/change several options for your WebStore and to access transaction detail and reports.

## A. How to access WebStore Manager

To access WebStore Manager for your school, click on the link that was sent to you in the email when your WebStore was created.



Enter your Username and Password – as shown in the email above and on the screen shot below.
If you cannot find the link, please enter a Service Request through the Customer Portal and we'll help you.
Links and phone numbers for Support are listed on this page.



## B. WebStore Manager - Links Tab

On this page, you can change the name of your store, access your stores Admin side or update your WebStore graphics.



**School WebStore URL:** This is the display of your WebStore URL. This is the link you'll want to put on your school website and the link you'll want to tell parents about.

**Store Name:** This is the display name for your WebStore. Change it by clicking on the "Change name" button.

**Admin URL:** Click here to view the admin site of your WebStore. Here, you can access reports and view transaction information.

**Store graphics:** You can change any of the images on your WebStore as well as the color template here.

- **School logo:** This image displays in upper left corner of the store.
- **Small gallery image:** This image displays in upper right corner of the store.
- **Billboard image:** This image displays in center of Home Page.

## C. WebStore Manager – Emails Tab

Use this page to create and send emails to your WebStore users or to edit the "About Us" section in your WebStore.



## D. WebStore Manager – Reports Tab

Use this screen to view individual WebStore transactions and to view/print reports.



**Display Transactions**

Enter any number of search criteria and click the Search button.  Then click on the magnifying glass icon to view a transaction.



**WebStore Transaction Report**

You will use this section to view summary and detailed WebStore sales information.  You can enter any date range and view a summary of the sales for that period.



To access detail reporting, click "Detail Report" to view a html version of the detailed report or click "Detail Spreadsheet" to access an Excel spreadsheet of the same data.

This is a sample of a partial spreadsheet:

| Order ID | Date | Product ID | SKU | Quantity | Price | Amount | Tax | Processing Fee | Transaction Fee | Bonus Field | Matrix Options |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 9/2/2010 | 25 | YBK | 1 | 50 | 50.00 | - | 2.50 | 4.04 | Steve Springer | Class - 1-Jones |
| 29 | 9/2/2010 | 26 | YBKHC | 1 | 65 | 65.00 | - | 3.25 | 5.11 | Mary Springer | Class - 4-Bohnert |
| 30 | 9/2/2010 | 25 | YBK | 1 | 50 | 50.00 | - | 2.50 | 4.04 | Joe Welch | Class - 1-Jones |
| 31 | 9/2/2010 | 26 | YBKHC | 1 | 65 | 65.00 | - | 3.25 | 5.11 | Frieda May | Class - 4-Bohnert |
| 32 | 9/2/2010 | 6 | 3ICONS | 1 | 6 | 6.00 | - | 0.30 | 0.93 | Wes Ricky | Class - 3-Gross |
| 33 | 9/2/2010 | 23 | STICKYS | 1 | 2.5 | 2.50 | - | 0.13 | 0.68 | Tom Wells | Class - 2-Martin |
| | **TOTAL** | | | | | 238.50 | - | 11.93 | 19.91 | | |

## Frequently Asked Questions

How do I know when the Remittance Periods are – and when I'll get paid?



Blue Bear Connect    Order Forms & Supplies    Training    Customer Support



**Online School Store**

Streamline the way your school handles cash by promoting, selling, tracking and processing all school items online.

**REQUEST MORE INFO**



### About an Online School Store

Shopping online is becoming more and more popular because it's fast and convenient. If companies like Amazon and Overstock can capitalize on this trend, why can't your school? Active Network's intelligent online school store solution, the WebStore, gives administrators, athletic departments, activity directors and student clubs the ability to sell products and raise money online. A WebStore is an easy way to increase cash flow, especially when budgets and headcounts are at a minimum. Parents appreciate the convenience of browsing and paying online, whenever they have the time. And school administrators can automatically process payments for school items��from prom tickets and yearbooks to parking and activity fees��without lifting a finger.

Incorporating an online school store will consolidate and streamline the way your school handles money. It's not only a more efficient way to collect payments, but it's much more secure. Instead of cash or checks that pass from parents to students to teachers to bookkeepers, payments are made online and speed directly into your bank account without passing through a multitude of hands. It's easy and quick. Ultimately, an online school store is the best way for K-12 schools and school districts to promote, sell and process all school items.

### Online School Store Software Features:

| | |
|---|---|
| Transaction reporting | Ironclad auditing |
| Wish lists and gift registries | Inventory tracking and control |
| One account to manage multiple students | Picture upload and display for each store item |
| Attachment feature for permission slips and waivers | Customized look and feel with your school's colors, logo and photos |

*Our financial secretaries love the WebStore. It saves so much time. ��.the reconciliation is so much faster whether it's 5 or 500 hundred people they're helping.*

[Click here to read the full story](#)

Sherry Wilson, Accounting Coordinator, Granite School District

*Last year we had 24K in outstanding student debts at our school. With the use of the WebStore and allowing parents to pay fines by credit card and being able to email parents through our WebStore and Tracks with balance due letters, we've been able to reduce our outstanding debts down to 9K this year.*

**107**

Automatic flow from web store to bank deposit to your General Ledger

Integration with school accounting and school management software

Secure online payments with PCI (Payment Card Industry) compliance

Donations and fundraising

Jennifer Vargo, Financial Secretary, Kennedy Junior High School

### Software Benefits for School Districts:

Improved internal financial controls

Reduced risk of fraud and errors

Improved reporting and audit trails

Improved cash management and flow of funds

Improved visibility & accountability of all sales and fees processed

### Software Benefits for Schools:

Improved cash flow

Shorter line-ups

Improved transparency and financial visibility

Increased convenience and service for parents and students

Store software reduces administrative work and saved time

Increased security and reduced liability from handling cash and checks

Improved student debt tracking

## Ready to get started?

REQUEST MORE INFO  >>

*Simplify school accounting, student management and online school stores with easy-to-use School Management Software*

### Quick Links

Home
Contact
Support
Order POS Equipment
Privacy Rights
Terms of Use
Copyright Policy

### Features

School Accounting Software
Student Management System
Online School Store
School Management Software

### Related Solutions

Class Registration Software
Facility Scheduling Software
Membership Management Software
School Registration Software

**108**

© 2014 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

Online School Store Software | School Fundraising & Web Store software breeze easy!

Privacy Rights    Terms of Use    Copyright Policy    SiteMap

8/19/2021
Online School Store Software | Build a WebStore for Your School with Active Network
Case 3:21-cv-01585-TWR-ACS   Document 1   Filed 09/08/21   PageID.110   Page 110 of 218



## What is an online school store?

Active Network's WebStore gives your school an easy way to sell any school item online. The online school store software automates all the work your staff used to put into manually processing and managing paperwork, checks and cash. Plus, the WebStore integrates with SchoolBooks and Tracks to make tracking funds and collecting payments and donations simple and straightforward.

From prom tickets and yearbooks to parking and activity fees, you can put it all online for your students and parents, saving your school a ton of time and generating more revenue

> *Whether one person or 500 people buy online, it takes me 5 minutes to reconcile all the payments! If 500 people stand in line, I'd be counting money for hours. The WebStore has cut my work in half!*
>
> - Janice Johnson, Financial Secretary, Skyline High School

## How can the WebStore help your school?

- ✅ Integration with school accounting software and financial systems, including SchoolBooks and Tracks

- ✅ Accurate, detailed financial reporting with iron-clad audit trails

- ✅ Improved cash flow and additional channels for revenue generation

- ✅ Secure, PCI-compliant transactions processed via SSL technology

- ✅ Customized appearance that reflects your school's colors, logos and photos

**REQUEST MORE INFO  >>**

## Our Clients Include:



**Granite School District** is made up of 88 schools in Salt Lake City, Utah. Financial Secretaries needed to streamline processes consistently among all schools and meet community requests to pay for school items online.

By implementing an integrated accounting system, the district can now manage the flow of all school funds with increased accountability, decreased manual data entry up to 2 hours daily, and enabled online transactions ensuring all student debts are paid in full.

↗ Read full case study

↗ Click here to read more customer case studies



For nearly ten years, **Loara High School** has been using Active Network's school administration software to manage its accounting and student activities.

The School has experienced significant benefits including increased efficiency, saved time and improved services to parents and students.

↗ Read full case study



In 2008, **Sutter Union High School** decided to overhaul its manual, paper-based processes related to activity fund accounting, student fee receipting, and student store sales, and upgrade to automated school software.

Since making the upgrade to Active Network's school software solution, Sutter has seen significant improvements in efficiency, auditing and student and teacher involvement.

↗ Read full case study

## Who's uses the WebStore?

Elementary, middle & high schools of all sizes integrate Active's online school store into their school website. Check out some examples from real schools who use the WebStore:

**110**



DOHS                 West Career Tech Academy              Liberty High School

• • •

↗ Click here to see more WebStore samples

Learn more about setting up your own
# WebStore with Active

REQUEST MORE INFO  >>

Streamline course registration,
school websites, fee processing and
more with easy-to-use online school
management software



| School Types | Software Features | Information |
|---|---|---|
| Public K12 Schools & Districts | School Websites | School Registration Software |
| Private Schools | Student Registration System | School Administration Software |
| Music & Performing Art Schools | School Accounting Software | School Software |
| Language Schools | Class Registration Software | School Budgeting Software |
| | Student Fund Accounting | School Fundraising Software |

© 2014 Active Network, LLC and/or its affiliates and licensors. All rights reserved.  |  About Us   Privacy Rights   Terms of Use   Copyright Policy   SiteMap

8/24/2021    School Administration Software including Student Management, School Accounting Software, Web Stores & Utilities

Case 3:21-cv-01585-TWR-AGS   Document 1   Filed 09/09/21   PageID.112   Page 112 of 218

 

Blue Bear Connect  |  Order Forms & Supplies  |  Training  |  Customer Support



## Technology partner to thousands of schools & districts

We provide the best school software to help you simplify the management of school funds, store sales, and student activities.

**REQUEST MORE INFO**

### About Active Network, Educate

Blue Bear Software is now part of Active Network, which offers best-in-class school software for public K-12 schools and school districts. Our school administration software provides you with a full library of products, including school accounting software, school management software and online store software. All of our products are designed to make what you do every day easier. School districts can simplify the administration of school funds while schools themselves operate more efficiently with a whole lot less paperwork, leaving more time to focus on the students. Plus, the technology is incredibly user-friendly and each piece is integrated with the next. With Active, you get one easy administration system to manage every detail of your school or district.

### Our School Administration Solutions Include:

 ↗ **School Accounting Software**

Make activity fund accounting easy and create a rock solid audit trail

 ↗ **Student Management System**

Get a super smart student fee collection system, integrated with an online store

 ↗ **Online School Store**

Manage any type of school purchase online to improve cash flow

*Simplify school accounting, student management and online school stores with easy-to-use School Management Software*

#### Quick Links

Home
Contact
Support
Order POS Equipment
Privacy Rights
Terms of Use
Copyright Policy

#### Features

School Accounting Software
Student Management System
Online School Store
School Management Software

#### Related Solutions

Class Registration Software
Facility Scheduling Software
Membership Management Software
School Registration Software

© 2014 Active Network, LLC and/or its affiliates and licensors. All rights reserved.

Privacy Rights    Terms of Use    Copyright Policy    SiteMap




**educate**

## Case Study: Sutter Union High School

# School software improves activity fund accounting and increases student and teacher involvement for Northern California high school

### Background

Sutter Union High School's primary mission is to academically and vocationally educate the youth of its community while promoting high social and moral standards in preparing students to meet the challenges of their future. In 2008, the School decided to overhaul its manual, paper-based processes related to activity fund accounting, student fee receipting, and student store sales, and upgrade to automated school software. Since making the upgrade, Sutter has seen significant improvements in efficiency, auditing and student and teacher involvement.

### Keys to Success from Jen Dollins, ASB Secretary, Sutter Union High School

**When did Sutter Union High School begin using Active Network's school software?**

We began using Active three years ago in the 2008-2009 school year.

**Why were you looking for a technology solution for your school?**

We knew we need to implement school software because our ASB accounts were all handwritten manually on forms. It was a nightmare.

**Why did you choose Active?**

When we were looking around for a software provider, I took a survey of local high schools and they predominately were using Active's Blue Bear software solutions. We knew that we could trust Active and that the technology worked.

**What features of Active's school software do you use on a regular basis?**

I use Tracks and SchoolBooks software every single day for all of our accounting and school activities.

**What functionality within Tracks, the school administration software, is the most helpful?**

We use Tracks for our daily receipting for fundraisers, student body sales, and essentially everything that comes through the windows in our Student Body office. Teachers aren't handling any of the cash, checks or collections anymore, we do it all with Tracks' school administration software. It saves a lot of time and we are much more efficient with our fund collections.

---

### Customer at a Glance

**Customer:** Sutter Union High School

**Location:** Sutter, California

**Active Network Customer Since:** 2008

**Solution:** SchoolBooks®, Tracks™, WebStore

**URL:** www.edline.net/pages/Sutter_High

---

*"[We chose Active] because we knew we could trust Active and that the technology worked."*

—Jen Dollins,
ASB Secretary,
Sutter Union High School

---

**active** NETWORK™ | educate

## Case Study: Sutter Union High School

**What functionality within SchoolBooks, the school accounting software, is the most helpful?**

The reports I give to teachers are really helpful. It takes me two seconds to print out reports on how much money teachers have spent in their budget, copies of their receipts, and records of their deposits. I can provide them with details on everything they need, it's quick and easy.

**Do you use Active's online school store, the WebStore?**

We are just beginning to use the WebStore, so it's somewhat new to us. So far, the parents and teachers love it.

**What is the main benefit of the WebStore?**

The main benefit is that parents don't have to send their kids to school with cash or checks. Now they can use their credit cards to pay for whatever they need through the online school store. It's really convenient for parents and kids don't have to carry money around anymore.

**What kind of results have you seen since implementing Active's school software?**

The most noticeable improvement is that we have a lot better audits. That's a big relief. The reports are also so much easier to print out—it's taking me minutes instead of spending a whole day looking for copies of information. And the teachers and advisors are more attentive to their accounts now because it's easier for them to see the details.

**What has the feedback been like from the parents and teachers about the new systems?**

The feedback has been amazing. Students are paying for things on time, parents can get payment receipts, and teachers can see copies of their accounts anytime they want. Everyone's happy.

**What is the main benefit of Active's school software?**

Everything! Better audits, better teacher involvement, better student involvement, and better processes for the administration. It's a lot of things combined into one big benefit for our school.

**What are you excited about that's coming up from Active?**

We're really looking forward to doing more with the WebStore. We're getting more student participation and we're excited to expand it more.

> *"The most noticeable improvement [since implementing Active's school software] is that we have a lot better audits."*
>
> —Jen Dollins,
> ASB Secretary,
> Sutter Union High School



**Contact us today** to learn how your school can improve activity fund accounting, student fee collection and receipting, and student store sales with school software from Active Network, Educate.

**888-543-7223 ext. 4800** or
**Active.Educate@ActiveNetwork.com**



# WebStore User Guide

BLUE BEAR SOFTWARE
A part of The Active Network, Inc.

10812 Telesis Court, Suite 100 - San Diego, CA 92121
(858) 964-3800 ● Toll free (888) 543-7223 ● Fax (858) 551-7619 ● (888) 490-1555 Support
http://www.activeeducate.com

# Table of Contents

1.   Introduction to the Tracks WebStore ................................................................. 4
   - The WebStore Menu                                                           4
   - Definition of Terms                                                         6
   - Who to Call for Technical Support                                           6
   - Features and Functionality Provided                                        7
2.   WebStore Setup Wizard – Create Your Store .................................................. 8
   - Wizard Introduction Screen:                                                 9
   - About your school tab                                                      10
   - Contacting you tab                                                         11
   - Remittance Info tab                                                        12
   - Activate your store                                                        13
   - Store Graphics                                                             15
   - WebStore/Software Sales Options Wizard                                     18
3.   Syncing Data ........................................................................................................ 28
4.   Using Item Departments to Group items in your WebStore ......................... 29
   - Item Department Maintenance                                                29
   - Sub-Department Maintenance                                                 31
5.   Overview:  Selling Tracks Items in your WebStore ..................................... 33
6.   Tracks Item Maintenance and the WebStore .............................................. 35
   - WebStore 1 tab                                                             35
   - WebStore 2 Tab                                                             43
   - Setup for Matrix Items                                                     46
   - Donation Items                                                             46
   - Other notes about items                                                   46
7.   Taking a WebStore Transaction from Start to Finish ................................... 48
   - WebStore Functionality                                                     48
   - How does a parent create a WebStore account and link their students?      55
   - Using Gift Certificates in the WebStore                                    57
8.   Student Debts and Debt Payments in the WebStore ................................. 60
9.   Daily Closeouts .................................................................................................. 62
   - WebStore Clearing Bank                                                     64
   - Standard Daily Closeouts                                                   64
10.  WebStore Reconciliation Wizard ...................................................................... 68
   - How does an ACH deposit appear on your bank account?                      68
   - Using the Screens                                                          68
   - WebStore Reconciliation Journal                                           72
   - What if your Remittance Amount doesn't tie to the amount on the screen?   73
   - Receiving Your Remittance                                                  74
11.  Reporting for the WebStore ............................................................................ 76
   - Sales by Item/Customer Report                                             76
   - Item Listing Report                                                        77
   - Sales by Receipt Report                                                    77
12.  Keeping Track of Who Has Picked Up What .................................................. 78
13.  Frequently Asked Questions ........................................................................... 80
   - Syncing between Tracks and your WebStore                                   80
   - Closeouts in Tracks                                                        80
   - Getting History Information for WebStore Transactions                      81
   - Item Setup                                                                 81

- Fees for WebStore                                                                              82
- My WebStore                                                                                    82
- My Parents and Students                                                                        82
- Other Options                                                                                  83
- Training and Support                                                                           83
- How often do we get paid?                                                                      84

14.    WebStore Manager ........................................................................................85
- Links Tab                                                                                       85
- Emails Tab                                                                                      87
- About Us                                                                                        92
- Reports Tab                                                                                     93

15.    The Importance of Effective Fee Management..........................................96

16.    Video Library/Resources ...........................................................................97
- Blog and eMarketing Center                                                                      98
- Information about Remittance Periods                                                            99

17.    Examples of Convenience Fees & Transaction Fees ................................101

18.    Index............................................................................................................102

# 1. Introduction to the Tracks WebStore

This User Guide is designed to introduce the user to the features and functionality of the integrated Tracks WebStore as well as the basic flow of transaction processing in general.  This guide covers how Tracks works, how the WebStore works, and provides answers to many of the questions users have when they begin working with online transactions:

- What does Tracks do?
- What does the WebStore do?
- How do I publicize our online transaction capability with parents and students?

Let's take a brief look at the WebStore menu in Tracks.  Then we'll move right into the WebStore Wizard and how to create your own WebStore.

### The WebStore Menu

The WebStore menu is home to many of the programs you'll use to manage your WebStore.  We'll give you a preview of what each does here and then go into more detail in the rest of this chapter. These options are all available as Desktop Buttons as well.

**My WebStore:**  Select this option to go directly to your WebStore.



**Sync WebStore Now:**  Select this option to start a sync immediately.  You can click this whether you have automatic syncing turned on or not.



You'll see several messages flash on your screen as the program sends and receives data from the WebStore.



**Sync Status:**  Select this program to view the sync status of your system.



The Sync Status function gives you information about your store:

**Store Status:**  This WebStore is Active.

**Sync Settings:**  Automatic Syncing is turned on.

**Sync Status:**  This shows you the last time your WebStore was synced up and the number of customer and/or item records waiting to be transmitted.

**Alerts:**  System alerts will be displayed here.

**WebStore Reconciliation:**  Select this option to reconcile your online transactions to the remittance amount you receive.  For more information about reconciliation, please refer to the chapter on WebStore Reconciliation.

**WebStore Manager:**  After your WebStore is created, use this option to manage many functions in your store.  This User Guide contains a complete chapter on WebStore Manager.  Please refer to that chapter for details about these features.

**WebStore Sub-Department Maintenance**:  Select this option to create unlimited sub-departments in your WebStore.  For detailed information about the creation and management of sub-departments, see the chapter on Item Departments.

**WebStore/Software Options:**  Select this option to view or edit selections you made when you originally set up your WebStore.  You can change your store graphics, access WebStore data, and more.  These functions are covered in depth in the chapter on WebStore/Software Options.

**Send Email to WebStore Users:**  Select this option to send emails to your WebStore users.  For specific details about this feature, please see the Email section in the WebStore Manager chapter.

**WebStore Setup Wizard:**  Select this option to set up your WebStore.  See the chapter on WebStore Setup for complete detail about this feature.  Once your WebStore has been created, you will not be able to access this option again.  It is only used for initial setup.

**Video Library/Resources:**  Select this option to access video tutorials, our image library (possible pictures for your items), and other resources.  Please refer to the chapter on Resources for more information on the video library, image library and other resources available.

## Definition of Terms

Before you begin working with online transactions, let"s define a few of the terms we use in Tracks so we are all speaking the same language.

**Transaction Fee:**  This is the fee you (the school) pays The Active Network (the provider) for each transaction.  This is usually a percentage of the total amount plus a flat fee per transaction.  You can choose to charge transaction fees to the GL Account for the item being sold or to a separate GL Account.  Active does not charge a monthly fee.  This transactions fee covers the creation of your web store site, hosting the site, maintaining the software that manages the store transactions, the tight security required to handle and store credit card data, handling any chargebacks, providing transaction detail, and processing a remittance to you for funds due.

**How are these fees collected?**
Active will calculate these fees on every transaction and you will be able to view transactions with their fees in Tracks.  The fees will be deducted from the total amount Active remits to you.  So the individual receipts you view in Customer History will always be the total amount that the parent paid – the total amount of the receipt.

**Convenience Fee:**  This is an optional fee you can charge people who pay for things online.
*   The parent/student pays this fee in addition to the item.  For example, if a yearbook is priced at $50 with  a $2.50 convenience fee, the parent would see both the yearbook and the convenience fee on his receipt for a total charge of $52.50.
*   Convenience fees are part of the parent"s receipt.  They are just another item you sell.  They do show on the receipt in Customer History.

**Remittance Amount:**  This is the amount due to you (the school) from the provider.  This is usually the total amount collected less transaction fees charged.  In the Tracks WebStore, the program keeps track of which amounts go where and just like in standard Tracks, you have control over the GL Accounts for each posting.

**Bad checks:**  Keep in mind that there are never any bad checks or any lost time from processing bad checks when your students pay their fees and fines online. We instantly verify that there are sufficient funds on the credit card and securely process the credit card, so that you"ll never have to worry about insufficient funds or bad checks ever again!

**Chargebacks:**  What is a chargeback? A chargeback is when a consumer sees a charge on his credit card statement and says, "I didn"t make that charge. I want VISA to reverse that charge." The good news is that you don"t have to deal with chargebacks. Active handles those for you at no additional charge. If there is an issue, Active deals with the consumer and then contacts you to resolve the matter.

**Refunds:**  What happens if a parent wants a refund for something purchased online? Don"t worry! You have complete control over whether or not you issue a refund. Refunds are not issued through the web store. You can handle them exactly as you do today, with the necessary approval trail you require. You can issue refund checks just as you do currently.

## Who to Call for Technical Support

Call ActiveEducate/Blue Bear at 888-490-1555.

**Features and Functionality Provided**

1. Automatic syncing in real time between Tracks and WebStore (no user action required).
2. All WebStore transactions appear in Tracks – no need to balance to an external source.
3. WebStore respects and uses the following Tracks features regarding items:
   a. Customer Required flag – the program requires a valid Customer ID for this item.
   b. Supports sales of taxable items.
   c. Supports one price per item.
   d. Prompt for price – support for "Donation" type items – parent enters amount to be paid.
   e. Prompt for quantity.
   f. Support for use of Bonus field on items.
   g. Price levels – for example, "B" level pricing for students with student body card.
   h. Grade limits.
   i. Display quantity on hand for each item.
   j. Supports matrix items, donation items, vehicle items (parking permits).
   k. Restrict sale of a specific item if Customer has a balance due.
   l. Display thumbnail, small and large images for each item.
   m. Provides item specific waiver (require agreement online) and downloads.
      1. Waiver – require purchaser to click on waiver to agree to a liability waiver.
      2. Download – require purchaser to download something (e.g. a parent permission slip).
4. Display and management of detailed student debts (Customer balance due transactions) with ability for parent to make partial payments.

**121**

# 2. WebStore Setup Wizard – Create Your Store

**What does it do**?  It's easy to create your WebStore using the WebStore Setup Wizard.  The wizard will walk you through all the steps necessary to provide Tracks with the information it needs to communicate with the Active servers to create your WebStore from scratch.

**Where is it?**  Go to Management, WebStore, and choose WebStore Setup Wizard.



When you select WebStore Setup Wizard, you'll be walked through the process of creating your store.

**Before you start – Information about your school name:**
The WebStore creation process uses the School Name it finds in School Maintenance and the Contact information it finds in School Settings.  This is also the school name that is displayed in the title bar of all your windows (like Play School High School below).  Because the program uses the school name to create the WebStore database, certain characters in the school name are not allowed.  They are:

"-'&()*!;:+[]{}|\/?><.,@#$^=+

**Wizard Introduction Screen:**



This wizard will walk you through the creation of your WebStore.  Once your WebStore has been activated, you will no longer be able to access some of these options through the wizard.  At that time, if you need any changes, you will need to contact Blue Bear Support and work with a Customer Service Representative to alter your system setup.

**View WebStore demo video:**  View a brief demo of the WebStore.

**View WebStore setup wizard demo video:**  View a brief demo of the setup process.

**The BIG GREEN ARROW:**  Click to get started.

**About your school tab**



**School information:**  The program will populate this section with information from School Settings/Other Settings tab.  Please correct any information that is not current.  Note that fields with a red asterisk (*) are required.

**District information:**  Enter the name of your school district.

Click "Next" at the bottom of the screen to move to the next screen.

## Contacting you tab



**Contact information:**  The program will populate this section with information from School Settings/ Other Settings tab.  Please correct any information that is not current.  Note that fields with a red asterisk (*) are required.  Invalid entries will be highlighted in red with the word "Invalid" beside the field.  You will need to correct these entries before proceeding.



In the example on the top, I had forgotten to enter the "@" sign, making the email address invalid.

## Your web store tab



**School website:**  Enter the URL for your school website here.  You must use the format shown.

**Web store name:**  Enter a name for your web store here.

**Remittance Info tab**



**Check or Automatic Deposit:** Select an option – check or ACH deposit. If you choose Check, the screen will look like the screen above, populated with your school name and address.

If you choose ACH, the screen will look like the screen at the right.

**Display for credit card statement:**
The text on the consumer statement may look different depending upon how the parent"s credit/debit card"s bank displays the information.  In the world of transaction processing, banks are handed two text fields for each transaction:  one is a merchant descriptor (that"s the text you entered above), and the other is the merchant of record (that"s Active).  Some banks put the merchant descriptor on the statements and others put the name of the merchant of record.  <u>Most credit card statements will put the merchant descriptor on the statement.  That means your school identifier will appear on most statements.</u>

## Activate your store



**Terms of Service:**  To read the complete text of this document, click on "Terms of Service"  in the sentence "By checking this box, I agree to the Terms of Service."

Check the box if you agree with the Terms of Service and also enter your initials on the right.

<u>**Then click the BIG GREEN ARROW to activate your WebStore**</u>.  The program will create your WebStore – this usually takes about 5 seconds.

CONGRATULATIONS!  You did it!  There"s your store and the URL that can be used as a link on your school website.



You can "Click to view your WebStore" – it won"t be very pretty yet.  Check out the next page. Here it is – but you"re not quite done yet.  We still have a bit more to do.



Close this screen by clicking on the red "X" in the upper right corner.  You"ll be taken back to the Setup Wizard.  Now click "Next" to upload graphics and customize your store.



## Store Graphics

Choose your WebStore colors, upload your school logo and gallery images.



**WebStore colors:** Currently, we have a number of color combinations available. To see available colors, simply click on "View Colors" (click again to collapse the list) and then enter your choice.

Yes, we know everyone wants a Color Picker that is more flexible – and it"s on the list! We hope to add it in the near future.



**Upload school logo, gallery images:**  Browse to find images you want to upload.  Don't worry if you don't have anything now or will want to change it later.  It's very simple to upload a different image at any time.

**Update Graphics:**  Click Update Graphics to send these graphics selections to your WebStore.

**Click to view your WebStore:**  Now my store is prettier.  Now my store looks like this.  It still doesn't have any items in it yet, because I haven't synced up yet for the first time, but it is starting to look like something with personality.



When you come back from viewing your store with the graphics, you'll see this screen – encouraging you to go on and complete the Sales Options part of the setup.



Click the BIG GREEN ARROW to proceed.

**WebStore/Software Sales Options Wizard**

This wizard is almost completely self-explanatory.  On each screen you're given instructions about options for your store and you can choose exactly how you want your store to function.  Don't worry!  You can make changes later if you decide you want to do anything differently.



The buttons on the bottom of the screen make it easy to navigate through the Wizard.  Simply complete a screen and then click Next.  As always, the Help question mark will take you to context sensitive help files.

**Launch video tutorial:**  You will see a blue video button [image] on the far right of many screens.  This button will always launch a short video tutorial that will give you more information about each specific screen.  In the example above, clicking the button will launch a short tutorial about the wizard itself.  Take advantage of the tutorials throughout Tracks or go to the Video Library to see a listing of all the tutorials available.



**Important information about why these sales options matter:**

When your WebStore was created, Tracks automatically created some brand new "items" it needs to be able to process transactions from your online store.  We decided to have the program create these items instead of making you do it; it's more efficient.  But we set them up and YOU will need to assign the proper GL Accounts to each.  Those items are as follows:

- WSCLEAR – WebStore Clearing.  This is usually an Asset account, like Accounts Receivable.  Each day the total amount of your WebStore sales (less fees) is posted to this account.  When you receive your remittance from Active, Tracks posts that money to this account as well, offsetting the amount due.

- WSCONVFEE – WebStore Convenience Fee.  This is usually either an Income or an Expense account.  These are the fees you charge the consumer on selected items/transactions.

- WSTRANSFEE – WebStore Transaction Fee.  This is usually an Expense account.  These are the fees Active charges you for each transaction.

- WSGIFTCERT – WebStore Gift Certificate.  If you have the Gift Certificate function turned on, you need to assign a GL Account to this item.  This is usually a Liability account – because you have collected money ahead of time and the recipient hasn't spent it yet.  When a Gift Certificate is redeemed, the money comes out of this account.

The program also created a new Customer called AAACTIVE – The Active Network (Type:  Other).  You will receive your remittance payment from Active.  So we want to have a Customer set up for that.

**133**

**Transaction Fees tab**



**Transaction Fee Options:** These options allow you to determine how you deal with transaction fees on your WebStore. The total transaction fee you are charged may consist of a transaction fee plus a credit card fee. Your choice here is only to decide where (to which GL Accounts) you will post these fees.

Note: This is the Global Default Setting. In Item Maintenance (for each specific item), you always have the opportunity to direct these fees to ANY GL Account you choose and to change them at any time.



- Use GL Account on Item you are selling: Choose this option to post the transaction fee to the same account as the Item you are selling. For example, if the item is a yearbook and yearbook goes to GL Account #4105-40-00, then the transaction fee would also go to that account.

- Use GL Account on the Transaction Fee Item: Choose this option to post all your transaction fees to the same GL account. This would be the GL account on the Transaction Fee item, for example, WSTRANSFEE.

**GL Account:** Enter the GL Account for transaction fees. Tracks will copy this account number over to Item Maintenance for this item as well.

**Convenience Fee Tab**



**Convenience Fee Options:**  You can decide whether you will absorb fees or pass them on to parents in the form of a convenience fee.  If you do elect to charge convenience fees on even one item, you must enable that option here.

These settings establish the global convenience fee settings that can be used for any item.  But you can also override these defaults on a specific item.  In other words, you may want to charge a convenience fee on some items but not on others.  Or you may want to charge a percentage on some items, but a flat fee on others.  You have the choice.

**Enable Convenience Fee Options:**  Check this box if you will charge a convenience fee on any items in your WebStore.  Leave the box clear if you do not want to charge convenience fees.

**Convenience Fee GL Account Options:**  You must select one of the following options.  When you plan to use a convenience fee, you must tell Tracks where you want to post it.  Here, you can decide how to post it to your books.

- Use GL Account on Item you are selling:  Choose this option to post the convenience fee to the same account as the Item you are selling.  For example, if the item is a yearbook and yearbook goes to GL Account #4105-40-00, then the convenience fee would also go to that account.

- Use GL Account on the Convenience Fee Item:  Choose this option to post all your convenience fees to the same GL account.  This would be the GL account on the Convenience Fee item, for example, WSCONVFEE.

**135**

**Convenience Fee Item:**  Enter the item you want to use to post convenience fees.  When you create your store, Tracks automatically created an item called WSCONVFEE, but you could use a different item if you choose.

**GL Account:**  If you have enabled Convenience Fees, you MUST choose a GL Account for this item.

**Convenience Fee Type:**  Choose either percentage or flat fee.  If you choose percentage, Tracks will prompt you to enter the default percentage next.  If you choose flat fee, Tracks will prompt you to enter the fee.

 

**Convenience Fee Rate/Amount:**  This field description changes depending upon whether you have selected percentage or flat fee above.  Enter the rate or the amount you want to be added to the purchase.

**Sales Options Tab**

These options allow you to determine how you will handle student debts and sales to students who owe you money.



**Send student debts to WebStore**:  Check this box if you want to export student debts to the WebStore.  This will allow parents to pay debts online, hopefully resulting in more money coming in.  Or leave the box clear if you don't want to allow debts to appear in your WebStore.



Tech Note

***Technical note:*** *Debts are handled separately from regular customer history.  Customer history data is kept in sync between Tracks and the WebStore and is used for must item and quantity limits.  This data is stored in the orders_hist and orders detail tables in the WebStore.  Debt data is stored in the users_debts table.  The syncing process for the debts is separate and tied to the customer sync.*

**Add Convenience Fees on balance due items:**  Check this box to apply the global convenience fee defaults to any balance due items.  Leave the box clear if you don't want to charge a convenience fee on debts.

- **Conv Fee Type:**  Choose either Percentage or Amount.
- **Conv Fee Rate/Amount:**  Enter a percentage rate (like 6.00%) or an amount (like $2.00).

**Allow sales to Customers with a Balance Due:**  Check this box if you want to allow students with a balance due (owing debts) to make new purchases on your WebStore.

**How does this work**?  When Tracks sends Customer data to the WebStore, each record is marked with one of the following codes:
- OK for new purchases.
- Has debts – no purchases allowed until debt paid off.
- No purchases allowed – Customer has a Status of withdrawn or locked.

**Optional Functions:**  These are functions you can choose to enable or disable in your WebStore.



**Gift Certificates**:  When you enable gift certificates in your store, you give grandma or Aunt Jane the ability to give a gift of money to a student – but the money has to be spent in the WebStore.

**Product Reviews**:  If you enable product reviews, you allow students and parents to write reviews and make comments about your WebStore items.  This does require some monitoring to ensure that only appropriate content is published.  You can turn this feature on and off here.

**About Us**:  This option (which is displayed on the WebStore menu bars gives you a place to enter information about your school or your online store policies.  For example, you might enter information about your return policy or information about parent permission slips or waivers.  You can use this area for anything.  If you choose to disable this option, it won't show at all on the menu bar.

**Closeout Items Tab**

Tracks uses these items to balance any online transactions when you do a Closeout.  These items must exist in Item Maintenance before they will be available here (but, of course, Tracks automatically created them when you set up your store).  Tracks has also taken the liberty of populating this screen with those items.  The same goes for the Customer for Clearing.

For a detailed description of what happens to online transactions during a Closeout, see the section on "Doing a Closeout with Online Transactions.



**Convenience Fee Item:**  This is a required field ONLY if you have enabled convenience fees on the Convenience Fees tab.  If you are going to use convenience fees, you must choose an Item and enter it here.  When Tracks downloads transactions with convenience fees, it will automatically assign this item to convenience fee amounts.

**Transaction Fee Item:**  This is a required field.  Enter the item Tracks will use for transaction fees here.  When Tracks downloads transactions, it will automatically calculate the appropriate transaction fee for each line item on a receipt.  When you do a Closeout, all these transaction fees (with their correct GL Accounts) will be combined on the WebStore Clearing Receipt for that Closeout, using this Item number.

**Gift Certificate Item:**  This is a required field ONLY if you have enabled gift certificates on the prior tab.

**WebStore Clearing Item:**  This is a required field.  Enter the item Tracks will use for posting the net amount due you as remittance for online transactions**.  Important:  The GL Account on this Item is normally an Asset account like Accounts Receivable.**

**Customer for Clearing**:  This is a required field.  Enter the Customer you will use for posting the transaction fees and net remittance due from online processing.  (We suggest you use the default "AAACTIVE" that was created as the Customer number because you will be receiving your remittance from The Active Network.)  When you do a Closeout, Tracks will create a negative receipt to this customer totaling the remittance due plus the transaction fees included for the online receipts in this Closeout.  Later, when you receive your remittance, you will enter the amount you received and Tracks will offset that amount against the total due.

> **Important:**  Make this Customer for Clearing be a Customer Type "Other."  Do NOT make this Customer a "Club" and enter a GL Account.  This will cause transaction fees posted to this Customer to go to the wrong GL Accounts – overriding your selections in the Setup wizard.

**Next Online Receipt Number:**  Enter the starting receipt number for your online transactions.  When Tracks assigns a receipt number to each transaction, it will use these receipt numbers instead of your regular receipt series.  That will help differentiate online receipts from the others.

**Next Vehicle Permit Number**:  If you want to sell parking permits online, we suggest you use a parking permit number that is outside your standard sequence.  Tracks pre-populates this field with a nice long number.

**Syncing Tab**

The top part of this tab concerns syncing options.  What is involved with syncing up?
- Tracks always initiates contact with the WebStore, not the other way around.  In other words, you could have 50 sales on the WebStore, but if Tracks doesn't initiate contact, those sales will never be downloaded.
- During syncing, Tracks sends the contents of the queue to the WebStore.  These are changes to the Customer file, Items that are enabled for the WebStore, Customer History and Debts (if selected) and downloads online transactions.



**Turn on Automatic Syncing:**  Select this option to have Tracks sync up with the WebStore automatically every 30 minutes.  This should normally be selected.

**Turn off Automatic Syncing**:  You should only turn off automatic syncing if you don't want to send and receive information from your WebStore.  This is not recommended because normally you want Tracks and the WebStore to be in communication with each other.

**Sync when starting Tracks:**  Select this option to sync up when starting Tracks.  (Recommended.)

**WebStore Clearing Bank GL Account**



**GL Account:**  Enter the GL Account for the WebStore Clearing Bank.  See the section on Daily Closeouts for more information about how Tracks uses these accounts to post transactions on a daily basis.

# 3. Syncing Data

**What is involved with moving data between Tracks and the WebStore?**  All action is initiated by Tracks.  The WebStore doesn't send anything to Tracks on its own.  After initial setup, data is sent and received based on your selection of "syncing" options (see Setup Options).

**What is syncing (synchronizing) data?**
1. When you do certain things in Tracks, the program adds those items to a queue to be sent to the WebStore.
2. Every thirty minutes, the Tracks program does the following:
   a. Checks syncing options.
   b. Tickles the WebStore to see if there are transactions to be downloaded.
   c. Downloads the transactions into a special import file and creates a new Tracks receipt (using the receipt numbers in the setup wizard) for each transaction.
   d. Checks the queue to see if there is anything (customers, items, customer history, on account transactions) to be sent.
   e. Sends anything in the queue to the WebStore.

**How long does syncing take?**  On your very first sync, <u>Tracks sends ALL your customer history including ALL your debt history to the WebStore.  This may take anywhere from 15 minutes to a couple hours</u>, but after that, it should be very fast.  That means that if you have "Automatically sync" selected, Tracks will send data right away because the program checks the queue and if there is anything there at all, it gets sent right then.

We suggest that you use a fast computer for the initial creation of your WebStore.  Since Tracks is sending so much data up to the WebStore, it is useful to have the fastest computer you've got handling the job.  This is not an issue after the initial upload.  Note that the amount of time required to upload data is dependent upon the amount of data you are loading onto your WebStore.  If you have 2000 students and 200 outstanding debts, it will require less time than if you have 2000 students and 4000 outstanding debts.

**What data is imported and exported and when?**
1. Startup
   a. WebStore creation – When you activate your WebStore for the first time, Tracks sends the data from the setup wizard and creates a WebStore just for you.
   b. Tracks sends Customers who are Type = Student, Faculty/Staff, and Adult.  Customer Types of Club and Other are NOT sent.
   c. Tracks sends any Items you have marked as "Enable in WebStore."
   d. Tracks sends all customer history.  (Note:  we send all the history and then keep it current so that the WebStore will have the same data Tracks has).
2. Daily – these items are all put in the queue.
   a. If you add a student or make a change to customer data (like middle initial).
   b. If you enable, disable, or change an already enabled Item to be sold on your WebStore.
   c. If you create a new debt (library fine, lost textbook fee, NSF check) or make any transaction through the Word Screen – even a payment on a debt.

<u>**Warning about Customer records:**</u>
The WebStore can only handle customers that have both first and last names.  If you have loaded your Faculty/Staff customers by stuffing "Alice Jones" in the Last Name field, that record won't upload at all.  If the program discovers problems with any customers in the Customer file during the initial attempt to load customers, you will receive a message informing you of the problem.  Tracks will display a list of the "problem" customers and you'll be able to print that out so you can make corrections.  Don't worry about doing all this BEFORE continuing with your WebStore upload, because once you make the corrections, the corrected data will be uploaded the next time you sync.

# 4. Using Item Departments to Group items in your WebStore

There are two kinds of departments used to group items for your WebStore.

- Item Departments, which are the main department categories and are also used by the Tracks program.  These are defined and managed in Item Department Maintenance on the Item menu.  Examples of Item Department are shown below:  General, Make a Donation, Auditions, etc.
- Sub-Departments, which are the subsidiary groupings UNDER a main department.  These are defined and managed directly in the WebStore using Sub-Department Maintenance, located on the WebStore menu.  An example of a Sub-Department is School Supplies, shown on the example below UNDER Student Store.

**Item Department Maintenance**

**What does it do?**  Defining Item Departments allows you to create groupings for the items you will sell on your WebStore.  All WebStore items MUST have a Department.  When you use Item Departments, you can group your items into logical categories.



Item Departments in Tracks are set up in Item Department Maintenance and assigned to individual items.

After your item has been enabled for the WebStore, you can even create sub-departments in the WebStore as shown in the example on the right.  School Supplies is a sub-department under Student Store.

**Where is it?**  Go to the Item menu, and choose Item Department Maintenance.

You will probably want the items you sell on your WebStore to be grouped in a logical manner.  The WebStore groups items according to the Department specified in Item Maintenance.



For example, this item called PENNANT has a Department Code of "SS" – Student Store.

Using the screen:



**Item Department Code**:  Enter the code for this department.  Note:  When you initially activate your WebStore, Tracks will create a record in this file for each department code it finds in Item Maintenance.  All the descriptions will be left blank, so you can simply fill them in with the description you want for each one.

**Item Department Description:**  Enter the 30-character description for this code.  **Warning**:  No punctuation is allowed in the description field.  That means "Things & Stuff" is not allowed because of the ampersand!

**Video Help:**  Click the Video Help button to view a brief tutorial about Item Department Maintenance.

**Important Note about Item Departments:**
The WebStore will suppress Departments that have no WebStore enabled items in them.  Let's use AP Tests as an example.  You only sell them at a certain time of the year, right?  So, sometimes you want the AP Tests Department to show and sometimes you don't.

Let's assume you sell AP Tests and you have a Department called APT – for AP Tests.  When a parent clicks on the APT Department, they will see all the AP Tests you are selling.  After a while, you won't be selling AP Tests anymore and you will disable them in Item Maintenance.  At that point, the WebStore will not display the AP Tests Department on the WebStore screen – because there aren't any products available in that department.

## Sub-Department Maintenance

Use this screen to manage optional Sub-Departments for your store. Your store may have many levels of Departments, organized in a way that will make sense to your customers. You can use this screen to add, edit, or delete Department records, plus manage the relationship between them.

**Where is it?**  Go to the Management menu, WebStore menu and choose Sub-Department Maintenance.

Using the screen:_To add a new Department, click Add Department from the left menu.



Enter a new Department name and select the parent Department (this new Sub-Department will be displayed UNDER the parent Department).  You do not have access to the Description field because the program uses that field for the Item Department Code.



You may also edit or delete Departments using this screen. You can see how many items are assigned to a Department by checking the number in the Product Count column.  Note: You should NOT delete Departments that have Items in them.  Instead, reassign those Items to other departments and then delete the department.



**Actions:**
- Pencil:  Edit this department record.
- Plus:  Add a new department.
- "X":  Delete a department record.

**Manage departments:**

**ID:**  Department ID is used internally by the program.  You will always just use the Department title.

**Postion (Pos):**  Use these arrows to move departments higher and lower in the display listing on your WebStore Home Page.

**Title:**  This is the text that is displayed in your WebStore.

**Sub-Departments:**  This displays the number of sub-departments in this department.  Click on the number to drill down and view the sub-departments.

**Product Count:**  This displays the number of items currently assigned to this department.

**Viewable:**  Is the department viewable or not?

**Action buttons:**  Edit, Add, Delete buttons



**Bulk Action:**  You might want to order all your departments in alphabetical order.  But recommend that you NOT delete all your departments.



# 5. Overview:  Selling Tracks Items in your WebStore

It is important to understand the differences between selling an item through the Tracks software and selling it through your WebStore.  This section is intended to explain how each of the different item types is handled and things you should know when setting them up.

This is a grid showing which item types are currently supported in the Tracks WebStore.  We have included more detail comments below the grid if there are special things you need to know about certain item types.  We have not included additional comments below for items that are handled the same as in the standard Tracks software (like Service Type items).

| Item Type | Supported in WebStore? | Comments |
|---|---|---|
| Service | YES | Works like standard Tracks. |
| Product | YES | Works like standard Tracks. |
| Matrix | YES | Works like standard Tracks. |
| Kit | YES | Works like standard Tracks.  Will explode correctly. |
| Vehicle | YES | Works, but you must enter the student vehicle information after the fact.  See below. |
| FundRaiser | YES | Works, but there are limitations.  See below. |
| Equipment | NO | Not supported. |
| Hour Tracking | NO | Not supported. |
| Donation | YES | Works, but each donation may be posted to a separate Donor record.  See below. |
| TexTrack | NO | Not supported.  You wouldn't want to SELL a TexTrack item like "Damaged Cover" in your WebStore, but you CAN collect lost textbook fees and other textbook charges online. |
| Locker | NO | Not supported. |

Things to know about specific Item Types:
1. Vehicle (used primarily for parking permits).
   a. You can sell these items on the WebStore and the program will create a vehicle record in Tracks using an automatically-assigned sequential number.  You can enter the Next Vehicle Permit Number to be assigned in School Settings, on the Work Screen tab (bottom left).  *Note that this function ONLY applies to vehicles purchased on the WebStore – not if you sell it on the Work Screen.*



   b. When the student comes to pick up the sticker or parking permit, you can collect a sheet with the vehicle information and that data can be entered after the fact in Vehicle Maintenance.
   c. <u>Think about this process ahead of time</u> if you want the Permit Number in Tracks to be the same as the hang tag or the sticker you give the student.  In the example above, we decided to reserve the permit stickers starting with #500 for WebStore purchases.  The program will assign the permit number when the transactions are imported into Tracks.  When the student comes to pick up the permit, you'll need to print a Vehicle

Report sorted by Customer Name and make sure you hand out the right permit to each student.

2.   FundRaiser
   a.   If you want to sell a specific Item that belongs to only ONE FundRaiser - that works.
   b.   You can even sell FundRaiser Items that are "Prompt for Price" because the WebStore will allow for the consumer to enter the amount they want to pay.
   c.   What doesn't work?
      i.   Items that have "Prompt for FundRaiser Code" turned on.  The WebStore can't prompt for this right now.

3.   Donation
   a.   When you sell a Donation type item in Tracks, you are prompted to enter a Donor code or select from an existing Donor list for each transaction.  The WebStore doesn't have access to that Donor Code file, so it has to do the best it can.  Here's what it does:
      i.   When a transaction with a Donation item is downloaded from the WebStore, Tracks looks at the Payor information (that's right – the name and address of the customer making the payment) and tries to match it up with an existing entry in the Donor file.
      ii.   If it finds a match, it assigns that Donor Code to this transaction.
      iii.   If it doesn't find a match, it creates a new Donor record for this transaction.
   b.   The worst that can happen is that someone may end up with multiple Donor records in your file, which would give them multiple statements or thank you letters – instead of having ALL their contributions on ONE statement.  It's workable.

**148**

# 6. Tracks Item Maintenance and the WebStore

**What does it do?**  Use the WebStore tabs in Item Maintenance to manage items in your WebStore.  There are several options you need to understand about additions to Item Maintenance and we'll take them in order:

- WebStore 1 tab – enable the item, manage display, manage images & waivers.
- WebStore 2 tab – manage item fees, related items, quantity display option
- Matrix quantities for WebStore

## WebStore 1 tab

**Where is it?**  Go to the Item menu and choose Item Maintenance.  Select an item and go to the WebStore 1 tab.



**Enable in WebStore:**  Check this option to display this item in your WebStore.  To remove the item from your WebStore, clear the checkbox.  Note:  You can control what is displayed to the consumer with the Display Options over on the right.  It is not necessary to disable an item to keep it from being offered.

**Send Email:**  Check this option to add this item to the "New Items Added to WebStore" email that is automatically sent each week.  Clear the option to not include this item.

**Long Description:**  Enter a long description (up to 1024 characters) to be displayed on the WebStore.  This is the place where you can completely describe your item.  You may use HTML codes if you wish to do certain types of formatting.  (Note:  we do not assist with HTML formatting.)



**Bonus Field Description:**  If you have a Bonus Field designated for this item, this field will be enabled and you can enter a longer description here.  For example, if your Bonus Field is "Guest" you might put "Enter Guest's name."



**Item Images:**  You have the ability to load THREE Main images for each item.  These three images may be the same or different, as illustrated in the example below.  In addition, you may load unlimited Additional images that will be displayed slightly below the item in the Store.

<u>**Main Images**</u>

Item images are managed using a direct link into the WebStore.  No syncing is necessary to add or change an image.  (Note:  The Item must first be enabled BEFORE you can add images to it – and that DOES require syncing.)  Directions are built right into the screen and your currently selected images are displayed.



**Additional Images:**  You can add extra images and they will appear under the item itself on a Photos tab.  You can upload a thumbnail and a larger image for each.

In this example, in the first image row, there is a water bottle and for the large image, a basketball.



In the example on the right, you can see how these additional images appear in the store.

**Display Options**

These options determine how this item is handled in the WebStore.



**New Item:**  Check this option if you want the item displayed in the New Products section on the lower left of your WebStore home page.  Tracks automatically defaults this to „checked" when you add an item.

**Featured item:**  Check this option if you want the item to be displayed in the Featured Products section on the WebStore home page.



**Viewable:**  Check to display this item in your store.

**Orderable:**  Check to allow customers to purchase this item.  Note that you can allow an item to be viewable, but not yet orderable.

**Allow sales to customer with a balance due:**  Remember that global setting on the Sales Options tab?  If you didn't check that option to allow sales to students with debts there, you won't even see the option here on the individual item.  But assuming you did turn it on globally, right here is where you can turn it on or off for this specific item.

## Department

The main department for this item is displayed here
(from the Main tab in Item Maintenance).  But you can
display items in MULTIPLE departments in the
WebStore and this is where you manage that.



**Add to additional Department:**  Click on the Departments button to launch the Additional
Departments window.  This is also a web link directly into your store.  This screen makes it easy to
see the relationship between your Main Departments (from Tracks) and the sub-departments you may
have created in the store.



**Extras – Waivers and Downloads**
You can attach waivers and downloads to specific items.  Use this web link to manage waivers and downloads directly in the store.

Click **Manage waiver** (or Manage form for the Download).



This will launch the link to the item record in the store.  On this screen below, we've clicked on "Learn More" for a detailed description of how waivers and downloads work and instructions about how to add, edit and delete waivers and downloads.

| Files |
| --- |

Use this screen to upload forms or documents that are related to this Item. The purpose of this function is to allow you to require the purchaser to agree to a waiver or to provide the purchaser with additional information or a form they need to fill out. Note: Both waivers and downloads are displayed on this screen.

▶ Learn More

Here's a Waiver example: You want the student to agree to a Behavior Code before buying a ticket to a dance.

**How does it work?**

1. When the purchaser brings up the item in the WebStore, the screen will display a link with the name of the waiver, like "Behavior Code".
2. The purchaser must click to agree to the Waiver before the item is added to the cart.

Instructions:
1. To add a new Waiver, click Add New Waiver.
2. Name: Enter a name for this Waiver, like Behavior Code.
3. Import File: Click Browse to locate the document you want to upload. You may only upload .txt files. So if you want to upload a Word document, you must save it as a .txt file first.
4. Click the "Add - +" circle to the right.
5. To edit an existing Waiver, make your changes and then click "Update Waivers" to update the Item in your WebStore.

| Name: | Type: | Import File: | Action: |
| --- | --- | --- | --- |

Update Waiver

▶ Add new Waiver

| NAME: | TYPE: | IMPORT FILE: | ADD: |
| --- | --- | --- | --- |
| Permission Slip | Download | C:\Documents and Settings\cmartin\My I  Browse... | ➕ |

In the example below, we uploaded text for a dance waiver.  This is how a waiver is displayed in the WebStore.



## WebStore 2 Tab

You can use the WebStore 2 tab to manage several options for this item:

- Convenience fees
- GL Accounts
- Related Items
- Quantity on Hand display



**Convenience Fee Settings:** We covered convenience fees in the wizard. When you first enable an Item for the WebStore, Tracks assumes you want to use the global defaults. But you can change that to any of the following options for this specific item:

**Convenience Fee Type:** Choose one of the following:

- Use Global Defaults – Tracks will use whatever you have set up in the wizard.
- None – Do not charge a convenience fee on this item.
- Flat Fee – Charge a flat fee.
- Percentage – Charge a percentage.



**Convenience Fee Amount/Rate:** Enter the dollar amount or percentage rate.

**View Examples:**  Click this button to view fee examples for this specific item.



**GL Accounts:**  The GL Account for the item itself (from the Main tab) is displayed.  You can select any of three options for posting both the transaction fee and the convenience fee (if used):

- Use same GL Account as Item
- Use same GL Account as the fee Item
- Use another GL Account – and then you enter it.

**Related Items:**  You can use this feature to link this item with other items that customers might be interested in buying.  For example, if a customer signs up for a Food Prep Class, she might also want to purchase a Cooking textbook and an apron.

Click the Related Items button to launch this window. We clicked „Learn More" here to display that section too. Note: you can change these at any time.



These items below will all be displayed with this specific item.



**Display available stock:** Check this option to display available stock for this item on the WebStore. If your quantity on hand is zero, the store displays it like this.



**Setup for Matrix Items**

If you want to sell matrix items in your WebStore AND you care about tracking quantity on hand, you will want to set up your quantities on the Item Maintenance/Main Tab.  For our example, we'll use SHIRT.



Notice that there is a separate grid to enter the quantities available for sale through the WebStore and a separate WebStore On Hand field showing you what you have available.  The „Show Total Quantities" button combines the totals for your over-the-counter and WebStore quantities.

**Donation Items**

When a donation transaction from the WebStore is imported into Tracks, the program will make a valiant effort to match up the donor on THIS transaction with an existing Donor in the Donor file.

- If the program finds another Donor with the same name and address, Tracks assumes it"s the same person and assigns the existing Donor record to the new transaction.
- If name and address don"t match perfectly, Tracks will create a new Donor record for the transaction.

**Other notes about items**

1. If you sell an SBCARD through the WebStore and it is your "Change to Price Level B item," the program will change the Customer to a Price Level B.
2. Items that cannot currently be sold on the WebStore:
   a. Items with an Item Type of Equipment, Hours, TexTrack, or Locker.
   b. Items that are designated as "Cash Only" or "Sundry" items.

**160**

**Item Features – Which are supported and which are not:**

| | |
|---|---|
| Customer Required | Supported.  A valid Customer ID number is required for all purchases. |
| Cash Only | These items are not sent to the WebStore. |
| Sundry | These items are not sent to the WebStore. |
| Taxable | • Sales tax is calculated on the price of the item.<br>• The WebStore can also handle "tax included" items.<br>• Tax Holiday functionality is not yet supported. |
| Grade Limits | Supported. |
| Save History | Not applicable. |
| Checks OK with No Cust | Not applicable. |
| Print extra receipt/no price | Not applicable. |
| Special Functionality | Not supported yet.  (This is tax holiday functionality.) |
| Prompt for Price | Supported. |
| Prompt for Quantity | Supported. |
| Quantity Limit | Supported. |
| Prompt for Category | Not supported. |
| Prompt for GL | Not supported. |
| Price Levels | Supported. |
| Bonus Field | Supported. |
| Sales Control Codes | Not supported. |
| Quantity on hand | Supported. |
| Must Item | Supported. |

# 7. Taking a WebStore Transaction from Start to Finish

This section shows exactly what the WebStore looks like and explains how it works.

## WebStore Functionality

The Tracks WebStore works like many other web stores you are accustomed to.  The consumer is walked through five main sections to complete a purchase:

1. Login:  Customer is asked to login to use the WebStore.  Customer can set up an account.  If this is a parent, customer can attach students to his/her account.
2. Choose Items:  Customer selects items to purchase.
3. Shopping Cart:  Customer can add to, view or remove items in the shopping cart.
4. Billing Information:  Customer is prompted to enter billing information including address, phone, email address, and credit card information.
5. Confirmation:  WebStore displays order confirmation information and emails payment confirmation receipt to customer.

## Login

Let"s consider the login for a student first.  Student data is uploaded to the WebStore when the sync process takes place.  On the login screen, the student will enter login information and then click "Sign on."

**Username:**  Enter the Student or Customer number.

**Password:**  The initial password is set to first letter of first name + last name – all in lower case.  For example, the password for student Robert Stevens would be "rstevens."

Things you should know about WebStore passwords:
- You should encourage parents/students to change their password the first time they login.
- If someone forgets a password or username, the system can reset it based on the email address provided.  They simply click on "Forgot Username" or "Forgot Password."
- The customer can click "Remember me" to be automatically logged in each time.

## Choose Items

Once the student has logged in successfully, they will be able to choose items to purchase.  They can choose to pay debts or click on a specific Department to view only items in that Department or use the Search function to find exactly what they want.



If the student has debts, the total amount due will be displayed beside the name once they login.

If they click on "Pay Debts," the WebStore will display the detail for all amounts due.  The Customer may then choose to add the entire amount to their cart or only make a partial payment.

In the following example, we've chosen the AP Tests Department.  The WebStore displays the thumbnail images for these items.



The WebStore displays all the items in the AP TESTS Department.
To select an item, simply click on the item.

We're going to choose AP Spanish Test.  The WebStore displays the "Detail" image for this item.  You can see that this item is "customer required" so I will have to login with a valid student number before I can purchase it.



I login and then click "Add to Cart."



## Shopping Cart

The WebStore always displays the detail for all your purchases in the cart.  You can continue shopping or go to Checkout.  Let's continue to Checkout.



Now I can choose my payment type.  Note that this is where you can enter a Gift Certificate number to be applied to this order.



I enter my credit card information.

| **Credit Card Information** | |
|---|---|
| Name On Card: | Tom Wilson |
| Credit Card Number: | 4567456978954544 |
| Card Type: | Visa |
| CVV2 Number: | 444   What is this? |
| Expire Date: | Jan (01) / 2012 |
| I am 13 years of age or older: | ☑ |
| (Federal Law prohibits anyone under the age of 13 from submitting payment) | |

Continue

**165**

**Process order**



The Order Review screen now displays all pertinent information about your order.

It even has a place for you to enter a comment.

Click either of the "Process Order Now" buttons to complete your order.

The WebStore displays your order number under Order Results.  You can print your order from here.



## Email Payment Confirmation

The customer will also receive email payment confirmation like this example:

Thank you for ordering through the Coleman Cougar Store. We really appreciate your support of our school. Your Coleman Cougar Store order #263 is summarized below.

If you have any questions about your order, please contact the administrator of this web store at cm@marleep.com or you can always get help through our online contact form.

### Coleman Cougar Store Order #263 Details:

Order Date: 11/11/2009 02:02pm
Order Total: $36.99
Purchaser e-mail address: cm@marleep.com

Billing Address:
Carol Martin
145 Harbor Blvd.
Culver City, CA 92060

Order Summary:

| Product | Qty | Price | Subtotal |
|---------|-----|-------|----------|
| Anvil LWt Hooded Sweatshirt | 1 | $19.99 | $19.99 |
| **Convenience Fee:** $2.00 **Options:** Large - Orange | | | |
| Debt Payment | 1 | $15.00 | $15.00 |
| **Receipt No.:** 110-1 **Date:** 11/04/09 **Item No.:** FIELDTRIP **Description:** Field Trip - Museum **Original:** 15.00 **Prev Paid:** 0.00 **Debt Payment:** 15.00 **Convenience Fee:** 0.00 **Student:** Carol Martin | | | |

| | | |
|---|---|---|
| Subtotal: | | $34.99 |
| Convenience Fee: | | $2.00 |
| **Total:** | | **$36.99** |

This example above shows the purchase of a sweatshirt and the payment of a debt (for the museum field trip). You can see that the size "Large – Orange" is displayed for the sweatshirt and all the detail is shown for the debt payment too, including the original receipt number, purchase date, student name and original debt amount.

## How does a parent create a WebStore account and link their students?

It is easy for a parent to create his or her own account and then link in their children so they can make all their purchases under one login.



Step 1:  Click Set up – to create your account.

Step 2:  Complete billing information including all required fields and agree to the Terms of Service.

Click "Create Account."



Step #3:  WebStore asks if you would like to add a student to your account.  Click on "Yes" to add.

Many items in this store may only be purchased by or for students who are enrolled in this school. Would you like to link student records to your account now?

**Yes, add student to my account.**

No, return to previous page.

Step #4:  Enter the student number and password for the student you want to add.  You can link as many students to your account as you like.



Step #5:  Make a purchase.  Now, when you login as the parent, Helen Martin, you'll see your name displayed in the login section to the left.  Notice that you also see that one or more of your students have unpaid debts.



If the item you've selected is "Customer Required," the WebStore will display all linked students so you can select the student for this item.  Note:  You may have purchases for multiple students on one transaction!

**Using Gift Certificates in the WebStore**

Anyone can purchase a WebStore gift certificate for anyone else.  It is an item like any other.



There is a special WSGIFTCERT item in Tracks and monies collected on gift certificates go to the GL Account assigned to this item.  This account is usually a liability account.

Note:  The WebStore keeps tracks of all gift certificate data – who bought what, how much is left, everything.  You don't have to do anything.

Here is what the gift certificate looks like in the Shopping Cart:



The recipient gets an email that looks like this:

John Smith,

You have received a $25.00 Coleman Cougar Store gift certificate! DON'T DELETE THIS MESSAGE! You'll need the information below to place your order with your gift certificate.

**From:** Joe Doe
**Message:** This is a gift for you.

---

**Amount:** $25.00
**Certificate Number:** SA77NOUUVCCWII3

Using your gift certificate is easy:

1. Visit our web site at http://activenetwork.com/demo-store/coleman_cougar_store/.
2. Select the items you want and add them to your shopping cart.
3. When you are finished shopping, click on View Cart and begin the checkout process. On the "Details" step of the checkout process, be sure to enter your Gift Certificate Number (shown above) into the "Gift Certificate" field.

---

**Got Questions?**
We appreciate your business, and look forward to serving you. If you have any questions, please visit the contact form to email us, or call us at 619-789-4444. Our goal is your satisfaction.

Kind regards,
The team at Coleman Middle School

When they want to apply the gift certificate against a purchase, they simply enter the number in the Shopping Cart:



The WebStore displays the application of Gift Certificate funds in the cart.

| | |
|---|---|
| Subtotal: | $251.00 |
| Gift Certificate: | -$25.00 |
| **Total:** | $226.00 |

**What if someone forgets or loses their gift certificate number or loses that email?**
You can resend the gift certificate email (with the current status) at anytime.  Here's how:

1. Go to WebStore Manager.  Click on View Admin.

2. Once in the WebStore Admin, click on the Coupons/Discounts button in the upper right corner.



3.  Now click on Manage Gift Certificates – in the menu on the left.



4.  The WebStore will display the gift certificates in your store.



5.  Find the correct gift certificate and click on "Resend Certificate Details" to resend everything.



# 8. Student Debts and Debt Payments in the WebStore

**What happens to debts during the syncing process:**

- When a debt is incurred in Tracks, it is sent to the WebStore during the next sync.
- When a payment on a debt is made in Tracks, it is also sent to the WebStore.
- Currently, Customers may not purchase an item „on account" in the WebStore.
- But they can make a payment on a debt.  When a payment on a debt is made in the WebStore, the transaction is downloaded to Tracks on the next sync.  As soon as Tracks receives the data, the program creates a receipt, updates the Customer Balance Due on the Customer record.

Let's look at an example:



4.     Now I've made a partial payment and you can see the detail in the cart.



## View Cart

| Remove: | SKU: | Product Name: | Qty: | Price: | Subtotal: |
|---------|------|---------------|------|--------|-----------|
| ☐ | | Debt Payment [Edit] | 1 | $15.00 | $15.00 |

**Receipt No.:** 114-1
**Date:** 11/17/09
**Item No.:** DRAMATICKET
**Description:** Drama Ticket
**Original:** 50.00
**Prev Paid:** 0.00
**Debt Payment:** 15.00
**Convenience Fee:** 0.00
**Student:** Carol Martin

debt_payment

|  |  |
|--|--|
| Subtotal: | $15.00 |

[ Continue Shopping ]   [ Empty Cart ]   [ Update Cart ]   [ Checkout ]

## Coleman Cougar Store Order #267 Details:

Order Date: 11/17/2009 04:48pm
Order Total: $15.00
Purchaser e-mail address: cm@marleep.com

Billing Address:
Carol Martin
145 Harbor Blvd.
Culver City, CA 92060

5.     My email payment confirmation also lists all the detail about the debt payment.

Order Summary:

| Product | Qty | Price | Subtotal |
|---------|-----|-------|----------|
| Debt Payment | 1 | $15.00 | $15.00 |

**Receipt No.:** 114-1
**Date:** 11/17/09
**Item No.:** DRAMATICKET
**Description:** Drama Ticket
**Original:** 50.00
**Prev Paid:** 0.00
**Debt Payment:** 15.00
**Convenience Fee:** 0.00
**Student:** Carol Martin

|  |  |
|--|--|
| Subtotal: | $15.00 |
| Convenience Fee: | $0.00 |
| Total: | $15.00 |

# 9. Daily Closeouts

We assume that readers of this User Guide already have experience making sales in Tracks and have a basic understanding of how Tracks works.  This section explains how online transactions processed in the WebStore are imported into Tracks and how the various fees are calculated and posted.  This chapter will discuss how the Daily Closeout works with the WebStore.

We'll walk through a scenario for a couple sales.  Let's assume we have the following transactions in the WebStore:

For this example, just to make things easier, we'll use simple percentages and dollar amounts.  We'll assume the following:
1. You are not charging parents any convenience fees.  You have simply raised the prices of your items to cover additional costs.
2. Transaction fees (that Active charges you) are a flat 5%.

| Order #103242 | | |
|---|---|---|
| Customer | Sandra Bose | |
| Purchases | YRBK | 60.00 |

| Order #103243 | | |
|---|---|---|
| Customer | Carla Butler | |
| Purchases | YRBK | 60.00 |
| | SBCARD | 40.00 |

| Order #103244 | | |
|---|---|---|
| Customer | Stephanie Cho | |
| Purchases | YRBK | 60.00 |
| | FEE15 | 15.00 |

These transactions are downloaded automatically from the WebStore and are assigned a Tracks receipt number, as shown below.  At the same time, Tracks calculates the amount of the transaction fee you will be charged for each receipt.  These are calculated for each detail line on a receipt.  If you look at these receipts in Customer History, you'll see that they have a Payment Type of "WebStore."

| Order #103242 | | | Trans Fee |
|---|---|---|---|
| Tracks Receipt | 8015 | | |
| Customer | Sandra Bose | | |
| Purchases | YRBK | 60.00 | 3.00 |

| Order #103243 | | | Trans Fee |
|---|---|---|---|
| Tracks Receipt | 8016 | | |
| Customer | Carla Butler | | |
| Purchases | YRBK | 60.00 | 3.00 |
| | SBCARD | 40.00 | 2.00 |

| Order #103244 | | | Trans Fee |
|---|---|---|---|
| Tracks Receipt | 8017 | | |
| Customer | Stephanie Cho | | |
| Purchases | YRBK | 60.00 | 3.00 |
| | FEE15 | 15.00 | .75 |

But what happens when you do a Closeout?  You have $235.00 worth of sales, but you haven't collected any of the money yet.  In essence, you have sales without any cash, yet they aren't sales On Account, are they?  No, they are real sales, because people have paid for their purchases with a credit card.  There is no balance due from the Customer.

Here's how Tracks handles this and makes everything balance:  When you do a Closeout, Tracks adds up any new online transactions for this date (the 24 hour period starting at 12:00AM) and creates an additional transaction for each date.  This transaction acts as a balancing entry – so that the total money received from the online transactions will total zero.

| | | | Trans Fee |
|---|---|---|---|
| Tracks Receipt | 8018 | | |
| Customer | Active | | |
| Purchases | TRANSFEE | <11.75> | |
| | WSCLEAR | <223.25> | |

In the example above, TRANSFEE is an item for the transaction fees and WSCLEAR is an item for the total remittance which will be sent to you (the school).  These items are discussed in the section on Sales Options.

To summarize, the GL Posting for these transactions adds up to zero and looks like this:

| | |
|---|---|
| Yearbook Account | 180.00 |
| Student Body General | 40.00 |
| Misc Fees Account | 15.00 |
| Transaction Fee Account(s) | -11.75 |
| Accounts Receivable | -223.25 |

- All the various sales accounts for the items purchased are posted with the total gross amount of the sale.  So the individual receipt in receipt history in Tracks looks exactly like what the parent/student purchased online.
- Transaction fees are charged to the specific GL Accounts specified, so each account shows the correct amount of money available.
- The net remittance amount due from The Active Network is posted to accounts receivable and stays there until the check or ACH deposit is received.  When the remittance amount is received, you will use the WebStore Reconciliation process and Tracks will create a receipt from Active, relieving accounts receivable.

This is what the Sales by Receipt Report will look like for these transactions.  The total deposit will equal zero.  All transactions will have a Payment Type of "WebStore."

| 8015 | Sandra Bose | YRBK | 60.00 | |
|------|-------------|------|-------|---|
| 8016 | Carla Butler | YRBK | 60.00 | |
| 8016 | Carla Butler | SBCARD | 40.00 | |
| 8017 | Stephanie Cho | YRBK | 60.00 | |
| 8017 | Stephanie Cho | FEE15 | 15.00 | |
| 8018 | Active | TRANSFEE | (11.75) | This is the total of all transaction fees. |
| 8018 | Active | WSCLEAR | (223.25) | This is the total remittance due from Active. |
| | | | | |
| | | | 0.00 | This is the total amount of the deposit. |

When the remittance is received, you will go to the WebStore Reconciliation screen and enter the date range for the remittance.

## WebStore Clearing Bank

Having a WebStore won't affect your Daily Closeouts.  But you will need to make sure you have set up an account for WebStore Clearing Bank (even though the total deposit amount will always be zero).  To find this option, go to the Management menu/Customize/School Settings/Closeout Tab 2.



Enter the GL Account for the cash account you want to use for posting WebStore transactions.  Note that the total each day for WebStore transactions will be zero, but you still need to post all those other GL Accounts that are affected by online transactions.

Although you could choose any existing Cash account, we recommend that you set up a NEW Cash Account called "WebStore Clearing Bank" and use it exclusively for this purpose.  You won't ever have to do a bank reconciliation for this account because this is not a real bank account and there will never be any deposits with a dollar value.

## Standard Daily Closeouts

When you do a Closeout, Tracks will check to see if any WebStore transactions are included in the data to be closed out.  If there is WebStore data, Tracks creates a balancing receipt that will offset the WebStore net.  Because the net amount of online transactions will always be zero, there will never be any monies to be posted on a daily basis.  There will be postings to other GL Accounts, but not to a Cash account.

When you begin a Closeout, you can choose whether to include WebStore transactions or not – simply by checking the option shown on the Closeout Wizard screen.

☑ All Dates - Close out transactions for all days

☐ One Date Only - Close out transactions for only the earliest date found

☑ Include Web Store

Tracks will calculate the deposits for your Closeout just like it always does, according to the Deposit Method selected.  If there are WebStore transactions, Tracks will create a separate deposit just for them – so they don't get mixed up with any "in person" monies you collected during the day.  The WebStore deposit will be shown as a separate deposit at the bottom of the Sales by Receipt Report.

For SchoolBooks users who set up a new Cash account for the WebStore Clearing Bank, you will be able to print a Bank Deposit History Report showing daily postings from the WebStore on the SchoolBooks side.


**Example of a Closeout Report:**

In this example, we have our Deposit Method (in School Settings) set to break down deposits by the Deposit-To Cash Account.  This is a Closeout Summary Report for one day.
- We had total in person sales of $856.00.
- Of this amount, we collected $553.00.
- We also had sales in the WebStore of $233.72.  The total WebStore sales will NOT show on the Closeout Summary because the offsetting entry will cause these sales to be netted to zero. So don't panic when you look at this report and don't see an amount for your WebStore sales.



On this date, we had regular in-person sales as well as WebStore sales.  The Sales by Receipt Report shows the balancing receipt created (Receipt #8000061) to offset the WebStore transactions. You can see that the regular receipts go in the same sequence and the WebStore receipts all begin with "80000."

| | | | | | | | | Web Store - New One 501 |
|---|---|---|---|---|---|---|---|---|

**SALES BY RECEIPT REPORT**

Date: 07/17/07    Closeout #: 00141

| Receipt No | Date | Customer Name | Item Number | Dept | Qty | Price | Amount | Tax | GL Account & Description | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000277 | 07/17 | Danson, Chris | APENG | APT | 1 | 75.00 | 75.00 | 0.00 | On Account | 0.00 |
| 0000277 | 07/17 | Danson, Chris | ART15 | LAB | 1 | 15.00 | 15.00 | 0.00 | On Account | 0.00 |
| 0000278 | 07/17 | Cho, Stephanie | APENG | APT | 1 | 75.00 | 75.00 | 0.00 | On Account | 0.00 |
| 0000278 | 07/17 | Cho, Stephanie | ART3 | LAB | 1 | 3.00 | 3.00 | 0.00 | On Account | 0.00 |
| 0000279 | 07/17 | Boyd, Julian | YRBK | SB | 1 | 60.00 | 60.00 | 0.00 | On Account | 0.00 |
| 0000279 | 07/17 | Boyd, Julian | APENG | APT | 1 | 75.00 | 75.00 | 0.00 | On Account | 0.00 |
| 0000283 | 07/17 | Hartman, Regis | YRBK | SB | 1 | 60.00 | 60.00 | 0.00 | 4105-40-00 - Yearbook ~ Sales | 60.00 |
| 0000283 | 07/17 | Hartman, Regis | APENG | APT | 1 | 75.00 | 75.00 | 0.00 | 2000-00-00 - AP Tests | 75.00 |
| 0000283 | 07/17 | Hartman, Regis | ART3 | LAB | 1 | 3.00 | 3.00 | 0.00 | 2005-00-00 - District Clearing | 3.00 |
| 0000284 | 07/17 | Peterson, JB | ART3 | LAB | 1 | 3.00 | 3.00 | 0.00 | 2005-00-00 - District Clearing | 3.00 |
| 0000284 | 07/17 | Peterson, JB | TSHIRT | SS | 1 | 12.00 | 12.00 | 0.00 | 2810-30-00 - Marketing Club | 12.00 |
| 0000285 | 07/17 | Hartman, Regis | DONSPT | GEN | 1 | 400.00 | 400.00 | 0.00 | 2250-00-00 - Athletic Club | 400.00 |
| 8000024 | 07/17 | Meyers, Sally | | | 1 | 25.00 | 25.00 | 0.00 | 2400-00-00 - Student Body General | 25.00 |
| 8000024 | 07/17 | Meyers, Sally | APB10 | APT | 1 | 75.00 | 75.00 | 0.00 | 2000-00-00 - AP Tests | 75.00 |
| 8000024 | 07/17 | Meyers, Sally | ART3 | LAB | 1 | 3.00 | 3.00 | 0.00 | 2005-00-00 - District Clearing | 3.00 |
| 8000024 | 07/17 | Meyers, Sally | CONVFEE | GEN | 1 | 0.12 | 0.12 | 0.00 | 2005-00-00 - District Clearing | 0.12 |
| 8000025 | 07/17 | Madison, Marjie | | | 1 | 100.00 | 100.00 | 0.00 | 5460-00-00 - Convenience Fees - Web Store | 100.00 |
| 8000025 | 07/17 | Madison, Marjie | ART15 | LAB | 1 | 15.00 | 15.00 | 0.00 | 2005-00-00 - District Clearing | 15.00 |
| 8000026 | 07/17 | Sanders, Bill | SBCARD | SSS | 1 | 15.00 | 15.00 | 0.00 | 4001-40-00 - Student Body Card ~ Sales | 15.00 |
| 8000026 | 07/17 | Sanders, Bill | CONVFEE | GEN | 1 | 0.60 | 0.60 | 0.00 | 4001-40-00 - Student Body Card ~ Sales | 0.60 |
| 8000061 | 07/17 | The Active Netw | WSCLEAR | GEN | 1 | (218.31) | (218.31) | 0.00 | 1600-00-00 - Accounts Receivable | (218.31) |
| 8000061 | 07/17 | The Active Netw | TRANSFEE | GEN | 1 | (15.41) | (15.41) | 0.00 | 5465-00-00 - Transaction Fees - Web Store | (15.41) |
| | | | | | 22 | | 856.00 | 0.00 | REPORT TOTAL | 553.00 |

Here's the posting summary for the money we actually received today.  This section of the report has not been changed.  As a reminder, you can choose to create deposits in the following ways:



In this example, we've chosen to Split Deposits according to GL Deposit-To Account.  So here is the breakdown on the money we actually received today:

**GL Posting Summary by Deposit to Cash Account**

| GL Account | Description | Amount |
|---|---|---|
| 2000-00-00 | AP Tests | 75.00 |
| 2005-00-00 | District Clearing | 6.00 |
| 1007-00-00 | Deposit to General Fund | 81.00 |
| 2250-00-00 | Athletic Club | 400.00 |
| 2810-30-00 | Marketing Club | 12.00 |
| 4105-40-00 | Yearbook ~ Sales | 60.00 |
| 1009-00-00 | Deposit to ASB Funds | 472.00 |
| | | 553.00 |

Here's the section of the report showing the WebStore transactions.  Note that this section will always net to zero.  In this case, we've set up a separate cash account for "WebStore Clearing Bank" just to keep everything very clean.  In our situation, because we'll export to SchoolBooks, we'll be able to run a Bank Deposit History Report in SchoolBooks, showing all the WebStore deposits.

**GL Posting Summary for Web Store**

| GL Account | Description | Amount |
|---|---|---|
| 1600-00-00 | Accounts Receivable | (218.31) |
| 2000-00-00 | AP Tests | 75.00 |
| 2005-00-00 | District Clearing | 18.12 |
| 2400-00-00 | Student Body General | 25.00 |
| 4001-40-00 | Student Body Card ~ Sales | 15.60 |
| 5460-00-00 | Convenience Fees - Web Store | 100.00 |
| 5465-00-00 | Transaction Fees - Web Store | (15.41) |
| 1100-00-00 | Web Store Clearing Bank | 0.00 |
| | | 0.00 |

# 10.   WebStore Reconciliation Wizard

**What does it do**?  You will use the WebStore Reconciliation Wizard to enter the amount of the remittance you receive and balance that amount with the online transactions processed.  You will use this same screen whether you receive a check from Active or an ACH transfer directly into your bank account.  The WebStore Reconciliation process in Tracks allows you to reconcile your remittance to all the transactions for the statement period.  You can do all this within Tracks.

Note that you will use this screen each time you receive a remittance amount – whether it is a check or an ACH deposit.  You will use this screen every two weeks - to balance your remittance.

## How does an ACH deposit appear on your bank account?

If you choose to receive ACH deposits, the entry on your bank statement or online account will look something like this:

| Date | Description | Debits | Credits |
|------|-------------|--------|---------|
| 11/13 | AUTHORIZED TRANSFER | | $960.13 |
| | Active Network | | |

**Where is it?**  Go to the Management menu, WebStore, and choose WebStore Reconciliation.

## Using the Screens

The four tabs of the WebStore Reconciliation Wizard allow you to walk through the reconciliation process quickly and easily.  The goal with these screens is to get the Remittance amount on the right of the screen to tie to the actual amount you received.  In the example below, the remittance amount shown is $526.55.

The **Introduction tab** explains the process and provides instructions.



On the **Remittance Amount and Dates** tab, you'll enter information about the amount you received:



**Last Period End Reconciled:**  The first time you do a reconciliation, the screen will display "New" as shown in the example above.  After that, the program remembers the last "ending date" through which you reconciled.

**Remittance Type:**  Select either check or ACH deposit.

**Remittance Date:**  Enter the date of the check or the date the ACH deposit posted to your bank statement.

**Check or Reference Number:**  Enter the check number on the Active check or the reference number (if any) on your bank statement.

**Amount you received:**  Enter the amount of the check or the amount of the ACH deposit.

**Period covered:**  Enter the Starting and Ending dates for this remittance period.  Remittance periods are always two weeks long and run from Monday midnight to Sunday midnight.  The Active Network begins remittance processing on Monday mornings; you will receive your remittance within one week.  For more information about remittance period dates, please refer to the section called Resources.

**Clear Items tab:** The default is to display only uncleared transactions for this remittance period. Total sales less transaction fees are displayed on the right.



**Date Range:** Enter the date range for this period. If the remittance you receive is for the period from 2/18/09 to 3/01/09, you will enter those dates as the Starting and Ending dates.

**Show:** Click the "Show" button to display all the online transactions in this date range.

**Show Only Uncleared Entries:** Check this box to show only entries that have not yet been cleared in the reconciliation process.

**Summary on the right:**
- **Total sales:** Gross sales plus sales tax for this period.
- **Transaction Fee:** Total transaction fees charged for this period.
- **Net sales:** Net amount due you.
- **Fee adjustment:** Ideally, you will always receive the exact amount due. But sometimes when the program calculates the transaction fees and then totals them there is a slight rounding error. The reconciliation process is programmed to automatically create an adjustment to compensate for this. Note: If the adjustment exceeds a certain amount (currently $.20), this may indicate a problem, so you will receive a message to contact Support for assistance.
- **Calculated Remittance:** This is the amount the program thinks you should receive.
- **Actual Remittance:** This is the amount you actually DID receive (from the previous tab).

When you are in balance, the Calculated and Actual Remittance amounts turn green.

**184**

**Print Journal and Update tab:**  This tab provides more instructions about updating your reconciliation.  You can sort transactions in either Receipt Number or Date order.  Then print your journal and update.



**What happens next?**  When the remittance amount is correct, click Accept to print the WebStore Reconciliation Journal.

## WebStore Reconciliation Journal

The journal is a detailed report that displays all the transactions covered by this remittance amount.



The bottom of the journal will display the totals (plus payment information) from the WebStore Reconciliation screen.

| hanie | Paul Cho | CONVFEE | X2268 | | 2.40 | 0.00 |
|---|---|---|---|---|---|---|
| | | | **Totals** | | **1,462.78** | **73.15** |
| | | | Less Transaction Fees | | (73.15) | |
| | | | Fee Adjustment | | 0.01 | |
| Check Date | 08/07/07 | | Interim Payment | | (960.13) | |
| Check # | 45788 | | **Remittance Total** | | **429.51** | |

When the journal has printed, you will be asked if it printed correctly and it you want to update.  If all the data is correct and the remittance amount on the journal equals the amount of your actual remittance, go ahead and update.

Tracks will create a new receipt transaction for the remittance amount, like the one shown below.

**Customer History**

| Customer Code | Customer Name |
|---|---|
| ACTIVE | The Active Network, . |

```
Receipt# : 0000305      User : MASTER  08/07/07
WSCLEAR              WS Remit #45788          1      429.50      429.50
TRANSFEE            WS Remit Adj #45788      1        0.01        0.01
                                                            ----------
                                                              429.51
                                    45788           Check      429.51
```

If this is a check, the program will stop right there.  You're done!  But if this is an ACH deposit, the program will take you right into a Closeout – because this transaction will need to be turned into a separate deposit.

You can also print a receipt for this transaction.  After the update, you will be prompted "Do you wish to print a receipt for this transaction?"

Be sure to save the WebStore Reconciliation Journals in a separate folder or with your Closeouts. We actually recommend that you save them in a separate file folder – just so they are easier to access.

### What if your Remittance Amount doesn't tie to the amount on the screen?

Try to figure out any discrepancies between Tracks and the WebStore.
- Print the WebStore Reconciliation Journal.  <u>Don't update</u>!
- Print a Transaction Report (from WebStore Manager) for the same remittance period and compare the amounts and detail.  Refer to the section on WebStore Manager for more information about this report.
- Compare the data on the reports to discern any discrepancies.



**Receiving Your Remittance**

**If you have chosen to receive your remittance as a check:**

- Tracks will assume that you've received a check and simply create a receipt as follows:

|  | Option | Example |
|---|---|---|
| Receipt # | Next receipt number | 154777 |
| Customer | Customer for Clearing | ACTIVE |
| Item | WebStore Clearing Item | WSCLEAR |
| Amount | Remittance Amount | $1502.45 |

- Since you will deposit this check along with other checks and cash you receive, there is no need to do a Closeout prior to updating your WebStore Reconciliation Journal.
- This check can be part of any Closeout and any deposit.

**If you have chosen to receive your remittance as an ACH deposit:**

- Tracks will create a receipt the same way as above.
- But Tracks will know that this amount needs to be a separate deposit all on its own.  (It hit your bank account as a discrete item.)
- So Tracks will automatically continue to a Closeout when you update your WebStore Reconciliation Journal.

**Important Note:**  Remember that your WebStore clearing item (WSCLEAR in the example above) should be pointed at a GL Account like <u>Accounts Receivable</u> or <u>WebStore Clearing</u>.  Daily Closeouts will create receipts that will DEBIT this account.  When you receive the remittance, Tracks will create a receipt that will CREDIT this account.

On the WebStore Reconciliation Screen, a few fields require further explanation.

| Rec # | Seq | Date | Order # | Customer | Amount | Tax | Payor | Item | Trans Fee | Clrd |
|-------|-----|------|---------|----------|--------|-----|-------|------|-----------|------|
| 8000408 | 0000 | 02/18/09 | 221 | 101-Martin, Carol | 81.50 | 8.15 | Carol Martin | APMATH | 6.17 | |
| 8000408 | 0001 | 02/18/09 | 221 | 101-Martin, Carol | 5.71 | .00 | Carol Martin | WSCONVFEE | .00 | |
| 8000409 | 0000 | 02/18/09 | 222 | Willis Martin | 10.00 | .00 | Willis Martin | SPORTSPASS | .83 | |
| 8000409 | 0001 | 02/18/09 | 222 | Willis Martin | 1.00 | .00 | Willis Martin | WSCONVFEE | .00 | |
| 8000410 | 0000 | 02/18/09 | 223 | 101-Martin, Carol | 81.50 | 8.15 | Willis Martin | APMATH | 5.83 | |
| 8000410 | 0001 | 02/18/09 | 223 | 101-Martin, Carol | 5.71 | .00 | Willis Martin | WSCONVFEE | .00 | |
| 8000411 | 0000 | 02/18/09 | 224 | 102-Martin, Jane | 15.00 | .00 | Willis Martin | FIELDTRIP | 1.11 | |
| 8000411 | 0001 | 02/18/09 | 224 | 102-Martin, Jane | .90 | .00 | Willis Martin | WSCONVFEE | .00 | |
| 8000414 | 0000 | 02/26/09 | 225 | 101-Martin, Carol | 81.50 | 8.15 | Carol Martin | APMATH | 6.17 | |
| 8000414 | 0001 | 02/26/09 | 225 | 101-Martin, Carol | 5.71 | .00 | Carol Martin | WSCONVFEE | .00 | |
| 8000415 | 0000 | 02/26/09 | 226 | Jane Martin | 50.00 | .00 | Jane Martin | 00001340001 | 3.48 | |
| 8000416 | 0000 | 02/26/09 | 227 | Sally Martin | 20.00 | .00 | Sally Martin | 0000137000101 | 1.69 | |
| 8000416 | 0001 | 02/26/09 | 227 | Sally Martin | 85.00 | .00 | Sally Martin | 0000137000102 | 5.06 | |
| 8000417 | 0000 | 03/01/09 | 228 | 102-Martin, Jane | .22 | .00 | Jane Martin | 00001380001 | .51 | |
| 8000418 | 0000 | 03/01/09 | 229 | 101-Martin, Carol | 81.50 | 8.15 | Carol Martin | APMATH | 6.17 | |
| 8000418 | 0001 | 03/01/09 | 229 | 101-Martin, Carol | 5.71 | .00 | Carol Martin | WSCONVFEE | .00 | |

1.   The item numbers that look like 00013800101 and 0001380001 are student debts.  In order for the program to keep track of debts and payments against specific debts, Tracks assigns a unique item number to each debt when it is sent to the WebStore queue.  It's not enough to know that Johnny owes $60 for a lost book; Tracks has to be able to identify that precise debt.  So it assigns a unique number to each.

2.   Transaction Fees are calculated on the Convenience Fees but do not show up in the Transaction Fee column here.  Why not?  We would rather see the total of the Item plus the Convenience Fee on the one line in case you charge the transaction fees to the GL account on the item.  In the example above, there is no transaction fee for the Convenience fee of $.90 but the Transaction Fee of $1.11 includes both the transaction fee for the $15 Field Trip as well as the $.90 Transaction Fee.

# 11.  Reporting for the WebStore

Several standard Tracks reports have been modified to allow you to limit the data on the report for purposes of reporting WebStore transactions.

### Sales by Item/Customer Report

An option on this report called "Only WebStore Sales" allows you to limit the report to display only sales that were made online.



## Item Listing Report

An option on this report called "WebStore Items Only" allows you to limit the report to display only items that are currently enabled for the WebStore.  The standard Item Listing Report has a column on the right side called "WebStore Enabled" so you can also see WebStore items on the report showing ALL items.



## Sales by Receipt Report

An option on this report called "Only WebStore Sales" allows you to limit the report to display only items that were sold through the WebStore.



# 12.   Keeping Track of Who Has Picked Up What

There will be times when you sell something on your WebStore that needs to be picked up in person. Examples of this might include agendas, PE clothes or yearbooks.  Let's assume you sell student agendas both in person and online.  When a student buys from you, they get an agenda on the spot. But when someone purchases through the WebStore, they will need to pick up their agenda from someplace, right?

Here are some suggestions for keeping track of items that need to be picked up.  For example, if someone purchases PE clothes through the WebStore, we want to know when they pick them up – so we don't give him 2 sets by mistake.  Here are some suggestions, but we like the first one best – assuming that the people handing out the items have access to Tracks:

**Idea #1: Use the Bonus field in the Modify Bonus/GL/Category screen.**
When the student comes to pick up the TSHIRT, find the transaction on the Modify Bonus/GL/Category screen.  Enter a "Yes" in the Bonus field.  In the example below, I've already given Bella Banu and Sandra Bose their shirts.  (Note:  it is NOT necessary to set up a Bonus field for these items ahead of time.)



Later, you can run the Sales By Item/Customer Report including the Bonus Field and with "Only WebStore Sales" checked.  This report will show everyone who made a purchase on the WebStore and display if they have picked up the item.

Play School High School

**SALES BY ITEM/CUSTOMER REPORT - WITH BONUS FIELD**
Date Range: 07/01/06 to 08/15/07
Item Range: TSHIRT to TSHIRT

| Customer Name | Sold By | Cust No | Receipt No. | Date | Bonus Field | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| **Item No: TSHIRT  T-SHIRT** | | | | | | | | |
| Banu, Bella | KC | 901253 | 0000179 | 10/05/06 | Yes | 1 | 12.00 | 12.00 |
| Banu, Bella | KJ | 901253 | 0000270 | 01/30/07 | | 1 | 10.00 | 10.00 |
| Bose, Sandra | KC | 901255 | 0000255 | 10/16/06 | Yes | 1 | 10.00 | 10.00 |
| Bose, Sandra | KC | 901255 | 0000260 | 01/26/07 | Yes | 1 | 10.00 | 10.00 |
| Bose, Sandra | KJ | 901255 | 0000263 | 01/30/07 | | 1 | 10.00 | 10.00 |
| Davis, Heidi | KJ | 901240 | 0000265 | 01/30/07 | | 1 | 12.00 | 12.00 |
| Martin, Carolyn | KC | 45000 | 0000257 | 10/16/06 | | 1 | 10.00 | 10.00 |
| | | | | **Total for Item No:  TSHIRT** | | 7 | | 74.00 |
| | | | | **Grand Total** | | 7 | | 74.00 |

Here are some other ideas:

**Idea #2:  Sign the Sales by Item/Customer Report**

Print a Sales by Item/Customer Report with "Only WebStore Sales" checked and have them sign the report when they pick up the item.  You could limit the date range to print a separate report for each day, although this would make it a bit difficult to find each student – having to look through many pages.

**Idea #3:  Sell an item called PEPICKUP**

Sell an item called PEPICKUP to everyone who picks up their PE clothes.  Then you can run the Multi-Item Sales Report to see who hasn't picked up their PE clothes yet. **Hint:** If someone is paying for their P.E. clothes and picking them up at the same time, you will want to receipt them both the P.E. Clothing Item as well as the Pickup Item.  The easiest way to do this would be to make this a kit that you only sell for in person sales.  Then the Multi-Item Sales Report will only show students who have paid for but not yet received the P.E. Clothes.

**Idea #4:  Email Confirmations**

Have the students use their email confirmations from the WebStore purchase for the pickup.  The problem with this is that emails can be copied, so you could run into duplicates.

**193**

# 13.  Frequently Asked Questions

### Syncing between Tracks and your WebStore

1. If multiple schools exist on one computer, which school will sync with the WebStore?
   a. The WebStore has a unique ID for each school, just like Tracks.  So, they will sync to Tracks by school code and not by computer.  The Setup Wizard will help you get everything set up correctly.
2. I have a wireless connection.  Can I still do the auto sync in real time?
   a. Yes, the transaction data is encrypted and is therefore safe.  If the data is not fully transferred due to a disconnect situation, it will be okay and come over next time a connection is available.

### Closeouts in Tracks

1. Can the funds be transferred to two cash accounts?
   a. Right now, the money from the WebStore will only go to one account.
2. We have many schools that share one cash account.  Is this going to be a disaster when we try to do a bank reconciliation?
   a. No!  The sales will be imported into each Tracks school.  That means the same way that your bank reconciliation works now, it will work the same way using the WebStore!
3. When will I see my WebStore transactions on a Closeout?
   a. All the sales will show up as often as you have set your WebStore up to sync (usually automatically and that means every 30 minutes).  On each Closeout, you'll see an offset of funds collected so that the total of your Online Sales will be $0.  Then, when you receive a check or ACH deposit from Active, you will receipt THAT through Tracks and see THAT one check on a Closeout.
   b. Both the original offset entry and the entry when funds are received should hit the same GL Account – usually Accounts Receivable.
4. How does Tracks handle the WebStore transaction when I do not receive the money for up to two weeks?
   a. When you do a Closeout, Tracks treats all the WebStore transactions as paid transactions.  They will have a new "WS" code on them so you'll be able to distinguish them on the Customer History Tab and on reports that show payment type.
   b. On this Closeout, Tracks will also create a separate WebStore receipt – using the Customer "Active" which is automatically set up for you when you create your WebStore.
      i. This receipt will be for (1) the net due from Active for these transactions and (2) the transaction fees deducted on these transactions.  It will have a negative balance to offset the online sales.
      ii. Here's an example:
         1. Sell 5 yearbooks for $50.00 each – total paid by parents is $250.00.
         2. My school pays 5% flat transaction fee.  Tracks creates a receipt to customer Active for negative $12.50 (to the GL Account for Transaction Fees).
         3. On the same receipt, also shows a posting to item WSCLEAR negative $237.50 for the net due from Active which should be posted to a GL Account like "Accounts Receivable – Active" or "Accounts Receivable – WebStore".
         4. The total of all these receipts equals zero – because that's the amount of cash you received today.

5. When you receive the remittance from Active, you receipt it through the WebStore Reconciliation screen.  It hits the "Accounts Receivable – Active" GL account – clearing it out.

## Getting History Information for WebStore Transactions

1. Can I reprint a receipt that was generated on the WebStore?
   a. Yes, all online transactions will create transactions in Tracks.  You can reprint a receipt out of Tracks, even though this will really be the first time it"s printed in Tracks.
2. How do I know when a debt has been paid or a purchase completed?  Will I be alerted in some way?
   a. You are not going to get an alert or an email every time someone buys something.  But transactions will show up in Tracks and you can view that whenever you want in a variety of places (Customer History and Reports).
3. Will reports in Tracks show an indicator for online transactions?
   a. Yes.  On the Customer History screen, you will see "WebStore" as the Payment type for each transaction.
   b. The Sales By Item/Customer report will show WS (WebStore) as a payment type.
   c. There is a new selection option on the Sales by Item/Customer Report and the Sales By Receipt Report to limit the data to only WebStore sales.
4. Will there be a report that shows only items bought online?  I will need one so I can have the students who purchased P.E. Clothes pick them up easily.
   a. Yes!  Sales by Item/Customer – select for WebStore sales only.

## Item Setup

1. Are all of my items going to be clumped together on the WebStore?
   a. You can use Item Department Maintenance to control how your items are sorted and grouped.  For example, you can set up an Item Department called APT (for AP Tests), then assign that Department code to each of your AP Test items.  They will all group together on your WebStore.
   b. If the consumer selects only the group APT, then they will see only the APT items.
2. Then, can an item have more than one department on the WebStore?
   a. Yes, you can set up sub-Departments within existing Departments and you can display an item in as many departments as you wish.
3. I worked very hard setting up departments in Tracks.  Now you tell me these do work with the WebStore.  Do I have to re-enter all of these departments by hand?
   a. Where did you set up departments?
      i. On the items themselves?  If so, you can use the same ones you've got.  Using Item Department Maintenance, you'll just be able to add a nifty description for the department.  So no, you don't have to enter them again.
      ii. If you set up departments like Foreign Language, History, English – for use with courses and textbooks, that"s a completely different thing.
4. Can I use kits on my WebStore?
   a. Of course!
5. Is there a way to show an item placed on sale?
   a. We would recommend either changing the long description to include "On Sale" or you can add a new item department called "On Sale Items" and display sale items there as well as their normal department.
6. Will my Sales Control Codes and User defined fields be available?
   a. This is an enhancement request as of Q4 2009.

## Fees for WebStore

1. Should I charge a convenience fee to cover my charges or not?
    a. Each school is different.  You can read through the material in Chapter XX about Fee Management for specific recommendations about how to use fees for your school. Some schools will use convenience fees to recoup their costs.  Other schools will find that simply raising item prices slightly to offset charges will result in driving a higher volume of transactions through the WebStore, thereby saving them a tremendous amount of time.
    b. When a consumer purchases an item with a convenience fee, the convenience fee shows as a separate charge, so it"s obvious that they are paying more than if they bought the item in person.  If you raise the price, there is no separate convenience fee shown.
2. Won't my bank charge me a fee?
    a. No!  The only thing the bank will know is that either a check or an Electronic Funds Transfer (EFT) was deposited into your account.
3. Can I only charge convenience fees on some items?
    a. Yes, you can determine convenience fees on an item by item basis.
4. When a parent is making a payment for money they owe me, won't I have to charge them an additional convenience fee?
    a. We give you a setup option so you can decide whether or not to add a convenience fee onto student debts.
5. How can we tell if we're making money or losing money on our convenience fee?
    a. Each situation is a little different.  You can check the status for each individual item by clicking on the "View Examples" button on the WebStore 2 tab.  There is also a video tutorial on that screen that explains fee options.
6. Can there be a different price online than when customers make purchases in person?
    a. Not really, that's technically illegal.  You have two options.  First, you could leave the price of the item ($50) the same as if they made the purchase in person ($50) and then charge a separate convenience fee ($2.50, at 5%).  Second, you could raise the price of the item ($52.50) for both online and in person purchases to account for the convenience fee for those online purchases.

## My WebStore

1. Can we restrict partial payments?  We do not allow partial payments on, for example, yearbooks.
    a. For new purchases in the WebStore, consumers must pay the full amount on an item. They are, however, allowed to make partial payments on balances already due.
2. Do I have to post students' debts to the web?
    a. No, you don't.  There is an option to either send student debts to the WebStore or not.
3. Are there shipping options?  For example, an alumni wants to buy a sweatshirt, how can I show the shipping charges?
    a. You would want to use verbiage in the item's long description to explain shipping options.  Use prompt for price for the item so people can manually add $10 to items that need to be shipped.
    b. We currently have an enhancement request to add shipping functionality.
4. Can I customize my WebStore and add logos?
    a. Yes, this is part of the setup process.  You can upload your school logo and pictures of your school.

## My Parents and Students

1. How will my parents get to the WebStore?  Should I put a link on my school site?  My district site?

    a. That is part of your initial setup.  You can put links to your WebStore wherever you want.  Most schools put a link on their school homepage.

2. What happens if a parent has a question on their credit card statement?
    a. There is a phone number (that goes to an Active Network employee) printed on their credit card statement they can call.  They usually call this number when they see the charge and can't remember who you are and what it was for.
    b. If they have specific questions about something they've ordered or an issue with the store, they will probably call you.

3. Can I see the passwords for the parents in case they forget what it is?
    a. No, for security purposes you will not have access to view User passwords.
    b. Also, a parent can send an email requesting a usercode or password reset.  The WebStore will reset the username or password and send the Customer an email notification.  You do not need to be involved.

4. Will it be easy for my parents to use the WebStore?
    a. It is easy for parents to create an account and link to their students.
    b. You may want to provide parents with instructions about the difference between THEIR own account and the accounts of their students.


## Other Options

1. Do you have to pay debts online?  Can a parent see what is owed and send in a check or cash?
    a. No, they don't have to pay online.  If they choose, the parent can view detail about amounts due in the WebStore and then send in check or cash.

2. How are refunds handled?
    a. Active will never issue a refund.  You will always have control over whether you issue a refund or not.  If you do want to issue a refund, you can enter a regular refund check in Tracks for the return of the item.


## Training and Support

1. Do I need training or can I just set it up by myself?
    a. The WebStore Setup Wizard is designed to have you walk through it by yourself.  We have a wide variety of resources available – help files, this User Guide, tutorial videos on many screens – that will help you along the way.
    b. Of course, you can always opt for training if that works better for you.
    c. While we do not require that you get training, it makes sense to take advantage of JumpStart training to ensure that you get everything set up correctly from day one.

2. When should this training start?
    a. You can schedule JumpStart training right now.  Contact your Account Manager to get more information about setting up your WebStore and they can get you scheduled for training.

3. Where will this training be?
    a. We want the training to be custom to get your WebStore up and running, so all of our training will be done in our JumpStart format over the phone in four sessions.

4. Can we have more than one school attend the JumpStart training?
    a. You can if you wish, but the trainer will be working to get one school set up properly and smoothly.  The other schools may do things a little differently, and would only be able to observe.

5. Who do I call if I need help?  Do I call Blue Bear Support?  How much help will I get if I do not buy the training?  What are the support hours?
    a. If you need help, you call Blue Bear, just like you do now.
    b. The Support hours are the same – same great service too!

**How often do we get paid?**

1. The Active Network uses remittance periods of two weeks.  Each remittance period begins on Monday at 12:00am and ends in two weeks on Sunday at 11:59:59pm.  We begin remittance processing on Monday morning and you usually receive payment within that week.
2. A detailed Remittance Schedule (like the example below) is available at our eMarketing Center.



3. To access this list, login to the eMarketing Center, use this link:
   http://emarketing.activenetwork.com/educate/
   a. Go to Software Resources, WebStore Information and then choose the appropriate Remittance Schedule.



## 14.  WebStore Manager

**What does it do?:**  The WebStore Manager allows you to manage the look at feel of your WebStore, to access the Admin (back end) side of your WebStore and to print transaction reports directly from the WebStore data tables.  All of the functions available through WebStore Manager work through links that go directly to your store.

**Where is it?:**  Go to Management menu/WebStore menu and choose WebStore Manager.



**Links Tab:**  This tab provides links to your WebStore.

**Links**

- **School WebStore URL:**  This is the URL for your WebStore.  This is the link your tech should put on your school"s Home Page.
- **Store Name:**  This is the name of your store.  You can click "Change name" and change the name.
- **Store URL:**  Click "View store" to go directly to your WebStore Home Page.
- **Admin URL:**  Click "View admin" to go directly to the Admin section (back end) of your WebStore.
- **Return link:**  This is where the WebStore will return you when you close a window.

**Store graphics**

You can change your WebStore colors or upload different images using these buttons.

**Coupons**

You can add new store coupons and manage existing coupons using these buttons.  This information is also available by clicking "Learn More" on the screen.

**Coupon Name:**  Enter a name for this coupon.

**Coupon Code:**  If you want the purchaser to enter a specific code at checkout, enter it here.

**Discount Type:**  Select the type of discount for this coupon:
- Dollar Amount - will deduct a specified dollar amount
- Percentage - will deduct a percentage of the total amount due

**Value:**  Enter either a dollar amount or a percentage amount, depending upon the Discount Type you select.

**Minimum Order:**  If this coupon may only be applied to transactions with a minimum dollar amount, enter that amount here. For example, if you only want to offer a 10% discount on orders of $75.00 and above, you would enter 75.00 here.

**Max Uses:**  Enter the maximum number of times a User may take advantage of this offer. Enter "1" if this offer may only be used one time by each User.

**Used:** The system will keep track of how many times the coupon has been used.

**Start Date:** Enter the start date for this coupon.

**End Date:** Enter the end date for this coupon.

**Available to:** Select All if this coupon is available to all. Otherwise, click to highlight the User Groups that this coupon applies to. Be sure to include ALL the appropriate groups.

**Coupon Type:** Select the type of coupon this is:

- Global - applies to all Users and all Products in the cart
- Product Related - applies only to a specific product or products. You will be prompted to select the products below
- Department Related - applies only to products in specific Departments. You will be prompted to select the Departments below. If you select this option, the store will apply this discount to all items in this Department or Departments
- User Related - applies only to Users in specific User Groups. You will be prompted to select the appropriate User Groups below

**Status:** Choose On or Off. Note that even if the coupon code specifies a date range that includes today, if the code itself is turned off, the discount will not be offered.

You can also view all the coupons in your system.



## Emails Tab

You can use the Emails to manage email messaging to your users with email addresses in your WebStore.



**Manual email options**

Use this link to manage optional one-time only email messages or newsletters to users.



**Newsletter Settings:**

**Recipients:**  Choose the recipients for this email.  The default is Users.

**User Groups:**  Select the user groups to receive this email.  The default is All Groups.  (That means by default all groups would be selected in blue.)

**Format:**  Select either Plain Text or HTML.

**Newsletter:**

**From Name:**  Enter the name of the organization sending this email.  The default is the name of your school.

**From Email:**  Enter the email address of the person sending this email.  This defaults to the email address for the contact name for WebStore admin.

**Subject:**  Enter a subject for this email message.

**Message:**  Enter your message.  Note that you can use the "Advanced Editor" features at the bottom of the screen to edit your message with the aid of familiar formatting tools.



**Send Newsletter:**  Click this button to begin sending your newsletter or email.



The WebStore sends emails one batch at a time.

The program will display a progress meter, showing you how many emails have been sent and the estimated time remaining.

You can click "Start Sending" or "Stop Sending" to control the process.

## Auto-email options

The WebStore has a feature that automatically sends out an email to all User email addresses telling them about new items that have been added to your store.

- Which items does it send?  Items that have been added in the past week that have "Send email" checked in Item Maintenance.
- Who does it send to?  All email addresses in your WebStore.
- When does it send?  Usually it does the prep work over the weekend and sends emails on Monday night.
- What do YOU have to do?  Absolutely nothing.  The WebStore handles this automatically.  But you CAN customize the opening and closing of the email.

Although the email has generic language telling about your store, you can customize this email by adding an Opening Paragraph, a Closing Paragraph, and your signature.



- Use this screen to edit these text fields, then click Save to save your changes.
- Click Send to send a sample copy of the email to yourself. (The email will be sent to the Contact Email address used in Store Settings. This is usually the email address you used when you set up your WebStore.)

**Opening Paragraph:**  Enter your opening paragraph here.

**Closing Paragraph:**  Enter your closing paragraph here.

**Signature:**  Enter the signature for the auto-email here.

**Send Sample Email to:**  This will default to your email address.  Get the copy the way you want it and then send it to yourself to make sure you've got it right.

This is a sample of the auto-email that is sent.  The pictures of the items are hot links that take the customer directly to that item in your WebStore.



**About Us**

The display of "About Us" can be enabled or disabled in WebStore/Software Options.  If enabled, it is displayed as shown immediately below.



This is a good place to put information you want to have available – like refund policy, merchandise pick-up policies, etc.  You can enter text to appear in About Us here.



## Reports Tab

All your WebStore transactions will be shown as receipts in Tracks, but sometimes you want to view transactions directly in the WebStore.  These two features give you the ability to find and drill down on an individual transaction and to print reports directly from WebStore data.



## WebStore Transactions

You can click to view WebStore transactions here.  You'll have the option to search for a transaction by a variety of criteria including date range.



**Action Buttons:**  You can use the buttons on the right of each order to View, Print or Print a Packing List for that specific order.



To drill down on an order, click the magnifying glass "View" Action button.  The WebStore will display the Order Information with all the details about that order.



**Reports – WebStore Transaction Report**

First, enter a date range.  Then click "Generate Summary"



The WebStore will display a summary total for the period selected.  To view the detail for this period, simply select either Detail Report or Detail Spreadsheet (export to Excel) below.



This is an example of report detail.

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Order ID | Date | Product ID | SKU | Quantity | Price | Amount | Tax | Convenie | Transactic | Bonus Fie | Matrix Op | Order Cor | Custor |
| | 262 | 11/2/2009 | 11 | PARK | 1 | 5 | 5 | 0 | 0.5 | 0.83 | | | | Martin |
| | 263 | 11/11/2009 | 39 | AHOODSV | 1 | 19.99 | 19.99 | 0 | 2 | 2.7 | | Large - Orange | | Martin |
| | 263 | 11/11/2009 dt | | 110-1 | 1 | 15 | 15 | 0 | 0 | 0 | | | | Martin |
| | 264 | 11/11/2009 | 4 | APSPANIS | 1 | 82 | 82 | 8.2 | 8.2 | 22.78 | Sally Martin | | | Martin |
| | 264 | 11/11/2009 | 16 | SPTSPASS | 1 | 251 | 251 | 0 | 25.1 | 0 | | | | Martin |
| | 265 | 11/13/2009 | 1 | BIGDANCE | 1 | 50 | 50 | 0 | 5 | 3.77 | Tom Wells | | | Martin |
| | 266 | 11/16/2009 | 4 | APSPANIS | 1 | 82 | 82 | 8.2 | 5.74 | 6.21 | | | I just want | Wilsor |
| | 267 | 11/17/2009 dt | | 114-1 | 1 | 15 | 15 | 0 | 0 | 1.39 | | | | Martin |
| | 268 | 11/20/2009 | 42 | DONRACE | 1 | 100 | 100 | 0 | 7 | 6.87 | | | This is an | Martin |
| | | TOTAL | | | | | 619.99 | 16.4 | 53.54 | 44.55 | | | | |

## 15. The Importance of Effective Fee Management

This section is a discussion about charges and fees.  You'll need to make some decisions about how you want to handle fees.  Should you incur the online fees on everything to increase parent participation?  Should you pass some of the fees along to parents?  What are the consequences?  From our experience, we think schools that incur the fees will do better in the long run.  Read this section to find out why.

**GOALS**

What is your goal for adding online transactions to your school?

Do your goals include any of the following?
- Create a more convenient payment process for parents so you collect money faster.
- Reduce the number of students waiting in lines and the frustrations that long lines can bring.
- Reduce manual time and effort to process and manage student payments.
- Increase security and decrease data entry errors, decrease the amount of cash on hand, etc.
- Ensure a clear audit trail.
- Reduce manual processing errors and headaches.
- Get rid of bad checks and the time it takes to re-coupe the money from bad checks
- Give yourself more time to spend on more important items.

If you answered "Yes" to any of these goals, then you're going to want to encourage parents to pay online – and the more they pay online, the better.  To accomplish this, you want to make it easy for them to pay online and you want to eliminate any causes of resistance.

> THE ANSWER IS **NOT** TO CHARGE THEM AN EXTRA CONVENIENCE FEE TO PAY ONLINE!
>
> THE ANSWER IS TO BUILD THE TRANSACTION FEE INTO THE PRICE OF THE ITEM!

Why?

Because if the item costs them the same amount of money whether they pay online or whether they pay with cash/check, there isn't any cost savings to them to pay in person.  Then, they might as well do it online – saving YOU having to deal with the transaction!

**210**

# 16.   Video Library/Resources

**What is it?**  This portion of the WebStore menu serves as a repository for all sorts of helpful information you can use to make your online experience more successful.  This is a great place to access all the video tutorials that are also available throughout the software, download images you can use for your items and take advantage of the tools available in the eMarketing Center.  Note:  all functions on this menu access data and files on the WebStore server.  You must be connected to the internet to access these functions.

**Where is it?**  Go to the Management menu, WebStore menu and choose Video Library/Resources.



## Video Library

There are video tutorials and video help about the WebStore in appropriate places throughout the software – in Item Maintenance, in WebStore/Software Options, in the WebStore Setup Wizard.  Each one of these is also listed here, all in one place, so that if you need a refresher or have a question, you can find what you need quickly and easily.



## Image Library

You have the option of uploading multiple images for each item in the WebStore.  You can use images you already have, like actual pictures of your yearbook from last year or a mock-up of the yearbook cover for THIS year.  Or you can use other photos or clipart or anything.

Many of our schools asked us for help with some specific types of images and we've started a library that you can choose from.  Our library currently includes images for AP tests, lab fees, class fees, club dues and a variety of sports images.

Images are grouped by category.  Simply click on the image to download it.  Then save it on your computer and upload it with the appropriate item.



## Blog and eMarketing Center

Our eMarketing Center provides you with a wealth of information about how to get the most from your WebStore, the remittance schedule, pre-formatted templates you can use to increase your success in fundraising and collecting donations online and more.  Plus you have access to our WebStore Blog so you can find out what other schools are doing to save themselves hours of time each week as they increase the number of parents paying online.



The first time you visit the eMarketing Center, you'll need to click on "Register here" (at the bottom) to set up your email address and password.

The next time you visit, simply enter your email address and password – and you're in.

Next, click on the "Educate" organization type as shown below.



**Information about Remittance Periods**

Once in Educate, click on WebStore Information and you'll see the screen below.  We are constantly updating this site with new tips and tricks from other users and lots of ideas to make your job easier.  Poke around here; there are all sorts of interesting tidbits.



**Remittance Schedule:**  Our current annual remittance schedule is always available here.  We recommend that you print this out to have handy when you do your WebStore reconciliation every two week.  You'll use the date range shown as the starting and ending dates for each transaction period.

**Blue Bear Webstore 2009 Remittance Schedule**

Please find below the 2009 remittance schedule for your Webstore(s). You should expect to receive your check or ACH deposit no later than one week after the "Payment Processed" date.

| Date of Transactions | Payment Processed |
|---|---|
| January 19 to February 1 | 2-Feb |
| February 2 to February 15 | 16-Feb |
| February 16 to March 1 | 2-Mar |
| March 2 to March 15 | 16-Mar |
| March 16 to March 29 | 30-Mar |

**214**

## 17.   Examples of Convenience Fees & Transaction Fees

Before you make decisions about whether to charge convenience fees, please examine this chart to get an idea of the concepts involved.  You should note that transaction fees ARE CHARGED on the total amount of the receipt.  That means if you charge parents a convenience fee, you will be charged transaction charges on the convenience fees as well.

| | A | B | C | D | E | F | G H I J K L |
|---|---|---|---|---|---|---|---|
| 2 | Convenience Fee and Transaction Fee Examples | | | | | | |
| 3 | | | | | | | |
| 4 | | Amount | No Conv Fee | | | Trans Fee @ 5% | |
| 5 | Yearbook | 60.00 | | | | 3.0000 | No convenience fee charged here.  School is charged 5% |
| 6 | Student Body Card | 40.00 | | | | 2.0000 | of the total customer receipt amount. |
| 7 | PE Shirt | 15.00 | | | | 0.7500 | |
| 8 | Total | 115.00 | | | | 5.7500 | |
| 9 | | | | | | | |
| 10 | | | Conv Fee 6% | Total Receipt | | Trans Fee @ 5% | In this example, the school is adding a 6% convenience |
| 11 | Yearbook | 60.00 | 3.6000 | 63.60 | | 3.1800 | fee onto each item, increasing the amount of the total |
| 12 | Student Body Card | 40.00 | 2.4000 | 42.40 | | 2.1200 | receipt.  Note that if you only charged a 5% convenience |
| 13 | PE Shirt | 15.00 | 0.9000 | 15.90 | | 0.7950 | fee, that wouldn't be enough to cover the transaction fees |
| 14 | Total | 115.00 | 6.9000 | 121.90 | | 6.0950 | incurred.  The school will net an additional $.81 on this |
| 15 | | | | | | | transaction. |
| 16 | | | | | | | |
| 17 | | | Conv Fee 5.3% | Total Receipt | | Trans Fee @ 5% | In this example, the school is adding a 5.3% convenience |
| 18 | Yearbook | 60.00 | 3.1800 | 63.18 | | 3.1800 | fee onto each item, increasing the amount of the total |
| 19 | Student Body Card | 40.00 | 2.1200 | 42.12 | | 2.1200 | receipt.  Note that charging 5.3% exactly offsets the 5% |
| 20 | PE Shirt | 15.00 | 0.7950 | 15.80 | | 0.7950 | transaction charge - the total amounts are identical. |
| 21 | Total | 115.00 | 6.0950 | 121.10 | | 6.0950 | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | No Conv Fee | Total Receipt | | Trans Fee @ 5% | In this example, the school doesn't charge a convenience |
| 25 | Yearbook | 63.60 | | 63.60 | | 3.1800 | fee, but simply increases the price of each item.  The total |
| 26 | Student Body Card | 42.40 | | 42.40 | | 2.1200 | amount of the receipt is the same as had they added a |
| 27 | PE Shirt | 15.90 | | 15.90 | | 0.7950 | convenience fee, so the transaction fee incurred is the |
| 28 | Total | 121.90 | | 121.90 | | 6.0950 | same, but the parent doesn't perceive a difference |
| 29 | | | | | | | between paying online or paying in person - because |
| 30 | | | | | | | there is no difference. |

**215**

# 18.  Index

## A

AAACTIVE .................................................. 19
About Us ..............................................24, 92
**About your school tab** ............................ 10
**ACH deposit** .......................................... 68
Action buttons .......................................... 93
Action Buttons .......................................... 31
Activate your store .................................... 13
Actual remittance ...................................... 70
Additional Images ...................................... 38
Allow sales with Balance Due ...................... 23
Auto-email options .................................... 90
Automatic deposit ..................................... 12
Automatic Syncing ..................................... 27

## B

Bad checks ................................................. 6
Bonus Field Description .............................. 36

## C

Calculated remittance ................................ 70
Cart .......................................................... 50
Chargebacks .............................................. 6
Check number ........................................... 69
Clear items tab .......................................... 70
Clearing Bank ............................................ 64
Closeout Items Tab .................................... 25
Colors ...................................................... 15
**Comment on order** ................................. 52
**Contacting you tab** ................................ 11
Convenience Fee ....................................6, 25
    Options ............................................... 21
    Type .................................................... 21
Convenience Fee Tab .................................. 21
Convenience Fees
    Item specific ....................................... 43
    View example for specific item .............. 43
Convenience Fees on balance due items ....... 23
Coupons .................................................... 86
Credit card statement ................................ 13
Customer
    AAACTIVE ............................................ 19
Customer account creation ......................... 55
Customer for Clearing ................................ 26
Customers
    Sales with Balance Due ......................... 23
    Warning about first & last names............ 28

## D

Daily Closeout................................62, 64, 80
    Example of reporting ............................ 65
Debts
    Paying debts online .............................. 83
**Debts and debt payments** ....................... 60

## E

Demo video ................................................ 9
Departments .............................................. 81
    Additional Departments ........................ 40
Discounts .................................................. 86
Display available stock................................ 45
Display Options .......................................... 39
Donation Items .................................... 34, 46
Downloads.................................................. 41

## E

**Email payment confirmation** .................... 54
Emails tab ................................................. 87
eMarketingcenter........................................ 84

## F

Featured Item ............................................ 39
Fee adjustment .......................................... 70
Fee Management ........................................ 96
**Fees**
    **Examples of Conv & Trans Fees** ........ 101
    **Frequently asked questions** ............... 82
Fulfillment ................................................ 78
FundRaiser items ....................................... 34

## G

Gift certificate........................................... 19
Gift Certificate .................................... 25, 51
Gift Certificates ........................................ 24
    **From purchase to use** ....................... 57
GL posting for WebStore offsets .................. 63
Graphics.................................................... 15

## I

Images for items ........................................ 37
Item
    Additional Depts ................................. 40
    Additional Images ................................ 38
    Bonus Field Description ......................... 36
    Display Options .................................... 39
    Donation Items .................................... 46
    Downloads & waivers ............................ 41
    Item Images ........................................ 37
    Long Description ................................... 36
    Uploading images ................................ 37
Item Departments ...................................... 29
    **Sub-Department Maintenance** ........... 31
Item Images .............................................. 37
**Item Listing Report** ............................... 77
Item Maintenance
    WebStore 1 tab .................................... 35
**Items**
    Donation Items .................................... 34
    FundRaiser items .................................. 34
    **Matrix items** ................................... 46
    **Overview about item types** ................ 33

Supported features in WebStore ......................................... 47

## L

Last period reconciled.............................................. 69
Links tab ................................................................. 85
**Login** .................................................................... 48
Logo ...................................................................... 16
Long Description ................................................... 36
Lost gift certificate .............................................. 58

## M

Manual email options ........................................... 88
**Matrix Items** ....................................................... 46
Method for handling deposits ............................... 66
Minimum order
    Discount on ................................................... 86
Modify Bonus/GL/Category
    Using to track pickups .................................... 78
My WebStore ........................................................ 4

## N

Net sales ............................................................... 70
New Item ............................................................... 39
Newsletter settings ............................................... 88
Next Online Receipt Number: ................................ 26
Next Vehicle Permit Number .................................. 26

## O

Offsetting entries.................................................. 74
Offsetting entries during Closeout......................... 63
**Order comments** .................................................. 52
Order Results ........................................................ 53
Order Review ........................................................ 50
Orderable ............................................................. 39

## P

Parent login........................................................... 55
Password............................................................48, 83
Password reset....................................................... 83
Passwords
    No access to parent passwords...................... 83
**Payment confirmation** ......................................... 54
Period covered ...................................................... 69
Posting summary ................................................... 66
**Problem reconciling remittance** ......................... 73
**Process order** ...................................................... 52
Product Reviews .................................................... 24

## R

Refunds.............................................................. 6, 83
Related Items ........................................................ 44
**Remittance**
    **Problems reconciling** ................................... 73
Remittance Amount ............................................... 6
Remittance check .................................................. 12
Remittance dates................................................... 69
Remittance Info tab ............................................... 12
Remittance periods............................................97–99

Remittance schedule dates ................................... 84
Reports.................................................................. 76
    Bank Reconciliation Journal ............................ 71
    **Item Listing Report** ...................................... 77
    **Sales by Item/Customer Report** .................... 76
    Sales by Receipt Report ...............................66, 77
    Show only WebStore sales? ............................. 81
    **Tab in WebStore Manager** ............................ 93
    Transaction Report ......................................... 73
    **WebStore Transaction Report**....................... 95
Reprint receipts..................................................... 81
Resend gift certificate ........................................... 58

## S

**Sales by Item/Customer Report**........................... 76
Sales by Receipt Report ....................................66, 77
Sales options ......................................................... 19
Sales Options
    Items ............................................................. 63
Sales Options Tab .................................................. 23
sales to customer with a balance due..................... 39
Sales with Balance Due .......................................... 23
School logo............................................................ 16
SchoolBooks
    WebStore Clearing Bank ................................. 65
Send email option .................................................. 35
Send newsletter/email............................................ 89
Send sample email ................................................. 90
Shopping Cart........................................................ 50
Show only uncleared entries................................... 70
Student debts....................................................23, 60
    Email payment confirmation........................... 61
    In Shopping Cart ............................................ 61
Students
    Linking to parent account .............................. 55
**Sub-Department Maintenance** ............................. 31
    Product Count ............................................... 32
Sub-departments ................................................... 29
Support ................................................................. 83
Sync Status ............................................................. 5
Sync WebStore Now ................................................ 4
Syncing.................................................................. 28
    Automatic on and off ..................................... 27
    If you have multiple schools........................... 80
    When starting Tracks ..................................... 27
    Wireless network ........................................... 80
**Syncing between Tracks & WebStore** ................... 80
Syncing Tab ........................................................... 27

## T

**Technical Support** ................................................. 6
Terms of Service.................................................... 13
Tracks
    Daily Closeout ............................................... 62
Training on WebStore ............................................ 83
Transaction - Start to Finish .................................. 48
Transaction fee...................................................... 70
Transaction Fee..................................................6, 25
    Options.......................................................... 20
Transaction Fees tab .............................................. 20
Transaction Report ................................................ 73
**Transactions**

**View WebStore transactions** ........................................... 93
Tutorials ................................................................... 18

## U

Update graphics ......................................................... 16
Update reconciliation journal ...................................... 71
**Username** ............................................................... 48

## V

Video help ................................................................. 18
Viewable ................................................................... 39

## W

Waivers .................................................................... 41
WebStore
     Transaction Flow .................................................. 48
WebStore 1 tab .......................................................... 35
**WebStore 2 Tab** ....................................................... 43
WebStore Clearing Bank .......................................... 27, 64

WebStore Clearing Item ............................................. 25
WebStore colors .......................................................... 15
WebStore Features ....................................................... 7
**WebStore Manager** .................................................. 85
WebStore Menu .......................................................... 4
WebStore Reconciliation
     Fee adjustment .................................................... 70
WebStore Reconciliation Journal ................................ 72
**WebStore Reconciliation Wizard** ............................. 68
WebStore Setup Wizard ............................................... 8
**WebStore Transaction Report** ................................. 95
WebStore/Software Sales Options Wizard .................... 18
Who has picked up what? ............................................ 78
WSCLEAR ................................................................ 19
WSCONVFEE ........................................................... 19
WSGIFTCERT ........................................................... 19
WSTRANSFEE .......................................................... 19

## Y

Your web store tab ..................................................... 11

218