UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Christopher TALAVERA, Turnkey Web Tools, Inc., Plaintiffs, v. GLOBAL PAYMENTS, INC., Active Network LLC, Heartland Payments Systems, LLC, Defendants. | Case No.: 21-cv-1585-TWR-AGS **FIRST AMENDED SCHEDULING ORDER** |
|---|---|

For good cause, the Court grants plaintiffs' oral request to continue the scheduling order. The new dates are below:

| Event | Deadline |
|---|---|
| Expert Designations and Disclosures | June 21, 2022 |
| Rebuttal/Supplemental Designations and Disclosures | July 18, 2022 |
| Fact Discovery Completion | August 16, 2022 |
| Expert Discovery Completion | August 16, 2022 |
| MSC Statements | August 19, 2022 |
| Mandatory Settlement Conference | August 29, 2022, at 9:00 a.m. |
| Pretrial Motions | September 19, 2022 |
| Rule 26(a)(3) Compliance | December 21, 2022 |
| Meet and Confer on the PTO | December 28, 2022 |
| Draft PTO to Defense Counsel | January 4, 2023 |

| PTO Lodging | January 11, 2023 |
| --- | --- |
| Final Pretrial Conference | January 18, 2023, at 1:30 p.m. |

In addition, the parties may each issue an additional six requests for production of documents, bringing the total to **41.** This order only modifies those scheduling order provisions (ECF 20); all other provisions remain in effect.

Dated: January 12, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge