UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. TALAVERA, an individual formerly doing business as TURNKEY WEB TOOLS; and TURNKEY WEB TOOLS, INC., a California corporation,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GLOBAL PAYMENTS, INC., a Georgia corporation; ACTIVE NETWORK, LLC, a Delaware limited liability company; HEARTLAND PAYMENT SYSTEMS, LLC, a Delaware limited liability company; and DOES 1 through 229, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-CV-1585 TWR (AGS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND FOURTH AMENDED SCHEDULING ORDER** |

　　　Presently before the Court is the Parties' Joint Motion to Continue the Final Pretrial Conference. (ECF No. 67.) The Parties request that the Final Pretrial Conference currently set for April 20, 2023, be continued "by sixty (60) days to June 19, 2023, or a date that is convenient to the Court thereafter." (*Id.* at 2.) Good cause appearing, the Court **GRANTS IN PART** and **DENIES IN PART** the Parties' Joint Motion. Although the Court **DENIES** the request for a sixty-day extension, the Court **GRANTS** a six-week extension.

Accordingly, the Court modifies the deadlines set in the Third Amended Scheduling Order. (ECF No. 53.) The current deadlines are as follows:

| Event | Deadline |
| --- | --- |
| Rule 26(a)(3) Compliance | May 4, 2023 |
| Meet and Confer on the PTO | May 11, 2023 |
| Draft PTO to Defense Counsel | May 18, 2023 |
| PTO Lodging | May 25, 2023 |
| Final Pretrial Conference | June 1, 2023, at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: March 20, 2023

_____
Honorable Todd W. Robinson
United States District Judge